AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Roth, et al.
*Plaintiff*
v.
Trump, et al.
*Defendant*

Case No. 1:26-cv-09327

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth Roth, Daniel Froomkin, Beverly Gage, Peter Schmidt-Nowara, Benjamin Wittes, and Ethan Young .

Date: 10/26/2026

/s/ Jameel Jaffer
*Attorney's signature*

Jameel Jaffer, JJ-4653
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115
*Address*

jameel.jaffer@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*