# EXHIBIT 4

(Declaration of Kenneth Roth)

# *Saudis Reach Deal With U.S. That Could Let Them Enrich Nuclear Fuel*

U.S. lawmakers and Israeli officials have expressed opposition to such a plan, to be announced Wednesday, fearing that the kingdom could use a civilian nuclear project to develop nuclear weapons.

Listen · 8:34 min



**By David E. Sanger, Edward Wong and William J. Broad**

David Sanger reported from Washington, Edward Wong from Manila, where he is covering a diplomatic trip by Secretary of State Marco Rubio, and William J. Broad from New York.

July 21, 2026

The Trump administration plans to announce Wednesday that it has reached a broad nuclear agreement with Saudi Arabia that could lead to the country enriching its own fuel for nuclear reactors, U.S. officials said.

The accord is intended to further bind the United States with the Saudi government as the war with Iran strains the relationship. The Trump administration, according to officials, estimates it will provide billions of dollars for the U.S. nuclear industry — starting with Westinghouse, which designs many of the reactors sold abroad.

The Trump administration plans to formally sign and announce the agreement with the Saudis on Wednesday, said two U.S. officials, who spoke on the condition of anonymity to discuss sensitive diplomacy. It would announce the details to Congress soon afterward.

Although the agreement likely would have support among many Republicans, some U.S. lawmakers from both parties along with Israeli officials have expressed opposition to such a plan, fearing that the kingdom could use a civilian nuclear

project to eventually develop nuclear weapons.

Secretary of State Marco Rubio told reporters traveling with him in Manila on Wednesday that he had nothing to say about any nuclear agreement with Saudi Arabia. "Maybe later today, once Washington wakes up, there is an announcement," he said. "I promise you'll know about it."

Asked about concerns that the agreement could lead to Saudi Arabia developing nuclear weapons, Mr. Rubio said, "Suffice it to say, the U.S. is not going to reach any agreement with any country in the world that leads to the risk of proliferation."

**What you should know about anonymous sources.** The Times makes a careful decision any time it shields the identity of a source. The information the source supplies must be newsworthy, credible and give readers genuine insight.

Learn more about our process.

The accord has been under discussion for years, and during the Biden administration it was envisioned as part of a broader deal that would include Saudi diplomatic recognition of Israel. But after the Oct. 7, 2023, attacks on Israel by Hamas, that prospect receded. President Trump separated the proposal for U.S.-Saudi civilian nuclear cooperation from any demand that Saudi Arabia recognize Israel.

The agreement will require review by Congress, which under the Atomic Energy Act has the power to vote a resolution of disapproval. But as a practical matter, the agreement would likely pass, because Congress would have to assemble a veto-proof majority to override Mr. Trump's initiative.

Nonetheless, debate over the accord is likely to be fierce. To get the deal done with Crown Prince Mohammed bin Salman, the country's 40-year-old de facto leader, Mr. Trump had to agree to terms that may limit international inspectors from going to any sites in the country that they think could be a pathway to diverting fuel to weapons projects.

And he agreed that, after a joint study with Saudi Arabia on the economics of producing nuclear fuel, the Saudis may be allowed to enrich uranium or reprocess plutonium on their soil.

The Wall Street Journal reported Tuesday night that Mr. Trump had approved the agreement.

Prince Mohammed has vowed he would build nuclear weapons if Iran does so, even insisting in one interview he would do so “without a doubt.”

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

Iran has had a nuclear program that it says is intended for civilian use, though it has enriched uranium to near weapons grade following Mr. Trump’s withdrawal in 2018 from an Obama-era nuclear deal. Mr. Trump then ordered U.S. forces to join with Israel to attack Iran’s nuclear sites in June 2025, and to start a war against Iran this February.

Mr. Trump and Prince Mohammed agreed to proceed with U.S.-Saudi civilian nuclear cooperation during a visit to the White House by the prince last November. U.S. and Saudi officials have been in talks on a plan since then. They were finalizing the details this spring and summer, and aimed to share the plan with Congress soon, The New York Times reported earlier this month.

The agreement includes two secret side letters reached with the Saudis. The administration is expected to argue they contain proprietary business information and deal with sensitive national security issues. But some members of Congress may not be willing to vote for the accord until the letters are all made public.

The type of deal that the Trump administration has reached with Saudi Arabia is called a 123 Agreement (pronounced 1-2-3), which establishes a legally binding framework between nations on nuclear cooperation. The obligations of such an

agreement are aimed at ensuring non-proliferation of nuclear weapons. The United States has 26 such agreements with 51 governments and the International Atomic Energy Agency.

Mr. Trump's concessions to the Saudis on the terms of the nuclear deal are significant. When the United States entered into a similar agreement with the United Arab Emirates, which went into force in 2009, there were far more restrictive conditions. The U.A.E. agreed to the stringent inspections, signing what is called an "additional protocol" with the International Atomic Energy Agency. And it agreed to forgo the right to produce its own fuel, cutting off the possibility that it would have the infrastructure to produce a weapon.

That agreement became known as the "gold standard" for nuclear nonproliferation. And while the administration plans to argue that it will have other restrictions in place — including joint partnerships with the Saudis that will allow Washington to keep a close eye on the kingdom's program — the fact remains that Mr. Trump has retreated from the restrictions negotiated by the Bush and Obama administrations.

While the bulk of the negotiations with the U.A.E. took place while President George W. Bush was in office, it was finished by President Barack Obama and went into effect in 2009.

During the first Trump administration, Thomas J. Barrack Jr., a businessman and top fund-raiser for Mr. Trump, proposed to the White House that U.S. companies, including his own private equity firm, help Saudi Arabia build nuclear power plants. That proposal stalled, in part because of Saudi reluctance to agree to American nonproliferation policies.

The Biden administration had talks with the Saudis on a civilian nuclear deal as part of a proposal that would have the kingdom recognize Israel.

In April 2025, soon after Mr. Trump returned to office, Chris Wright, the energy secretary, discussed a proposal with Prince Mohammed on a visit to the kingdom, six months before the prince's visit to Washington, U.S. officials said.

Mr. Trump and Prince Mohammed clashed in May over U.S. aggression in the Iran war. The prince refused to let the U.S. military use Saudi airspace for an operation to escort commercial tankers through the Strait of Hormuz, which Iran's forces essentially control. The civilian nuclear agreement helps put U.S.-Saudi relations on more stable ground again.

During the Biden administration, the United States and Saudi Arabia were also discussing a mutual defense agreement, as part of the broad plan that would include nuclear cooperation in exchange for Saudi recognition of Israel. The Saudis have long pressed U.S. officials for a mutual defense agreement that would be ratified by the Senate, so that future American presidents could not easily back out of one. Saudi officials wanted such an agreement in part to deter against Iranian aggression.

Mr. Trump and Prince Mohammed reached an understanding during the White House meeting last November on a defense arrangement between the two governments, which would include the sale of advanced F-35 fighter jets to the kingdom. But that fell short of a treaty that the administration would present to the Senate for ratification.

During the Iran war this year, Saudi Arabia has relied on the United States to provide interceptor missiles for air defense against Iranian projectiles. However, Saudi officials have concerns about whether American policy in the Middle East, including the U.S. partnership with Israel, is increasing risks to Saudi Arabia and other Gulf Arab nations.

In part because of that, Saudi diplomats have been trying to hold talks with Iran. The two countries normalized diplomatic relations in 2023, in a deal brokered by China.

**David E. Sanger** covers the Trump administration and a range of national security issues. He has been a Times journalist for more than four decades and has written four books on foreign policy and national security challenges.

**Edward Wong** reports on global affairs, U.S. foreign policy and the State Department for The Times.

**William J. Broad** has reported on science at The Times since 1983. He is based in New York.