# EXHIBIT 9

(Declaration of Kenneth Roth)

Post

Log in Sign up

**Kenneth Roth**
@KenRoth

Trump claims Iran is desperate for a deal. To the contrary, its tough negotiating posture, as described by its foreign minister, sounds more like it simply doesn't trust Trump, who already ripped up one deal and then abandoned diplomacy for war.




From nytimes.com

1:26 PM · Sep 26, 2026 · **5,656** Views

10 26 64 1

**australiablueprint** @ausblueprint · Sep 26

Tearing up the #JCPOA was a catastrophic ego-driven blunder. #Trump's #IranWar is one entirely of his own making. It has isolated the #US from allies, brought the US to the brink of an endless crisis with zero Plan B. Pure disastrous foreign policy. Make it stop in the #midterms.



Scan to get the app

Continue to X




1 45

**Sam Malekshahi Lor** 🇮🇷 @Lakstan_ · Sep 26

Mr. Kenneth! I realize that we have different points of view... but I still respect and like you.
#IRGCterrorists
#IslamicRegimeMustGo

24

**Michael S** @MIC1923 · Sep 26

TRUMP IS AN IDIOT, TRUMP ADM = FASCISM

16

Continue to X

Scan to get the app