# EXHIBIT 10

## (Declaration of Kenneth Roth)

Post

Log in Sign up

**Kenneth Roth**
@KenRoth

The out-of-touch Trump keeps repeating: “We have the greatest economy in history.” Living a different reality, Americans see through his billionaire’s world view. The acquiescent Republicans are in trouble because voters want something different.




From theguardian.com

9:31 AM · Sep 28, 2026 · **5,782** Views

1 13 28 2

**Carolyn Flowers Mathis** @FlowersMathis · Sep 28
If Trump thinks this is the greatest economy, what would the worst economy look like 2 him? I think he knows better, knows the truth, he just does not care & he thinks that some of his people will & do now believe him. Read their posts. He’s right. He only needs 11k more votes🤮

1 1 18

Scan to get the app

Continue to X