# EXHIBIT 11

(Declaration of Kenneth Roth)

Post

Log in Sign up

**Kenneth Roth**
@KenRoth

Trump's war of choice with Iran was supposed to showcase America's strength. Instead, he has illustrated the limits of its power — its weakness.



Trump's Retreat: From the Gulf to Britain, American Forces Pull Back

From nytimes.com

2:41 PM · Oct 7, 2026 · **5,095** Views

7 60 144 2

**greenpost** @greenpost · Oct 7
#AI翻訳 @KenRoth：トランプのイランに対する選択的な戦争は、アメリカの力を誇示するはずでした。代わりに、彼はアメリカの力の限界——その弱さを示してしまいました。 #politicusa #trump #iran #iran_vs_usa #greenpost #greenppost4 #ymd20261008

83

**TruthToLies** @Wisdom_Cubed · Oct 7
It was a war of choice. 🇮🇷s choice. The Islamist Mullahs choice.

1 34

Scan to get the app

Continue to X