# EXHIBIT 1

(Declaration of Daniel Froomkin)

# Post

**Dan Froomkin/Press Watch/Heads Up News**
@froomkin.bsky.social

+ Follow

A badge of honor for @elizlanders.bsky.social. More more more.

> **Liz Landers** @elizlanders.bsky.social · 7mo
> I asked President Trump about the FBI reportedly seizing election records in Arizona. He said they must have done that because it was a "rigged" election. I pointed out to him that his own AG said there was not measurable voter fraud to overturn that election. Then he called me a rotten reporter.




6:41 PM · Mar 11, 2026 · Everybody can reply

**43** reposts **1** quote **144** likes **1** save

3 · 44 · 144

Write your reply

**SilkySullivan8** @silkysylluvan8.bsky.social · 7mo
Keep it up!
1 · 4

**Tim Mullaney** @timmullaney.bsky.social · 7mo
you could have also pointed out that his claims have already been investigated and adjudicated
1

**PatchyGroundFog** 🐎 @patchygroundfog.bsky.social · 7mo
I hope Liz called him a rotten president.