# EXHIBIT 2

## (Declaration of Daniel Froomkin)

# Post

**Dan Froomkin/Press Watch/Heads Up News**
@froomkin.bsky.social

+ Follow

Pretty good piece by @peterbakernyt.bsky.social about “Trump’s own unique reality, one anchored not in fact but in an expression of ego.” Includes critics using words like “delusional” “unhinged” and “brain rot”... www.nytimes.com/2026/09/09/u... 1/3




**60 Posts in 10 Hours: How Trump’s Social Media Reflects His Version of Reality (Gift Article)**

With an assist from A.I., President Trump offers a window into how he wants to be seen — and, critics say, a barometer of his mental state.

www.nytimes.com

8:51 PM · Sep 9, 2026 Everybody can reply

**24** reposts **51** likes **6** saves

3 24 51

Write your reply

**Dan Froomkin/Press Watch/Heads Up News** @froomkin.bsky.s... · 1mo

But much like his April piece, in which he quoted critics calling Trump “clearly insane,” “an extremely sick person,” “out of control,” “batshit crazy,” and “a genocidal lunatic”... https://presswatchers.org/2026/04/new-york-times-finally-reports-on-concerns-that-trump-is-clearly-insane/ 2/3

