# EXHIBIT 4

(Declaration of Daniel Froomkin)

Post

Dan Froomkin/Press Watch/Heads Up News
@froomkin.bsky.social

Follow

This guy is my hero. He basically called Trump a “crazy bastard” at today’s news conference. Who is he????



Aaron Rupar @atrupar.com · 6mo

Bluesky

Create account Sign in

Q: What is your response to critics--

TRUMP: I don't care about critics

Q: What is your response to critics who say it's your mental health that should be examined?

TRUMP: Well, I haven't heard that. You're gonna have to have more people like me




11:07 PM · Apr 6, 2026 Everybody can reply

**105** reposts **6** quotes **668** likes **33** saves

9 111 668

**Dan Froomkin/Press Watch/Heads Up News** @froomkin.bsky.social · 6mo
He has been ID'd! It's Danny Kemp @dannyctkemp.bsky.social House correspondent for AFP. Perhaps not coincidentally he used to cover The Hague. Thank you!

20 168

**SkynetAndChill.com** @druce.ai · 6mo
maybe AFP's Danny Kemp x.com/dannyctkemp

**https://x.com/dannyctkemp**
x.com

12

Bluesky Sign in