# EXHIBIT 5

(Declaration of Daniel Froomkin)

Post

**Dan Froomkin/Press Watch/Heads Up News**
@froomkin.bsky.social

Follow

He has been ID'd! It's Danny Kemp @dannyctkemp.bsky.social White House correspondent for AFP. Perhaps not coincidentally he used to cover The Hague. h/t @sandeen.bsky.social

> **Dan Froomkin/Press Watch/Heads Up News** @froomkin.bsky.social · 6mo
> This guy is my hero. He basically called Trump a "crazy bastard" at today's news conference. Who is he????



Bluesky Create account Sign in