# EXHIBIT 1

(Declaration of Beverly Gage)

The program resulted in a swift escalation of both investigations and dismissals of government employees, especially at the State Department, where former FBI agent R. W. Scott McLeod took the lead. Following the model set by the congressional committees, McLeod hired several former agents to assist with his investigations and met repeatedly with Hoover for advice and encouragement. According to one estimate, in just seven months McLeod succeeded in ousting nearly two hundred State Department employees for offenses ranging from homosexuality to alcoholism to political subversion. Such a record would have been impossible, he wrote to Hoover, "if it were not for the fact that you have offered your cooperation." By the fall of 1953, Eisenhower reported a total of 1,456 employees dismissed across the federal agencies. In a graduation speech before the National Academy, Brownell contrasted this record with that of the Truman years, when so much of the FBI's work had been ignored or disparaged. "We are now making certain that this fine work is not wasted," he told the graduating police officers, assuring them that the FBI finally had the "backing" and "follow-through" that it needed.[25]

JUST WHAT BROWNELL MEANT BY THIS BECAME CLEAR ON NOVEMBER 6, 1953, when he took the opportunity of an afternoon talk before the Executives' Club of Chicago to revisit a case that had long rankled Hoover. Brownell's remarks that afternoon set off "one of the greatest controversies of our controversial times," in the words of Washington columnist Doris Fleeson. The subject was the late Harry Dexter White, the Treasury official whose promotion to the IMF had first convinced Hoover that he could not rely on Truman. Parts of the story had been aired before, most notably in White's 1948 appearance before HUAC, which had been followed by his heart attack and death. Brownell brought it up again in 1953 to showcase Hoover's version of events, in which White was no mere victim of committee pressure and rumor mongering, but a longtime Soviet source whose disloyalty had been ignored by Truman. "I can now announce officially, for the first time in public, that the records in my department show that White's spying activities for the Soviet government were reported in detail by the F.B.I. to the White House by means of a report delivered to President Truman," Brownell informed the surprised Chicago executives.[26]

Hoover himself was feeling far more confident about White than he had been in 1946, when even he admitted that the evidence had been circumstantial rather than definitive. Among the documents revealed by Chambers during the Hiss affair had been a memo in White's handwriting, apparent substantiation that the assistant treasury secretary had passed along government information. Two years later, the Venona team had linked White "conclusively" to the cover name "Jurist," who appeared in at least one Soviet cable as an "active" source. Hoover's ongoing bitterness toward Truman showed up in his comments about the Venona discovery. "Wouldn't it be swell to

NOT FOR DISTRIBUTION

send substance to [Truman's aide] Ad. Souers for information of the President," he wrote. But Truman did not know the details of Venona, and Hoover was determined to keep it that way.[27]

Truman denied that he had ever been informed of White's alleged Soviet connections. "I don't know what they're talking about. No such thing happened," he maintained. Almost immediately, Hoover's ex-employee Harold Velde, now head of HUAC, sent Truman a subpoena, the first time that anyone could remember a former president being called before Congress as a hostile witness. Truman refused to respond, ratcheting up the situation into what one paper described as "a political brawl of almost unprecedented rancor." On November 11, five days after the Chicago speech, Eisenhower held a press conference in which he expressed support for Brownell and Hoover, confirming that he had encouraged Brownell to go public with the White story. Five days later, having endured more than a week of such talk, Truman took to the airwaves to deliver a "volcanic outburst" in rebuttal, pointing out that the New York grand jury had itself rejected the FBI's supposedly stellar evidence of Soviet espionage by government officials. In an eleven p.m. broadcast carried live on both television and radio, Truman insisted that the matter was wildly overblown, and that Brownell had "lied to the American people" by suggesting that Truman would knowingly appoint a Soviet source to high international office. He said that the FBI had admitted that its information about White was inconclusive. According to Truman's version of events, everyone agreed that White should move on to the IMF without any public disclosure in order to allow the FBI investigation to continue.[28]

At this point Hoover's Republican friends at the Senate Internal Security Subcommittee stepped in with an offer: Did Hoover want to testify before the committee and give his own account of what had happened? The negotiations occurred quickly. Truman's broadcast ended around midnight on November 16. The next afternoon, the hundreds of spectators and reporters in the Senate caucus room gasped with surprise—and then burst into applause—as Hoover pushed open the main doors and strode to the witness table, an unannounced guest at the day's proceedings. During previous committee appearances, reporters had been struck by Hoover's poised and methodical affect. This time, they described him as "red-faced," "annoyed," and "tight-lipped," his wrath barely contained. Beyond the caucus room, far more people were watching than even just a few years earlier, thanks to the rapid spread of television. "We'd never seen Hoover on TV before," one viewer reflected. "It was quite an experience."[29]

Hoover repeated much of what he had said before, explaining that the FBI did not make policy but only followed the lead of Congress and the White House. In this case, however, he felt duty bound to correct the record, even if it meant contradicting a former president. With clipped precision, he retold the events of 1945 and 1946, insisting that "at no time was the F.B.I. a party to an agreement to promote Harry Dexter White." According to the media, "it wasn't what he said but the way that he said it"

NOT FOR DISTRIBUTION

that made his testimony effective, "forceful, fairly and with a vibrant, competent ring to his voice." By the time he was finished, he had shown himself to be the "decisive witness" in the White controversy, according to *The New York Times*, as well as "probably the most powerful figure on Capitol Hill."[30]

In the days that followed, the praise for Hoover reflected his status as the toast of Eisenhower's Washington, a man of gravitas and long experience, now backed by both Congress and the White House. "I don't think I ever saw a more impressive witness," gushed a Dallas radio host. "I thrilled at the sight of Hoover—a great patriot, a great administrator, a great official dedicated to keeping your country free." In Washington, columnist John O'Donnell noted that the streets of the capital seemed "strangely empty" during Hoover's testimony, with everyone inside glued to the television or the radio, "looking and listening to the greatest story of foreign spying and internal treason ever told in the history of the Republic." O'Donnell declared November 17, 1953, one of the most exciting days the city had ever seen. "A century hence, if our Republic still survives in its tradition of freedom, our children's children will be reading in their history books how FBI Chief J. Edgar Hoover told the U.S. Senate of his efforts to block the Communist conspiracy of the Roosevelt-Truman era," he predicted.[31]

Public opinion polls bore out the perception of Hoover's testimony as an unmitigated triumph—not only the final word in the White case but also a sign that Hoover deserved the trust and free rein that Eisenhower and Brownell had been offering. According to a Gallup survey, 78 percent of Americans came away with a favorable opinion of Hoover, while just 2 percent expressed any doubts. (The other 20 percent registered no opinion at all.) Gallup once again declared the numbers all but unparalleled in the annals of American politics. "On other occasions the public has tossed bouquets to Government officials," the pollster explained, "but rarely is the attitude as favorable as that expressed in today's vote." By Gallup's calculations, thirty-nine out of forty Americans either liked or accepted what Hoover had done, whether they happened to be Democrats, Independents, or Republicans.[32]

Among the dissident few were longtime critics whose concerns about Hoover's concentrated power and increasingly conservative politics would eventually find a wider audience. But for at least a moment in 1953, with friends in the White House and the American public firmly behind him, even Hoover found it difficult to worry. On the night after his testimony, he attended a formal dinner at the White House, joining Eisenhower, Brownell, and Rev. Elson to honor the justices of the Supreme Court. The next day, he ventured out to the Bowie racetrack to enjoy opening-day festivities. When reporters approached him for further reflections on the White case, Hoover said he would prefer to enjoy lunch with friends on that warm and golden afternoon, offering only a "contented smile" in the way of comment.[33]

NOT FOR DISTRIBUTION

29. Little "United Front," S18, FBI IA 94-1-17998 (AL-National Americanism Commission); "Trends and Developments," February 1950, S18, FBI IA 94-1-17998 (AL-National Americanism Commission); Pennington to Ladd, "American Legion Contacts," July 26, 1950, S18, FBI IA 94-1-17998-922 (AL-National Americanism Commission); Baumgardner to Fletcher, "The Inside Story," October 21, 1948, S14, FBI IA 94-1-17998-818 (AL-National Americanism Commission).

30. Hoover to SACs, "Re: Responsibilities of the FBI," February 17, 1951, FBI 62-93875, F1, B1, Sr42, AT.

31. "Action Taken," August 7, 1950, F: "1," B146, Subject File: FBI, President's Secretary File, HST; Woltman, "Ex-FBI Agents," *NYWT*, ca. June 12, 1947, FBI IA NY 62-9189 (American Business Consultants). For examples of *Counterattack*'s defense of the FBI, see *Counterattack*, June 16, 1950, December 1, 1950. For early Berlin consultation, see JEH LOGS, May 23, 1950, June 9, 1950. For Reid, see Nichols to Reid, December 10, 1953, F: "Hoover, J. Edgar," B7, Sr1, G755, ORR. For Disney, see SAC Los Angeles to Director, "Walt Disney," December 16, 1954, S1, FBI V 94-4-4667 (Disney); Mason to Tolson, "Walt Disney," March 7, 1956, S1, FBI V 94-4-4667 (Disney).

32. "Hoover Answers Ten Questions on the F.B.I.," *NYT Magazine*, April 16, 1950, F16, B996, ACLU; McCarthy to Hoover, July 30, 1952, S6B, FBI FOIA 94-37708-71 (McCarthy).

**Chapter 34: Inner Conflicts (1947–1952)**

1. Johnson, *Lavender Scare*, 15–6; Keay to Belmont, March 10, 1950, S11B, FBI FOIA 121-23278 (McCarthy).

2. Hoey; Oshinsky, *A Conspiracy So Immense*, 157.

3. For "thousands," see Johnson, *Lavender Scare*, 166.

4. On the FBI and the Lavender Scare, see especially Johnson, *Lavender Scare*; Charles, *Hoover's War on Gays*. Also see Canaday, *Straight State*; Lvovsky, *Vice Patrol*; *The Lavender Scare*, directed by Josh Howard (PBS/American Experience).

5. Ladd to Director, "Review of State Department," July 20, 1950, S16C, FBI FOIA 121-23278-22 (McCarthy).

6. Hoey Hearings, 2728; Charles, *Hoover's War on Gays*, 71.

7. Tanenhaus, *Whittaker Chambers*, 343-5; Weinstein, *Perjury*, 407-8; Canaday, *Straight State*, 3–4, 10–3.

8. Hoey Hearings, 2268; Johnson, *Lavender Scare*, 53–5.

9. Jones, *Alfred C. Kinsey*, 632; Nichols to Tolson, January 5, 1950, S3, FBI V 62-87653 (Kinsey); Nichols to Tolson, "Professor Kinsey," January 11, 1950, S3, FBI V 62-87563 (Kinsey).

10. Johnson, *Lavender Scare*, 9, 95; Canaday, *Straight State*, 214-21; Hoey Hearings, 2258–72.

11. Beck, "Farmers Market," *LAT*, August 6, 1947, B98, JEHS.

12. Horney, *Our Inner Conflicts*, 14–7, 96-114.

13. Horney, *Self-Analysis*, 7–36.

14. Summers, *Official and Confidential*, 94–5; F414A: "Ruffin de, Marshall," Summers-JEHC.

15. F99, B2, NARA-P; PB85, NLEF.

16. "Eisler Calls Washington," *NYDN*, June 13, 1947, B97, JEHS; Lait and Mortimer, *Washington Confidential*, ix, 90.

17. Oshinsky, *A Conspiracy So Immense*, 131; Wherry, 5, 2.

18. Johnson, *Lavender Scare*, 101–5.

19. Hoey Hearings, 2099–102, 2131–2.

20. Hoey Hearings, 2268, 2278.

21. Hoey, 2, 4.

22. Hoey, 12-3; Charles, *Hoover's War on Gays*, 88-95.

23. Hoey Hearings, 2143-4; Hoover to Souers, April 10, 1950, F: "FBI: S," B147, PSF: Subject File, HST.

24. Charles, *Hoover's War on Gays*, 95–6; Hoover, "Re: Sex Deviates," June 20, 1951, S26, FBI FOIA 66-02-1112X (Sex Deviates Program).

25. "Hoover Doubts Lie Detector," *WP*, April 10, 1950, B110, JEHS.

26. Miller, *Plain Speaking*, 393; Demaris, *Director*, 106.

27. Ladd to Director, March 24, 1952, S5B, FBI V 67-561-279 (Hoover); Ladd to Director, March 26, 1952, S5B, FBI V 67-561 (Hoover); Ladd to Director, April 1, 1952, S5B, FBI V 67-561-280 (Hoover).

28. Malone to Tolson, November 4, 1953, S5B, FBI V 67-561-295 (Hoover); [Illegible] to Director, November 8, 1953, S5A, FBI V 67-561-298 (Hoover); SAC New York to Director, "Robert A. Collins," June 11, 1954, S5A, FBI V 67-561 (Hoover).

29. Johnson, *Lavender Scare*, 117.

30. "Letters to the Day," *New London Day*, April 29, 1950, B104, JEHS; Johnson, *Lavender Scare*, 140-1; McDaniel, *Dying for Joe McCarthy's Sins*.

31. Charles, *Hoover's War on Gays*, 112-9, 148-51, 131-41.

32. Hoover, "Memorandum for Mr. Tolson," January 17, 1952, S2, FBI FOIA 62-96332-3 (McCarthy); [Redacted] to [Redacted], December 27, 1952, S2, FBI FOIA 62-96332 (McCarthy).

33. Hoover, "Memorandum for Mr. Tolson," January 16, 1952, S2, FBI FOIA 62-96332-1 (McCarthy); Hoover, "Memorandum for Mr. Tolson," January 18, 1952, S2, FBI FOIA 62-96332-8 (McCarthy).

34. Hoover, "Memorandum for Mr. Tolson," January 17, 1952, S2, FBI FOIA 62-96332-6 (McCarthy); Hoover, "Memorandum for Mr. Tolson," January 23, 1952, S2, FBI FOIA 62-96332-12 (McCarthy); "I, Lieut. [Redacted]," January 16, 1952, S2, FBI FOIA 62-96332 (McCarthy); Hoover, "Memorandum for Mr. Tolson," January 18, 1952, S2, FBI FOIA 62-96332-7 (McCarthy).

35. Belmont to Ladd, "Senator Joseph McCarthy," November 19, 1952, S2, FBI FOIA 62-96332-35 (McCarthy); Greenspun, "Where I Stand," S2, FBI FOIA 62-96332 (McCarthy).

**Chapter 35: ⌧ Glorious Year (1953)**

1. Powers, *Secrecy and Power*, 316; Hayden, "FBI Stays Safely," *Detroit News*, February 1, 1953, B110, JEHS. For recent interpretations of Eisenhower, see especially Hitchcock, *Age of Eisenhower;* Galambos, *Eisenhower*; Johnson, *Eisenhower*; Smith, *Eisenhower;* Newton, *Eisenhower*.

2. Oshinsky, *A Conspiracy So Immense*, 250-2.

3. "Cabinet Trio," *WTH*, December 5, 1953, B112, JEHS; "Ike's Family," *Minneapolis Star*, January 20, 1953; Elson, *America's Spiritual Recovery*, 53–6, 10.

4. "Ike and Wife Join," *ChiT*, February 2, 1953.

5. Kruse, *One Nation under God*, 73–4, xii-xiii; Elson, *America's Spiritual Recovery*, 58–9, 168, 170, 9–11.

6. "Application for Appointment," April 23, 1937, FBI FOIA 67-102459 (Nixon); Hanson to Director, "Report of Interview," July 17, 1937, FBI FOIA 67-102459 (Nixon); Hoover to Keenan, July 24, 1937, FBI FOIA 67-102459-10 (Nixon); Glavin to Director, "Richard M. Nixon," March 18, 1954, FBI FOIA 67-102459 (Nixon); Hoover, "Introduction of Vice President," June 11, 1954, FBI FOIA 67-102459 (Nixon); Adams to Callahan, "[Redacted], Former

NOT FOR DISTRIBUTION

Special Agent," June 9, 1969, FBI FOIA 67-102459 (Nixon); Gellman, *Contender*, 5–8.

7. Hoover, "Introduction of Vice President"; Untitled, *CR*, February 18, 1947, B96, JEHS.

8. Nellor, "Nixon Assails Strategy," *WTH*, June 13, 1949, B101, JEHS; "H. Res. 262," June 22, 1949, S5C, FBI V 67-561 (Hoover); Nixon, "The Hiss Case," January 26, 1950, in Perlstein, *Richard Nixon*, 19–59.

9. Hoover to Nixon, January 31, 1950, F2, B19, PPS 320.103, RN; Hoover, "Introduction of Vice President"; O'Neill to Nixon, June 23, 1949, F1, B19, PPS 320.103, RN.

10. Hoover to Nixon, November 5, 1952, F3, B19, PPS 320.103, RN.

11. "FBI Director Hoover Recalls," *WS*, January 26, 1958, B125, JEHS; McHugh, "Hoover Boost All-America," *San Diego Union*, March 31, 1963, B135, JEHS.

12. Burrough, *Big Rich*, 219. Where not otherwise cited, background details on Murchison and Richardson can be found in this source.

13. Burrough, *Big Rich*, 204, 190–1, 225–8; "Hotel Del Charro" clipping, F30, S-JEHC.

14. Ribbel, "FBI Chief, Nixon," *San Diego Tribune*, August 10, 1955, B118, JEHS; Phleger, "Director of FBI," *San Diego Union*, August 11, 1955, B118, JEHS; Photo, PB54, NLEM; Nixon to Hoover, September 1, 1955, F6, B19, PPS 320.103, RN.

15. Anderson, "Millionaire Picked Up," *WP*, December 31, 1970, B150, JEHS; Burrough, *Big Rich*, 227; "Would Buy Half-Dozen," *Detroit Free Press*, July 13, 1954, B115, JEHS; "2 Texans," *NYT*, July 13, 1954, B115, JEHS; "Bing's Baby," *San Diego*, August 1967, B142, JEHS; Connally, *In History's Shadow*, 137.

16. Burrough, *Big Rich*, 242–3.

17. Pearson, "Washington Merry-Go-Round," *Louisville Courier Journal*, July 27, 1950, B105, JEHS; Weiner, *Legacy of Ashes*, 26-8.

18. Knebel, "How Hoover Rules," *Look*, June 14, 1955, B118, JEHS; Riebling, *Wedge*, 125–6, 100; Weiner, *Enemies*, 153.

19. Waller, *Wild Bill Donovan*, 361.

20. Weiner, *Legacy of Ashes*, 23-38; Riebling, *Wedge*, 94–5, 119-21; "Director's Notation," undated (ca. 1948), S14, FBI FOIA 62-80750-866 (CIA). On Dulles, also see Talbot, *Devil's Chessboard*; Waller, *Disciples*; Kinzer, *The Brothers*.

21. Ladd to Director, "Allen W. Dulles," March 5, 1953, S1, FBI IA 62-83338-10 (Dulles); Weiner, *Enemies*, 188-9.

22. Lucey, "No One Has," *WN*, January 7, 1953, B110, JEHS; Cover, *Time*, February 16, 1953. For Brownell's recollections, see Brownell, *Advising Ike*.

23. Brownell and Flanigan, interview re: Hoover, August 24, 1988, B270, HB.

24. Theoharis, *Boss*, 371–5; Stockham, *Lack of Oversight*, 23–4; "Executive Order 10450," April 27, 1953, National Archives, https://www.archives.gov/federal-register/codification/executive-order/10450.html.

25. Charles, *Hoover's War on Gays*, 124–6; Oshinsky, *A Conspiracy So Immense*, 264; Leviero, "1,456 Ousted," *NYT*, October 24, 1953; "Brownell Denounces," *WS*, June 12, 1953, B110, JEHS.

26. Fleeson, "The Last Chapter," *WS*, November 18, 1953, B112, JEHS; "Brownell on White Case," *NYHT*, November 17, 1953, B111, JEHS.

27. Weinstein, *Perjury*, 255-8; Ladd to Director, "[Redacted]-Espionage," October 16, 1950, FBI V (Venona).

28. Jonas, "Truman Promoted 'Spy,'" *WS*, November 6, 1953, B111, JEHS; Roper, "Senate Group Probes," *WS*, November 7, 1953, B111, JEHS; "Eisenhower's Remarks," *NYHT*, November 12, 1953, B111, JEHS; Reston, "A Prophetic Omission," *NYT*, November 17, 1953, B111, JEHS; "Text of Truman's Speech," *NYHT*, November 17, 1953, B111, JEHS; Walsh, "U.S. Response," *WS*, November 17, 1953, B111, JEHS.

29. "Hoover to be Called," *WS*, November 17, 1953, B111, JEHS; Lawrence, "Hoover Says," *NYT*, Nov. 18, 1953, B112, JEHS; Knowles, "New White Serial," *NYT*, November 18, 1953, B111, JEHS; Reston, "Hoover Star," *NYT*, November 17, 1953, B111, JEHS; Fleeson, "The Last Chapter," *WS*, November 18, 1953, B112, JEHS; "Nick Kenny Speaking," *NYM*, November 19, 1953, B112, JEHS.

30. "Hoover's Statement," *NYHT*, November 18, 1953, B112, JEHS; "Nick Kenny Speaking"; Reston, "Hoover Star.".

31. "Behind the News," WFAA, November 17, 1953, B111, JEHS; O'Donnell, "Capitol Stuff," *NYM*, November 18, 1953, B112, JEHS.

32. Gallup, "Public Gives J. Edgar Hoover," *WP*, December 26, 1953, B112, JEHS.

33. Shumaker, "White House Fetes," *WTH*, November 18, 1953, B112, JEHS; McNair, "Supposed They Talked," *WP*, November 18, 1953, B112, JEHS; Catling, "Hoover Forgets Furor," *BS*, November 19, 1953, B112, JEHS.

**Chapter 36: No Sense of Decency (1953–1954)**

1. Sampson, "Ike Backs Right," *WP*, November 24, 1953, B112, JEHS; "Face-to-Face Justice," *WTH*, November 24, 1953, B112, JEHS.

2. Oshinsky, *A Conspiracy So Immense*, 349; "Behind the News," WFAA, November 17, 1953, B111, JEHS.

3. "Text of Senator McCarthy's Speech," *NYT*, November 25, 1953.

4. Sokolsky, "These Days," *WTH*, December 3, 1953, B112, JEHS; Oshinsky, *A Conspiracy So Immense*, 472.

5. Morgan, *Reds*, 423; Oshinsky, *A Conspiracy So Immense*, 237.

6. SAC WFO to Director, "U.S. Senator Joseph R. McCarthy," November 2[8], 1952, S6B, FBI FOIA 94-37708-76X (McCarthy).

7. Davis, "'Joe Is Doing the Job,'" *NYP*, July 7, 1953, S3, FBI FOIA 62-96332 (McCarthy); Oshinsky, *A Conspiracy So Immense*, 303.

8. Rushmore, "FBI Battling," *NYJA*, October 7, 1951, B107, JEHS; Oshinsky, *A Conspiracy So Immense*, 250-5, 318-21.

9. On Cohn, see especially Hoffman, *Citizen Cohn*; Elias, *Gossip Men*; Zion, *Autobiography of Roy Cohn*. For a recent documentary see Tyrnauer, *Where's My Roy Cohn?* For Cohn's account of his time on the McCarthy committee, see Cohn, *McCarthy*.

10. Hoffman, *Citizen Cohn*, 142-7; Summers, *Official and Confidential*, 190; Schine, "Definition of Communism," 1952, FBI FOIA 62-98588 (Schine); Hoover to Schine, December 10, 1952, FBI FOIA 62-98588 (Schine).

11. Demaris, *Director*, 155; Olmsted, *Red Spy Queen*, 174–7; Hoffman, *Citizen Cohn*, 134-8; Cohn, *McCarthy*, 47–8.

12. Oshinsky, *A Conspiracy So Immense*, 266–9, 282, 326; McCarthy, "Can FBI Do It Alone?" *WS*, September 25, 1953, B111, JEHS.

13. Hoover, "Memorandum for Mr. Tolson," May 13 [illegible], 1953, S3, FBI FOIA 62-96332 (McCarthy).

14. Charles, *Hoover's War on Gays*, 91; Nichols to Tolson, July 23, 1953, Miscellaneous AZ Folders, NO&C; Hoover,

NOT FOR DISTRIBUTION