# EXHIBIT 2

(Declaration of Beverly Gage)

had continued not just unscathed but strengthened by the trials of the Kennedy and Johnson years. Their correspondence throughout the 1960s displayed affection and openness, qualities rare for either man. "It is such a real pleasure to be able to relax and not have to guard every word and to know that one is with real, understanding friends," Hoover wrote to Nixon's wife, Pat, after an especially meaningful gathering. During the darkest days of the Kennedy administration, Hoover had spent hours complaining of his predicament. "I remember sitting with Hoover in his house during a visit to Washington in 1961," Nixon recalled, "listening to him go on about 'that sneaky little son of a bitch,' who happened to be the President's brother and Hoover's boss." Nixon provided what Hoover needed most during those years. He was knowledgeable and discreet, happy to strategize, and eager to listen.[1]

Hoover did the same for Nixon. Though they no longer lived in the same city or shared the same church, Nixon continued to consult Hoover about major life decisions. After the loss in California, he asked Hoover whether he should stay out west or venture east and start a new life. "It was just like old times to enjoy superb food, good hospitality and stimulating conversation with friends with whom you feel you can safely let down your hair," he wrote after a dinner at Hoover's house, as he wrestled with the choice. Once he decided to settle in New York, joining a well-connected corporate law firm, they visited regularly, keeping up with holiday greetings and gift exchanges and treating each other more or less as family. When Nixon's thirteen-year-old daughter, Julie, performed a water ballet for Hoover and Tolson during one of their California vacations, Hoover took the time to write a note of thanks. "It was a most beautiful exhibition and I could understand that you girls had worked hard on both the decorations and the ballet in order to make it so perfect."[2]

When crisis struck during those years, Hoover and Nixon came back together almost instinctively, rushing to provide the same mutual support that had gotten them through earlier times of trial. In November 1963, it was Hoover who provided Nixon with the first solid details about Kennedy's death, taking the time to brief Nixon by phone even in the midst of the post-assassination chaos. During the King controversy of late 1964, Nixon expressed his private outrage at the news coverage, identifying with Hoover as a victim of the pseudo-liberal press. "As I look at the cartoons and read of the vitriolic comments in the columns and editorials," he wrote in a personal letter, "I am reminded of some of the things I went through during the years I was in Washington. I just wanted you to know that you can number me among the legion of friends who are standing with you during these attacks." Now that shared sense of embattlement was bringing them together once again.[3]

THE TRUTH WAS THAT NIXON AND HOOVER DIDN'T JUST LIKE EACH OTHER. In 1968, they needed each other more than ever. At the age of seventy-three, Hoover

NOT FOR DISTRIBUTION

GMan_9780593511466_all_3p_r1.indd 669 8/17/23 12:08 PM

could no longer survive in office without a sympathetic man in the White House. For Nixon, matters were more complicated but no less urgent. Everyone agreed that his greatest challenge for the Republican nomination would come from the party's conservative wing, where true believers and inside operatives had nominated Goldwater in 1964. Despite the landslide loss to Johnson, most of them still felt it was the best thing they had ever done. While liberals painted Nixon as a far-right reactionary, conservatives viewed him as an Eisenhower moderate, all too ready to compromise. Nixon needed to convince conservatives that he was on their side. So Hoover's status as a "patron saint" of the far right was valuable.[4]

Despite his collaborations with Johnson, most conservatives still expressed admiration for Hoover, viewing him as one of the last holdouts in a federal government lurching toward the left. Almost alone among members of the Johnson administration, he seemed to be willing to speak out in favor of conservative verities on crime, religious faith, anticommunism, and, in more coded terms, race and segregation. His open hostility toward King, the New Left, civil disobedience, Stokely Carmichael, anti-war protesters, and the muddle-headed liberals who supported them only added to his luster. After all, Hoover controlled an institution that could inflict real damage on those groups. For any conservative seeking a role model within the Johnson administration, Hoover was as good as it got. "I'd a lot rather have my own kids grow up hero-worshipping J. Edgar Hoover than Mario Savio or Stokeley [*sic*] Carmichael," explained California superintendent of public instruction Max Rafferty, famous for his own diatribes against out-of-control teens and the national turn toward lawlessness.[5]

Conservatives throughout the country agreed. Between 1964 and 1968, Hoover received national awards from right-wing groups including the American Educational League, a self-proclaimed promoter of "Southland" values; the American Security Council, an anticommunist research agency staffed by former FBI employees; Young Life, an umbrella organization for teenage evangelicals; and We the People!, a political group affiliated with the far-right Christian Crusade. At the same time, he retained overwhelming popularity among mainstream Republicans. In a 1965 Gallup poll, 84 percent of Republicans gave the FBI a "highly favorable" rating, making Hoover's Bureau by far the most popular institution in the survey. By comparison, 50 percent of Republicans expressed "highly favorable" views of the American Medical Association, making it a distant second. Just 3 percent admired the John Birch Society and 1 percent supported the Ku Klux Klan.[6]

Nixon's popularity—among Republicans but especially among conservatives—was not nearly as secure as Hoover's. "I know my positions on civil rights and foreign aid and reciprocal trade haven't changed," he told a *New York Times* reporter during an exploratory interview in 1966, "and the conservatives—the real conservatives—don't like that." To drive the problem home, he rummaged around his desk and pro-

NOT FOR DISTRIBUTION

duced a recent poll of subscribers to right-leaning magazines. Asked to name the nation's "most trusted" conservatives, readers came up with a list that included Barry Goldwater, Ronald Reagan, William F. Buckley, and J. Edgar Hoover—but excluded Nixon. Upon declaring his candidacy, Nixon had set out to woo these other men, meeting with Goldwater and his fellow conservative Republicans, hosting elaborate gatherings for the *National Review* crowd and their acolytes at Young Americans for Freedom. Their support turned out to be grudging and uneven, though, especially once Reagan declared his own primary campaign. Only Hoover was an unequivocal Nixon man.[7]

And of them all, Hoover was arguably the most valuable. Despite his growing disconnect with the younger generation, many of his views—especially on crime and policing—seemed ready-made for the 1968 campaign. According to a Gallup poll released in February, crime now ranked as the number one domestic concern for most Americans. Hoover remained the nation's most prominent exponent of the "law-and-order" approach. Under the pressures of the campaign, Nixon now chose to adopt it as his own signature issue.[8]

Nixon published his first major statement on the subject in an October 1967 article in *Reader's Digest*, the dependable old warhorse of American conservatism. The title—"What Has Happened to America?"—echoed Hoover's jeremiads, with their laments over the nation's moral and political decline. The language that followed was pure Hoover as well: race riots as harbingers of "urban anarchy"; "permissiveness," "indulgence," and misplaced "sympathy" for criminals as the liberal rot at the heart of the system. Following a script Hoover had helped to write, Nixon argued that racial discrimination and poverty could never fully explain the alarming rise in urban violence. Instead, Americans should look to something far more "virulent," such as the "decline in respect for public authority and the rule of law in America." Nixon shared Hoover's militancy on the question. "We should make no mistake," he wrote. "This country cannot temporize or equivocate in this showdown with anarchy; to do so is to risk our freedoms first and then our society and nation as we know it." On the campaign trail, Nixon presented himself as the last hope of a society headed toward chaos and moral breakdown. By early 1968, the campaign had distilled these proclamations down to a handily vague slogan: "Nixon's the One."[9]

The intended audience was that subset of citizens Hoover had long courted as his base: the Sons and Daughters of the American Revolution, American Legion members, small-town editors and policemen, white citizens wary of civil rights. Nixon would experiment with catchy new names for this group—"the silent center," "the silent majority," "the forgotten Americans"—but there was nothing new in thinking about them as a coherent network of support. Hoover had been doing it for decades. Now the Republican Party was beginning to strategize about how to combine them into its political base, with Nixon as their standard-bearer. In 1968, it seemed as if the white

NOT FOR DISTRIBUTION

20. Sides, *Hellhound on his Trail*, 280.

21. Johnson, *Vantage Point*, 538; Flamm, *Law and Order*, 146.

22. Washington Capital News Service, "Clark 4/11 NX," FBI JFK 62-117290-1321-Bulky; Rosen to DeLoach, "MURKIN," April 11, 1968, S7, FBI MFF 44-38861-820 (MURKIN).

23. Sides, *Hellhound on His Trail*, 320–1, 326; "For Immediate Release," April 19, 1968, F24, B12, HO&C.

24. HSCA-MLK, 7:8-13; Director to SAC Albany, "Counterintelligence Program," May 28, 1968, S1, FBI V 100-449698 (COINTELPRO–New Left).

25. "Ouster of Hoover," *Milwaukee Journal*, April 29, 1968, B143, JEHS; Lomax, "King Killer," publication unknown, ca. May 1968, B143, JEHS; "Replace Hoover," *BS*, April 22, 1968, B143, JEHS.

26. Brennan to Sullivan, "Martin Luther King," April 18, 1968, S106, FBI FOIA 100-106670 (MLK); Pearson, *Washington Merry-Go-Round*, 578, 580–1; Pearson and Anderson, "Kennedy Ordered," *WP*, May 24, 1968, B143, JEHS; DeLoach to Tolson, "Approval of Wire Taps," May 21, 1968, FBI JFK 62-116395-1153-Bulky; Ritchie, *Columnist*, 252-5.

27. Hoover, "Memorandum for Mr. Tolson," June 5, 1968, P10, FBI V unnumbered (Tolson).

28. Sides, *Hellhound on his Trail*, 351–71.

29. DeLoach, *Hoover's FBI*, 250; interview of Cartha DeLoach, FBI OH.

30. O'Leary, "Scotland Yard," *WS*, June 9, 1968, B143, JEHS.

31. Andrews, "Capture of James Earl Ray," *CR*, June 10, 1968, B143, JEHS; Hruska, "Commendation," *CR*, June 10, 1968, B143, JEHS; Byrd, "Capture of James Earl Ray," *CR*, June 10, 1968, B143, JEHS.

32. Belli, untitled, *Daily Mirror*, June 19, 1968, B143, JEHS.

33. DeLoach to Tolson, "Murkin," June 8, 1968, FBI JFK 62-117290-1321-Bulky; interview of Kenneth Bounds, FBI OH; Hoover, "Memorandum for Mr. Tolson," June 20, 1968, P10, FBI V [unnumbered[ (Tolson); Vinson to Director, "James Earl Ray," July 17, 1968, S66, FBI MFF 44-38861 (Murkin); Hoover, "Memorandum for Mr. Tolson," July 16, 1968, S65, FBI MFF 44-38861-4852 (Murkin); Rosen to DeLoach, "Murkin," July 26, 1968, S1, FBI FOIA 67-175282 (Hanes).

34. DeLoach to Tolson, "Murkin," July 16, 1968, S65, FBI MFF 44-38861-4889 (Murkin); Rosen to DeLoach, "Murkin," July 18, 1968, S65, FBI MFF 44-38861-4893 (Murkin).

35. JEH APPT, July 18, 1968; JEH LOGS, July 18–19, 1968; DeLoach, *Hoover's FBI*, 253–4; Sides, *Hellhound on His Trail*, 382–3; Ray, 24.

36. HSCA Report, 5–6. For alternate theories of the assassination, see Pepper, *The Plot to Kill King;* Weisberg, *Frame-Up*; Nelson, *Who Really Killed Martin Luther King, Jr.?*; Lane and Gregory, *Murder in Memphis*.

37. HSCA-MLK, 7:4, 7:61.

**Chapter 55: Nixon's the One (1968–1969)**

1. "Remarks of Richard Nixon," November 7, 1962, https://cdn.nixonlibrary.org/01/wp-content/uploads/2017/07/24093803/1962-Last-Press-Conference.pdf; Nixon, *RN*, 238, 595–6; Hoover to Nixon, November 7, 1962, F1, B20, PPS320, RN; Hoover to Nixon, December 12, 1960, F13, B19, PPS320, RN.

2. Nixon to Hoover, April 6, 1963, F2, B20, PPS320, RN; Hoover to Julie Nixon, August 24, 1961, F14, B19, PPS320, RN.

3. Nixon, *RN*, 252 3; Nixon to Hoover, November 30, 1964, F2: "Hoover, J. Edgar," B20, PPS320, RN.

4. Dudman, *Men of the Far Right*, 163.

5. Rafferty, "American Civil Liberties Union," *Florida Times-Union*, August 21, 1967, B142, JEHS; Ledbetter, "Max L. Rafferty," *NYT*, June 14, 1982.

6. "J. Edgar Hoover Cited," *Herald Examiner* (Los Angeles), October 19, 1964, B137, JEHS; Jones to DeLoach, "Tenth Anniversary," April 9, 1965, S3, FBI FOIA 100-425828-99 (American Security Council); "American Security Council Honors 11," *Chicago Sun Times*, April 29, 1965, B138, JEHS; Olofson, "FBI Chief Tells," *Omaha World-Herald*, February 7, 1964, B136, JEHS; Akers, "Young life," *Gazette Telegraph* (Colorado Springs), February 16, 1964, B136, JEHS; "Right-Wing Group," *Chicago Daily News*, August 20, 1965, B139, JEHS; Gallup, "3 of 100 in GOP," *NYHT*, December 19, 1965, B139, JEHS.

7. Smith, "Nixon on Nixon," *NYT*, September 4, 1966; Perlstein, *Nixonland*, 173–4, 283.

8. Scammon and Wattenberg, *Real Majority*, 39.

9. Nixon, "What Has Happened to America?," *Reader's Digest*, October 1967; Perlstein, *Nixonland*, 202, 232, 235.

10. "Ceremonial to Honor," *Mobile Press-Register*, May 5, 1968, B143, JEHS; SAC Mobile to Director, "Alabama Circuit Judge George Wallace," March 6, 1956, S1, FBI FOIA 62-102939-8 (Wallace); Carter, *Politics of Rage*, 354; O'Reilly, "*Racial Matters*," 172; "Wallace Strategists Happy," *WS*, September 17, 1968, B144, JEHS.

11. Perlstein, *Nixonland*, 224; Nixon, "What Has Happened to America?"; "Nixon Would Use Force," *NYT*, March 8, 1968; Semple, "Nixon Telethon Ends," *NYT*, May 27, 1968; Nixon, "Address Accepting the Presidential Nomination at the Republican National Convention in Miami Beach, Florida," August 8, 1968, American Presidency Project, https://www.presidency.ucsb.edu/documents/address-accepting-the-presidential-nomination-the-republican-national-convention-miami; Hoover, "Message from the Director," *LEB*, August 1968.

12. Nixon, "Address Accepting the Presidential Nomination."

13. Kohlmeier, "Hoover Loses," *WSJ*, October 10, 1968, B144, JEHS.

14. Hope, "Nixon Confident," *WS*, May 27, 1968, B143, JEHS; "Nixon Advisers Named," *NYT*, July 25, 1968.

15. Cheshire, "The Director and the Foundation," *WP*, June 1, 1969, B146, JEHS; DeLoach to Jones, "Freedoms Foundation," August 10, 1964, S7, FBI FOIA 67-39021 (Nichols); "Snow Job," *Philadelphia*, February 1968, B143, JEHS.

16. Nixon to Nichols, November 8, 1961 and August 31, 1962, F: "Nichols," B560, PPS320, RN; Cheshire, "The Director and the Foundation," *WP*, June 1, 1969, B146, JEHS.

17. Nichols to Hoover, January 9, 1968, S7, FBI FOIA 67-39021-756 (Nichols); JEH APPT, January 18, 1968; Jones to Bishop, "Louis B. Nichols," January 12, 1968, S7, FBI FOIA 67-39021-755 (Nichols).

18. Winchell, "$1 Million Gift," *NYDN*, May 31, 1968, B143, JEHS; Cheshire, "The Director and the Foundation," *WP*, June 1, 1969, B146, JEHS; JEH APPT, May 8, August 19, 1968; Ehrlichman, *Witness to Power*, 156–7.

19. Untitled, *Parade*, *WP*, August 11, 1968, B144, JEHS; DeLoach to Tolson, "Democratic National Convention," August 7, 1968, FBI JFK 62-11695-1428; Hoover, "Memorandum for Mr. Tolson," August 15, 1968, FBI JFK 62-11695-1428; DeLoach to Tolson, "Democratic National Convention," August 22, 1968, FBI JFK 62-11695-1428.

NOT FOR DISTRIBUTION