# EXHIBIT 3

(Declaration of Beverly Gage)

The New York Times https://www.nytimes.com/1966/09/04/archives/nixon-on-nixon-and-other-issues.html

1

# Nixon on Nixon and Other Issues

**By Terence Smith**

Sept. 4, 1966



Nixon on Nixon and Other Issues

Life in Harlem: View From the Back Street

The President's Club Is Too Clubby, Says the G.O.P.

See the article in its original context from
September 4, 1966, Section H, Page 139 Buy Reprints

VIEW ON TIMESMACHINE

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

***About the Archive***

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Richard Milhous Nixon had been talking for nearly an hour before the inevitable question was asked. When it finally came up, he stiffened slightly, moved forward in his chair and cupped his hands primly on one knee. "No, I mustn't talk about 1968," he said, coughing his throat clear. "Romney isn't talking about it, Reagan isn't talking about it and I shouldn't either. It doesn't do any good, because the Republican party's problem isn't 1968, it's right now, 1966. We lost 47 House seats in the Johnson landslide in '64. If we don't pick up 30 of those an absolute minimum of 30-then it's all over. It's Armageddon, "I know how tough it is to rally a group of people after a defeat. You can't do it very often. If we don't have a significant win this fall, you can forget about the Republican party. You won't be able to rally the young people in the party for a generation. You'll have to get a new party, a new name. It's that important to us." And because it's that important to him, Mr. Nixon is planning a grueling, nation-wide campaign tour this fall. Beginning this week, he will spend 16 hours a day shaking hands, speaking and raising funds on behalf of the Republican candidates in the 50 Congressional districts he considers "marginal." A Durable Figure With only a two-week break in October to prepare a case for argument before the Supreme Court, he will maintain the pace until Nov. 8. Although the schedule is demanding, it's not unusual for Richard Nixon. He's been going at the same breathless rate since 1964. He's hit 30 states since then, and he'll be in the rest before the first snow. All of which makes the inevitable questions about 1968 superfluous. If ever a man was running for the Presidency, it's the senior partner of Nixon, Mudge, Rose, Guthrie and Alexander. He operates out of a comforta- ble, handsomely appointed corner office on the 24th floor of 20 Broad Street, hard by the New York Stock Exchange. Mr. Nixon is clearly the most durable political figure on the American scene, and his office looks it. The walls are covered with keys to European and Asian cities—the lagniappe of his innumerable "good will" tours of the world. Commemorative gavels abound. His polished walnut desk is suitable for the signing of major treaties. To the rear of his executive armchair is a long walnut cabinet laden with the framed, signed photographs of perhaps a score of heads of state, including Elizabeth II, the Shah of Iran and Haile Selassie. A graceful Vietnamese lacquer dominates one wall, on another hang the photographs of three notable Republicans: Dwight D. Eisenhower, Herbert Hoover

and Abraham Lincoln. When a visitor entered his office one morning last week, Mr. Nixon came around the corner of the huge desk with one hand outstretched. He gestured with the other towards a brown leather chair. Mr. Candidate The general, he explained, had been on the phone from Gettysburg, and that's why he had asked his visitor to wait. After two golf stories, the conversation turned to politics. What did he think, in all candor, was the effect of one of his flying visits to a Congressional district? What was the benefit to the candidate? "Three things," he said. "Publicity, enthusiasm and money. A candidate lives on publicity, and a visit by a national figure gets him massive publicity for that one day. And any national figure has a certain mystique-it stirs up the enthusiasm of his workers, makes them think that this particular election has a national importance beyond the local. Finally, it generates funds, whether at a $100-a-plate dinner, or just a reception after a parade." Toting up the take from the political bashes he has attended around the country since 1964, Mr. Nixon guessed that his name on the programs had attracted somewhere between $4 million and $5 million. "We'll probably raise another million at the things coming up between now and the election," he said. What did he plan to talk about on the Congressional stump this fall? Planning Ahead "No, that won't be the major issue. A week ago it might have been, but now it's clear that it's going to be domestic policies-the affect on the average people of the Administration's mishandling of the price increases. A 5 per cent increase in prices breaks the back of families in the $4,000 to $6,000 per year range, and that's the category most American families . . ." Mr. Nixon was cut off in mid-sentence by a buzz from the beige telephone to the left of his desk. Alerted by his secretary, Rose Mary Woods, he stood up to greet a tall, blonde Marine Corps colonel who came in to present him with a sheet of stamps commemorating the 50th anniversary of the Marine Reserve. Small talk about the war in the Pacific, smiles for the Marine sergeant with the camera, handshakes all around and then back to his chair. "Where were we? Oh yes. Well, actually there'll be three big issues this year. High prices is the first. Along with the high interest rates and the shortage of money. "Then the problem of crime in the streets. This issue is even more real than it was in '64. And not just racial violence but all crime. There's been a 48 per cent increase in crime over the last six years, compared with an 8 per cent increase in

population. In other words, crime has increased at a rate six times faster than the population. Right of Center "And then the labor-management issue. This is the real sleeper. People are afraid of the labor unions, but they're fed up with the strikes." The buzzer sounded again and Mr. Nixon picked up the phone to speak for several minutes with a man who was arranging to get him a house for the Labor Day weekend. Should he bring golf clubs? Was it near the water? “Okay, thanks very much, good. . . good goodbye." Did he expect that the conservatives in the party would have the same grip on the national convention in 1968 that they did in 1964? "I would expect the sentiment in the convention to be to the right of center, but not on the far right. The initial reaction to the Johnson victory was for the party to swing to the left of Johnson, to out-Johnson Johnson. "But that's not so any longer. The conservative position has become respectable again, particularly in economic theory. What gave conservatism a bad name were the bomb throwers, the nuts, the racists." Did he consider himself more conservative now than he was, say, 20 years ago, when he was first elected to office? "It's hard for me to see much change. I don't know, I don't think so. I know my positions on civil rights and foreign aid and reciprocal trade haven't changed, and the conservatives-the real conservatives don't like that." Unlisted Conservative To emphasize his point, Mr. Nixon dug through a pile of papers in his "in" box until he found a poll of readers of conservative publications. The readers were asked to list their favorite, "most trusted" conservatives in public life. Barry Goldwater was at the top of a list that included William F. Buckley Jr., Ronald Reagan, J. Edgar Hoover and Senator Everett M. Dirksen, but not, Mr. Nixon pointed out, Richard Nixon. "I guess I'm not a conservative if I can't make that list," he said. With quick answers to quick questions, he said he thought Governor Rockefeller would win re-election, and that Mr. Reagan and Charles Percy would win their battles. Would Senator Robert F. Kennedy actually attempt to snatch the 1968 Presidential nomination from President Johnson? "If Johnson wants to run again, he'll get the nomination. Any incumbent President can always get renominated. Look at Truman in 1948. If he could then, anyone could, anytime. "But if Lyndon thinks he's in trouble, if Lyndon thinks he needs Bobby on the ticket to win, he'll sugar-coat him, swallow him and regurgitate him later.”

The New York Times (by Tim Kantor)

PARTY MAN: Former Vice President Richard Nixon, shown in his Wall Street law office, is off and running to help Republican candidates this fall-and perhaps his 1968 Presidential chances.