# EXHIBIT 4

(Declaration of Beverly Gage)

birthday and he appeared to be just where he wanted: surrounded by friends and well-wishers, welcomed at the innermost sanctum of presidential power.[1]

The impression did not last. The bureaucratic struggles of the past few years had been too bitter, and Hoover's interests too much at odds with those of the White House, to make for any permanent reconciliation. Though Hoover had won most of those bruising battles, the victories had damaged his relationships not just in the White House, but in Congress, the media, and the Bureau itself.

ON JANUARY 1, HOOVER'S ACTUAL BIRTHDAY, ANTI-WAR PROTESTERS KICKED off the year with a picket line outside the White House. Many wore flak jackets and blue jeans—the "usual anti-war garb," in one reporter's scornful words—but others came dressed in suits, ties, and dresses to mark the dawn of the new year. Around two p.m., as the picket line broke up, they gathered for a bonfire on the White House Ellipse. In the bright cold of the afternoon, they shared wishes for peace, then launched into a series of "anti-war Christmas carols." One was dedicated to Hoover. "Sing choirs of agents, sing in adoration," they belted to the tune of "O Come All Ye Faithful." "Sing ye, o sing ye, to J.E.H."[2]

Around the FBI, though, few people remained to sing Hoover's praises. DeLoach and Sullivan were gone. Hoover's own generation, the men and women who had been at his side since the beginning, was barely hanging on. Tolson was sicker than ever, shuffling into the office for just a few hours each day. Sam Noisette retired in 1968 and chauffeur James Crawford stepped down after hospitalization for brain surgery. Helen Gandy went on medical leave in March 1972, a rare concession to human frailty. Hoover kept up a jokey front. "If I did not know you better," he wrote to Gandy as she lay ill at home, "I might think you were just taking advantage of this beautiful spring weather we are having."[3]

But there was no avoiding the basic math, or the ongoing string of personal losses. Frank Baughman, Hoover's dashing comrade from Kappa Alpha, died in the fall of 1971 after what the papers described as a "short illness." When Hoover appeared in Daytona Beach to attend Baughman's funeral, reporters were shocked at what they saw. "He quite obviously had difficulty maintaining his balance on his arthritic-torn legs," one wrote, describing Hoover as "grim-faced" and "tired-looking" behind his dark sunglasses. Several agents swarmed Hoover as an official escort but, perhaps afraid to touch the great man, they could not prevent him from stumbling on the stairs between the funeral home and the sidewalk. When Hoover reached his white limousine, he was forced to reach down and lift his deadened legs into the seat by hand. He "now appears to be a man silently suffering great physical pain," one observer concluded.[4]

Not long after returning from Daytona, Hoover learned that Walter Winchell was in the hospital, suffering from the excruciating final stages of testicular cancer that had

NOT FOR DISTRIBUTION

metastasized to his bones. Winchell's life had been one long saga of misery in recent years: the suicide of his only son in 1968, followed by the death of his long-time partner in 1970 and the loss of his beloved newspaper column. Press coverage now said that Winchell was in "serious but not critical condition," and Hoover dispatched an upbeat note bidding him "a quick and complete recovery." After four decades of friendship, this was their last correspondence. Winchell died three weeks later, a shrunken wraith at just 110 pounds.[5]

Hoover conceded nothing about his own state. "I am indeed fortunate in being blessed with excellent health," he told *The New York Times* in December 1971. But even his tried-and-true allies were no longer persuaded by the false front. In January, the *Star*'s Jeremiah O'Leary, long one of Hoover's greatest Washington acolytes, wrote an article hinting that the time had come for the director to step down. "The last year was a rough one for Hoover and the FBI," O'Leary wrote. "The brusque and thin-skinned director at times seemed cast in the role of a man besieged." The article included hurtful comments from an array of anonymous FBI officials (most likely including Sullivan and DeLoach), who attributed Hoover's decline to the fact that "he no longer has around him the kind of take-charge guys who used to save him from snap decisions and the hip-shooting that have been getting him into the headlines lately." Even they expressed a certain mournfulness about watching him falter. "Nobody wants to see him humbled after all these years," an anonymous agent told O'Leary. "But he ought to leave of his own accord and with honor instead of while wolves are tearing at him."[6]

While Hoover remained in office, though, the wolves kept coming, as fierce and fast as ever. In April, Congressman Cornelius Gallagher charged the Bureau with "corruption at its worst," and with planting "innuendo" about Hoover's political enemies—Gallagher included—in national magazines. (In private conversation, he threatened to reveal on the House floor that "the director of the FBI and the Deputy Director of the FBI have been living as man and wife for some 28 years," a charge that he never dared utter in public.) From the ranks of ex-agents, a dissenter named Robert Wall emerged to renounce the FBI as "a repressive organization, seeking to suppress organizations which it thinks deviates from the orthodoxy." From the world of publishing, not one but two biographical exposés promised to reveal his innermost secrets. "Unlike God, John Edgar Hoover admits to no mistakes," one of them began, followed by more than two hundred pages dissecting and dismissing the most treasured myths of Hoover's half century in office.[7]

By all accounts Hoover appeared to be annoyed but unbowed by the attacks, unwilling even now to give in and step down. In late April, he traveled to New York for the annual lunch of the Banshees, an ingathering of the most powerful publishers in the news industry, where his host William Randolph Hearst Jr. found him cheerful and "in the pink of health." Upon his return to Washington, he plunged back into

NOT FOR DISTRIBUTION

business as usual. On the night of May 1, he went to dinner at Tolson's apartment, then returned home to Thirtieth Place and ventured upstairs to bed. Sometime over the next few hours, his heart stopped. He died alone, but with the world still watching.[8]

THE OFFICIAL STORY, RECORDED IN A MEDICAL EXAMINER'S "DEATH REPORT," is that Annie Fields ("female, Negro, 59 years") found Hoover's body. She had prepared Hoover's breakfast, but grew concerned around eight thirty when he didn't appear on time. She waited a few minutes, then went up to his bedroom, where she found him in "an unconscious condition in bed." Another version (and perhaps the more likely one) suggests that it was actually James Crawford who found Hoover. Though he had retired from the Bureau in January, Crawford had come to Thirtieth Place to supervise the installation of some rose plants, one of the few people Hoover trusted to do work around the house. When Fields noticed that Hoover hadn't come down for breakfast, she asked Crawford to go upstairs, since Hoover was known to sleep in the nude. In that version of the story, Hoover was found not peacefully in bed, but sprawled on the floor, as if he had fallen while returning from the bathroom.[9]

In any case, it was either Fields or Crawford who called Tolson, who called Gandy, who called Assistant to the Director John Mohr, the highest-ranking official on the Bureau's administrative side. Mohr later estimated that Gandy phoned "a few minutes after 9 o'clock," at which point Hoover's death became a political event. Mohr notified Acting Attorney General Richard Kleindienst, who instructed him to make sure that Hoover's office was "secure" before the news leaked out too widely. Back at Thirtieth Place, Hoover's personal physician arrived to examine the body and proclaimed the cause of death to be "hypertensive cardiovascular disease." At the Bureau, word spread quickly among Felt and other top officials.[10]

Nixon, too, soon learned of the morning's events. Upon hearing from Haldeman that Hoover had died overnight, after forty-eight years as FBI director, Nixon burst out with an expression that was one part surprise, one part grudging admiration. "That old cocksucker!" he supposedly exclaimed, before turning to the question of what, exactly, was supposed to happen next.[11]

NIXON SEEMS TO HAVE EXPERIENCED HOOVER'S DEATH AS AN AUTHENTIC blow, the loss of a man who had been part of his inner circle since his first rough-and-tumble years in Washington. "He was my best personal friend in government," Nixon told his special counsel, a claim that he would repeat countless times in the subsequent days. In conversations with aides, speechwriters, and cabinet members, Nixon described Hoover over and over again as a friend "in a very close and intimate sense," with

NOT FOR DISTRIBUTION

FBI FOIA 67-205182 (Sullivan); "F.B.I. Aide," *NYT*, October 13, 1970, B149, JEHS; Sullivan to Tolson, October 13, 1970, S7, FBI FOIA 67-205182 (Sullivan); Sullivan to Tolson, "Public Speeches," October 14, 1970, S7, FBI FOIA 67-205182-613 (Sullivan).

14. Gentry, *J. Edgar Hoover*, 650–1; Adams to Callahan, "Clyde A. Tolson," March 17, 1970, S4, FBI NARA 67-9524-447 (Tolson); Tolson to Hoover, March 23, 1970, S4, FBI NARA 67-8524-446 (Tolson); O'Leary, "J. Edgar Still Looks," *WS*, December 31, 1967, B142, JEHS; Felt and O'Connor, *G-Man's Life*, 166.

15. "Poll Finds," *NYT*, August 9, 1970, B148, JEHS; Harris, "U.S. Is Split," *ChiT*, May 6, 1971, B154, JEHS; "Hoover's Record," *Charlotte Observer*, May 9, 1971, B154, JEHS.

16. Clark, *Crime in America*, 82; Turner, *Hoover's FBI*; Feldstein, *Poisoning the Press*, 137-40; Anderson, "$100-a-Day Suites," *WP*, May 12, 1971, B154, JEHS; Anderson, "Millionaire Picked Up," *WP*, Dec. 31, 1970, B150, JEHS.

17. Nelson, *Scoop*, 156–66.

18. Hoover, handwritten notes on: Anderson, "Hoover's Letters," *WP*, January 1, 1971, B151, JEHS; Harwood, "Snooping and Shouting," *WP*, April 8, 1970, B148, JEHS; Tully, "Will Hoover Retire In '72?" *Alexandria Gazette*, June 16, 1970, B148, JEHS; Eveslage, "Police No. 1 Target in America," *American Free Press*, September 1970, B149, JEHS; Gulliver, "Hoover Critic," *AC*, December 3, 1970, B150, JEHS; Miller, "Congressman Anderson's," *WSJ*, December 18, 1970, B150, JEHS; "Buffalo Minister," *Buffalo Evening News*, April 11, 1970, B148, JEHS; Wicker, "Calvin Coolidge's Revenge," *NYT*, November 19, 1970, B149, JEHS. Also see NT 6-84; Hoover, "Memorandum for Mr. Tolson," May 1, 1970, S10, FBI V unnumbered (Tolson).

19. Clawson, "FBI's Hoover," *WP*, November 17, 1970, B149, JEHS; "Hoover Reveals," *Boston Record American*, December 7, 1970, B150, JEHS; "Hoover Says Anti-War," *WS*, Nov. 27, 1970, B149, JEHS; Hoover, "Open Letter," September 21, 1970, F: "An Open Letter to College Students," B20, NLEM; Clawson, "FBI's Hoover Scores," *WP*, November 17, 1970, B149, JEHS; Sinclair, "Hoover Praises Chandler," *Courier-Journal*, May 28, 1970, B148, JEHS; Hoover, "Memorandum for Mr. Tolson," May 11, 1970, S10, FBI V [unnumbered] (Tolson).

20. Mollenhoff, "Nixon seen set," *Tampa Times*, March 1, 1971, B152, JEHS; Oudes, ed., *From: The President*, 217–8.

21. On the Media burglary, see Medsger, *Burglary*, especially 113-272; *1971*, directed by Johanaa Hamilton (2014). For details, see Philadelphia to Director, "Unsub; Break In," March 9, 1971, S1, FBI 52-94527-3 (Medburg); O'Leary, "The FBI," *WS*, January 2, 1971, B158, JEHS; Brennan to Sullivan, "Burglary of FBI Resident Agency," March 15, 1971, S3, FBI 52-94527 (Medburg); Hoover to SAC, Albany, "Counterintelligence Programs," April 28, 1971, S2, FBI V 157-9 (COINTELPRO White Hate).

22. *CR*, April 5, 1971, B152, JEHS; *CR*, April 22, 1971, B153, JEHS.

23. "Kennedy," *BG*, April 8, 1971, B152, JEHS; "Playboy Interview," *Playboy*, August 1971, B156, JEHS.

24. "Hoover's FBI," *Newsweek*, May 10, 1971, B154, JEHS; "Emperor of the FBI," *Life*, April 9, 1971; "He May Be the Man," *NYT*, April 18, 1971, B153, JEHS; "Bugging J. Edgar Hoover," *Time*, April 19, 1971, B153, JEHS; Hoover, "Memorandum for Mr. Tolson," April 15, 1971, S10, FBI V unnumbered (Tolson).

25. *CR*, April 22, 1971, B153, JEHS; Goldwater to Nixon, April 15, 1971, F: "EX FG 17-5 Federal Bureau of Investigation [3 of 8, January April 1971]," B3, WHCF, RN; *CR*, April 5, 1971, B152, JEHS; "East Lauds Hoover, FBI," *Clarion Ledger*, May 6, 1971, B154, JEHS; *CR*, April 1, 1971, B152, JEHS; *CR*, May 10, 1971, B154, JEHS.

26. Kilpatrick, "Why J. Edgar Hoover," *WS*, March 16, 1971, B152, JEHS; Buckley, "Questions about the FBI," *Memphis Press-Scimitar*, April 27, 1971, B153, JEHS; "Reagan Lauds," *Sacramento Bee*, May 10, 1971, B154, JEHS; "Campaign against the FBI," *The Mindszenty Report*, May 1971, B154, JEHS; "'Gnats on the Hide,'" *Knight Templar*, April 1971, B152, JEHS.

27. "President Says Hoover," *WS*, April 17, 1971, B153, JEHS; NT 001-123.

28. Hoover to McGaughey, June 14, 1971, F71, B1, EMG; Quinn, "The Night the Director," *WP*, May 25, 1971, B154, JEHS; Crawford, "Score Two for Martha," *WDN*, May 24, 1971, B154, JEHS; Untitled, *Hamilton Journal*, June 16, 1971, B155, JEHS; "Hoover Breaks 3-Yr. Seclusion," *ChiT*, May 25, 1971, B154, JEHS.

29. "Remarks of J. Edgar Hoover," May 24, 1971, S7, B2, FBI NARA 67-561-377 (Hoover).

30. Nixon, *RN*, 512–4; NT 6-84.

31. Evans and Novak, "Nixon Dilemma," *WP*, April 5, 1971, B152, JEHS.

32. NT TR 587-3; "Who Went, Who Didn't," *WP*, June 13, 1971, B155, JEHS; NT 291-11; NT-LOG 575-7; NT 6-84.

33. Ponder to Tolson, "Disagreements," September 9, 1971, S7, FBI FOIA 67-205182 (Sullivan); Felt and O'Connor, *A G-Man's Life*, 117–8; Sullivan, *Bureau*, 243; Hoover, "Memorandum for Mr. Tolson [et al]," October 1, 1971, S8, FBI FOIA 67-205182-637 (Sullivan).

34. "Scenario for Conversation," undated, F: "[Hoover, J. Edgar] Company President," B20, Special Files, Staff Member and Office Files: John D. Ehrlichman, RN; Untitled memo attached on Ehrlichman to Nixon, "Director of the FBI," October 27, 1971, F: "[Hoover, J. Edgar] Company President," B20, Special Files, Staff Member and Office Files: John D. Ehrlichman, RN.

35. Ehrlichman, *Witness to Power*, 166–7; Nixon, *RN*, 597–9; Gray and Gray, *In Nixon's Web*, 9; NT 601-033.

36. Hoover, "Memorandum for Mr. Tolson," October 1, 1971, S8, FBI FOIA 67-205182-637 (Sullivan).

**Chapter 58: One of the Giants (1972)**

1. "Dinner at Key Biscayne," *WP*, December 29, 1972, B157, JEHS; Hoover to Nixon, January 3, 1972, F: "Ex FG 17-5 Federal Bureau of Investigation [5 of 8, September 1971–May 1972]," B3, WHCF, RN; "Charles G. ('Bebe') Rebozo, FBI Director J. Edgar Hoover, the President, and Secretary of State William P. Rogers before Dinner at Key Biscayne Florida, 188/28/1971," ARC Identified 194750, RN-WHPO; "His Spirit," *Chicago Sun Times*, January 1, 1972, B158, JEHS; Untitled photo, *NYT*, January 2, 1972, B158, JEHS; Untitled photo, PB34, NLEM.

2. Ross, Untitled, Washington Capital News Service, January 1, 1972, B158, JEHS.

3. Hoover to McGaughey, September 27, 1971, F71, B1, EMG; Gentry, *J. Edgar Hoover*, 20; Hoover to Gandy, March 1, 1972, S3, FBI 67-3654 (Gandy), S-JEHC.

4. "Baughman Rites," *Orlando Sentinel*, September 20, 1971, B156, JEHS; McIntosh, "Reflection on FBI Chief," ca. November 1971, B157, JEHS; JEH LOGS, September 9–10, 1971; Kelly and LaPrise, "Hoover Attends," *Daytona Beach News-Journal*, September 10, 1971, F: "Baughman Sept 71," S-JEHC.

NOT FOR DISTRIBUTION

GMan_9780593511466_all_3p_r1.indd 781 8/17/23 12:08 PM

5. Gabler, *Winchell*, 542 9; Hoover to Winchell, January 26, 1972, S58, FBI V 62-31615-1289 (Winchell).

6. "Hoover, Almost 77," *NYT*, December 6, 1971, B157, JEHS; O'Leary, "The FBI," *WS*, January 2, 1972, B158, JEHS.

7. Facter, "Gallagher Charges," *Hudson Dispatch*, April 20, 1972, B158, JEHS; Elder, "Rep. Gallagher Charges," *WS*, April 20, 1972, B158, JEHS; Gentry, *J. Edgar Hoover*, 588–9; "Ex-G-Man," *Buffalo Courier-Express*, January 14, 1972, B158, JEHS; Messick, *John Edgar Hoover*, 1; Nash, *Citizen Hoover*.

8. Hearst, "A Time for Sadness," *Baltimore News American*, May 7, 1972, B229, JEHS; Felt, *G-Man's Life*, 148-9.

9. "Death Report," CCR 21-617, May 2, 1972, F1: "Hoover: Funeral," B1, NLEM; Gentry, *J. Edgar Hoover*, 19–21. Ungar places a third person at the death scene, Hoover's new driver, Tom Moton. Ungar, *FBI*, 37-8.

10. Files, 65; District of Columbia Department of Public Health, "Certificate of Death, 72-03405," F: "Copies (10) of JEH Death Certificate," B1, NLEM.

11. Gentry, *J. Edgar Hoover*, 28.

12. NT 23-152; NT-TR 719-12.

13. NT 335-16, 334-11, 23-133; NT-TR, 717-19.

14. NT 334-36, 23-133.

15. NT 23-103.

16. DeLoach, *Hoover's FBI*, 414–7; Elsasser, "National Crimefighter," *ChiT*, May 3, 1972, B159, JEHS.

17. NT 717-8; Johnson to Tolson, May 2, 1972, F: "Hoover," B73, Post-Presidential Papers, Name File, LBJ.

18. AP, "J. Edgar Hoover Is Dead," *Detroit News*, May 2, 1972, B159, JEHS; Nixon, "Statement by the President," May 2, 1972, F: "GEN FG 17-5 Federal Bureau of Investigation," B4, WHCF, RN; Breasted, "Nixon Calls Him 'Truly Remarkable,'" *NYDN*, May 3, 1972, B159, JEHS.

19. NT 334-36, 23-118.

20. *Memorial Tributes to J. Edgar Hoover in the Congress of the United States* (Washington, DC: U.S. Government Printing Office, 1974), 29–30, 37, 3–13; Untitled, Washington Capital News Service, May 2, 1972, B159, JEHS; "Individuals Who Have Lain in State or in Honor," U.S. House of Representantives, https://history.house.gov/Institution/Lie-In-State/Lie-In-State-Honor/.

21. Farmer and Freeman, "J. Edgar Hoover 77," *Springfield News & Leader*, April 23, 1972, reprinted in *Memorial Tributes*, 16; "J. Edgar Hoover," *Providence Journal*, May 3, 1972, B229, JEHS.

22. Delaney, "Mourning," *WS*, May 3, 1972, B159, JEHS.

23. Untitled, *Augusta Chronicle*, May 3, 1972, B229, JEHS; "J. Edgar Hoover, RIP," *NatR*, May 26, 1972, 572–3.

24. *Memorial Tributes*, 35; "J. Edgar Hoover," *ChiT*, May 3, 1972, B229, JEHS; Canham, "Mr. Hoover's place," *CSM*, May 8, 1972, B159, JEHS.

25. Gentry, *J. Edgar Hoover*, 42; untitled, Washington Capital News Service, May 3, 1972, B159, JEHS; Robertson, "Hoover Lies," *NYT*, May 4, 1972; Seppy, "High officials," *AP*, May 3, 1972; Levey, "Throngs View," *WP*, May 4, 1972; Felt and O'Connor, *G-Man's Life*, 146; Burger, "Eulogy," May 3, 1972, reprinted in *Memorial Tributes*, xvii–xviii; Elsasser, "Hoover Eulogized," *ChiT*, May 4, 1972, B159, JEHS; "J. Edgar Hoover," *WS*, May 3, 1972, reprinted in *Memorial Tributes*, 223; Fialka, "Nation's Capital," *WS*, May 3, 1972, B159, JEHS; "6,000 file," *WDN*, May 4, 1972; "The Lincoln Catafalque," Architect of the Capitol, https://www.aoc.gov/what-we-do/programs-ceremonies/lying-in-state-honor/lincoln-catafalque.

26. Valentine, "Mourners Pass," *WP*, May 4, 1972; "Counter Protest," *NYT*, May 4, 1972; "1,000 Quakers," *NYT*, May 4, 1972; Lukas, *Nightmare*, 194–6.

27. Greene, "Capitol Stuff," *NYDN*, May 3, 1972, B159, JEHS; Antevil, "FBI Has New Most-Wanted," *NYDN*, May 3, 1972, B159, JEHS; Stuart, "Who Will Take FBI Helm?" *CSM*, May 3, 1972, B159, JEHS.

28. NT 335-16, 334-14, 334-36.

29. NT 717-15; Ehrlichman to Nixon, "Meeting with Richard Kleindienst, Pat Gray," May 3, 1972, FG 17-5: "Federal Bureau of Investigation [5 of 8, September 1971–May 1972]," B3, Subject Files, WHCF, RN.

30. NT-TR 719-12.

31. Felt and O'Connor, *G-Man's Life*, 148, 154.

32. HO&C; Files, 88–90, 36–49.

33. "Will—John Edgar Hoover," July 19, 1971, F1, B1, NLEM.

34. NT-TR, 717-10, 717-19.

35. NT 335-14, 335-24, 23-125; NT-LOG 719-3, 719-7, 719-8; "Nixon Eulogizes Hoover at Last Rites," *WS*, May 4, 1972, B159, JEHS.

36. "Services for the Honorable J. Edgar Hoover," May 4, 1972, F1, B1, NLEM; Nixon, "Eulogy by the President for J. Edgar Hoover," May 4, 1972, F1, B1, NLEM; Van Riper, "Nixon Calls Hoover," *NYDN*, May 5, 1972, B159, JEHS; Levey, "Nixon Eulogizes Hoover," *WP*, May 5, 1972, B159, JEHS; Spencer, "'He Was a Great Patriot,'" *WS*, May 5, 1972, B159, JEHS.

### Epilogue

1. NT-TR 858-003; NT-TR 865-14.

2. Hoover, "Memorandum for Mr. Tolson," April 13, 1971, S9, FBI V [unnumbered] (Tolson).

3. Gray and Gray, *In Nixon's Web*, 42–3, 183, 288; Gray, "At EEG House," August 4, 1980, B: "LPG Handwritten Ipswich Narratives, 1980," LPG. Also see Gray's handwritten notes in the margins of Felt, *FBI Pyramid*, in LPG: 153, 111, acknowledgments.

4. "In the Offing," *WDN*, May 6, 1972, B159, JEHS; Nichols to Nixon, May 19, 1972, F6, B4, FG 17-5, RN.

5. Felt to Gray, September 20, 1972, S5, FBI FOIA 67-276576-430 (Felt); Gray to Felt, December 1, 1972, S5, FBI FOIA 67-276567-432 (Felt); Weiner, *Enemies*, 309.

6. Woodward, *Secret Man*, 59; Kutler, *Abuse of Power*, 170–1; Woodward and Bernstein, *All the President's Men*. Felt's memoir went through several editions. It was first published in 1979 as *The FBI Pyramid: From the Inside*, without the Deep Throat revelations. In 2007, he published a revised edition with John O'Connor under the title *A G-Man's Life: The FBI, Being Deep Throat, and the Struggle for Honor in Washington*. Most recently, to coincide with the film *Mark Felt* (2017), it was released as *Felt: The Man Who Brought Down the White House*. For the original *Vanity Fair* story, see O'Connor, "I'm the Guy They Call Deep Throat." For a rigorous, objective take on Felt's career, see Holland, *Leak*. Also see Gage, "Deep Throat, Watergate, and the Bureaucratic Politics of the FBI." For the ongoing debate, see Holland, "Beyond Deep Throat," *Newsweek*, October 9, 2014.

7. Kutler, *Wars of Watergate*, 247; NT-TR 858-003.

8. Gray, "At EEG House," August 4, 1980, B: "LPG Handwritten Ipswich Narratives, 1980," LPG; Gray and Gray, *In Nixon's Web*, 213; Holland, *Leak*, 129–50.

NOT FOR DISTRIBUTION

GMan_9780593511466_all_3p_r1.indd 782 8/17/23 12:08 PM