# EXHIBIT 8

(Declaration of Beverly Gage)

# 16

# "Nut Job," "Scumbag," and "Fool"

## HOW TRUMP TRIED TO DECONSTRUCT THE FBI AND THE ADMINISTRATIVE STATE—AND ALMOST SUCCEEDED

*Beverly Gage*

In late January 2017, a week after his inauguration, President Donald Trump invited FBI director James Comey to the White House for dinner. Comey thought—hoped, really—that it would be a group event, perhaps a gathering of law-enforcement or intelligence officials. Instead, he showed up to a table set for two: just the president and the FBI director, their names rendered in calligraphy on place cards. They dined on shrimp scampi. But as Comey later reflected, it was really "my job security" that was "on the menu." Within minutes, Trump asked whether Comey wanted to stay on as FBI director, then laid out the conditions for doing so. "I need loyalty," the president said. "I expect loyalty."[1]

If Comey had been a political appointee—one of the thousands who move in and out of the White House at moments of presidential

transition—the demand might have been merely tacky, more mafioso than statesman. The FBI director occupies an unusual place in the federal system, however. Though appointed by the president, the head of the FBI is tasked with standing apart from politics, a civil servant loyal to the truth and the law rather than to any individual politician. The director's term of office lasts for ten years, longer than any single presidency. The reason is simple: as the country's leading federal law enforcement agency, the FBI is frequently called on to conduct politically sensitive inquiries. In order for such investigations to be credible, the bureau must be seen as a nonpartisan force composed of objective fact-finders and trained professionals, not as the tool of any party or president.

Trump gave little credence to that idea, just as he hated the idea that government experts—from health officials to diplomats to military leaders—might be in a position to render judgments and affirm truths at odds with his political priorities. His efforts to denigrate, undermine, ignore, and weaken the so-called administrative state began long before his dinner with Comey and lasted well beyond his final day in office. As a term, the "administrative state" encompasses most of the federal bureaucracy, shorthand for the two million career public servants who work for the government but whose jobs persist outside of election cycles.[2] In February 2017, just weeks after Comey's awkward dinner at the White House, Trump aide and chief strategist Stephen Bannon identified "the deconstruction of the administrative state" as one of the top priorities of the Trump White House.[3] According to Trump, federal employees acted as a drag on American capitalism—part of "the steady creep of government bureaucracy that drains the vitality and wealth of the people," as he complained during a speech in Warsaw, Poland, in the summer of 2017.[4] Nonpartisan government employees also posed a more direct threat to his political power: charged with uncovering facts and enforcing the law, they had the ability to challenge Trump's claims about the state of the world—and about the questionable activities of his own administration.

National security agencies, especially the FBI, bore the brunt of Trump's hostilities. Trump launched an open and unabashed political war against his own intelligence agencies, railing against them as "Deep State" conspirators out to undermine the public good and destroy his presidency. In doing so, he radically altered their status within American

political culture. Before Trump, most Republicans and conservatives professed great admiration for the FBI, CIA, and other intelligence agencies, describing them as patriotic bulwarks vital to national security. Democrats and progressives tended to view them with greater skepticism, cognizant of national security imperatives but also aware of the potential for excessive secrecy and abuse of civil liberties. Trump flipped that equation, sending Republicans scrambling to condemn a disloyal and invasive "Deep State" while Democrats looked to the FBI and other intelligence services to hold the White House accountable.[5]

---

Trump's fear that career federal employees did not especially like him had at least some grounding in truth. According to an October 2016 poll by *Government Executive* magazine, a slim majority of federal employees said they were likely to vote for Democratic candidate Hillary Clinton, while just 34 percent favored Trump.[6] This was hardly a surprising finding, given Trump's open contempt for government work. But such partisan preferences should have been irrelevant. As members of the "administrative state," federal employees are supposed to set aside their political views when carrying out their official duties—to be as objective, nonpartisan, and professional as possible.

Congress codified this idea in law in 1883, spurred to action by a national crisis. Two years earlier, a deranged federal office-seeker had shot and killed President James Garfield, claiming that the president denied him the diplomatic job he deserved in exchange for supporting Garfield in the 1880 election. Congress soon passed the Pendleton Act, the nation's first major civil-service law, creating a system of exams to award federal jobs by merit rather than party patronage and establishing protections to prevent employees from being fired during shifts in administration. Since that moment, the federal bureaucracy has expanded far beyond anything imagined in the nineteenth century. The FBI alone—not even a figment of the imagination in the 1880s—now employs thirty-five thousand people. But the principles of that original vision still apply. In its modern incarnation, the federal civil service is supposed to be guided by merit, expertise, and professionalism rather than by partisan politics.

Things have never been so simple in practice, however—especially in the case of the FBI. In 1907, when the attorney general Charles Bonaparte first proposed an investigative bureau within the Justice Department, Congress resisted for fear that the detective force would be used for partisan ends. Bonaparte went ahead and created his bureau, but soon ran into accusations that he was deploying his new employees to spy on his political enemies.[7] Such accusations continued under longtime FBI director J. Edgar Hoover, who ran the bureau from 1924 through 1972. Throughout his career, Hoover insisted that the FBI was a bastion of professionalism and objectivity, a model of administrative expertise. At the same time, he was a deft political operator, sometimes supporting and sometimes undermining the current occupant of the White House and other politicians.

Hoover benefited from being in the right place at the right time. The FBI's most significant growth occurred during the New Deal and World War II, periods that gave birth to both the modern welfare state and the modern security state. As political scientists Stephen Skowronek, John A. Dearborn, and Desmond King point out, the bureaus and agencies created during that era were meant to be "deep"—to have roots and structures that would extend beyond the life of any presidency, thus giving the government forms of continuity and expertise that election-driven appointments could not. Trump's definition of the Deep State was far more negative: a conspiratorial vision in which career bureaucrats and intelligence officials were actively colluding with his political enemies to bring down the presidency.[8]

Republicans and Democrats alike participated in the expansion of the administrative state, voting for new laws and programs and agencies (most of them situated in the executive branch) that required the employment of an ever-growing number of Americans. Still, the two parties never saw eye to eye on the desirability of this expansion. In 1964, speaking on behalf of Republican candidate Barry Goldwater, the budding conservative star Ronald Reagan complained that a "little intellectual elite," embedded within agencies "in a far-distant capital," was abusing its authority to undermine individual citizens' autonomy.[9] Since that moment, attacking the federal bureaucracy and its allegedly arrogant, out-of-touch experts has been a staple of Republican politics. In his 1981 inaugural address as president, Reagan declared that

"government is not the solution to our problem; government is the problem," perhaps the most famous indictment of the administrative state ever uttered.[10] Two decades later, President George W. Bush carried on the tradition of "politicizing and terrorizing the bureaucracy," in the words of one critic, attacking the federal civil service in both word and deed.[11]

Even the most conservative Republicans usually carved out a key exception to this critique, however. While they railed against the "do-gooders" of the welfare state and the diplomatic corps, they usually championed the men and women of the security state, the realm of government composed of the intelligence agencies, military branches, and related national-defense services. The FBI fell into this category. Its employees are bound by many of the same rules that govern other parts of the federal bureaucracy: distance from politics, hiring by merit, the cultivation of impartial expertise. But Republican presidents have traditionally viewed them as a far more congenial constituency than, say, the employees of the Social Security Administration. Even as a lifetime federal bureaucrat, FBI director Hoover became known as a "patron saint" of modern conservatives, who admired him for his outspoken right-wing views on race and religion and for his hostility to the American Left.[12] Hoover built the FBI in his image, giving it a reputation as both a professional law-enforcement agency and a bastion of conservatism.

This basic sympathy of outlook did not always prevent clashes between the FBI and Republican occupants of the White House. Though close friends with Hoover, Richard Nixon came to office in 1969 determined to bring the federal bureaucracy under White House control and to use agencies such as the FBI to serve his political interests. Within months, he found himself embroiled in clashes with Hoover, who sometimes accommodated and sometimes resisted Nixon's requests that the FBI surveil and investigate the president's political enemies. At one point, Nixon thought about firing Hoover but backed off for fear of a national scandal. When Hoover died conveniently in May 1972, Nixon appointed a political loyalist to head the FBI. That move exacerbated rather than contained the growing tensions, however. After the Watergate burglary that June, the FBI's second-in-command, a career civil servant named Mark Felt, began

leaking to the press about the progress of the investigation as the top-secret source "Deep Throat"—the beginning of the end for Nixon.[13]

But even Nixon rarely denounced the FBI in public, preferring backroom maneuvering to any sort of open clash. Trump broke decisively from this tradition. Over the course of his presidency, Trump accused the FBI of collusion, corruption, incompetence, and even criminal activity, depicting the agency as the leading edge of a Deep State conspiracy out to discredit his administration. He attacked the FBI's leadership with demeaning names: "nut job," "phony," "ignorant fool," "major sleazebag."[14] His most aggressive assaults often came in response to specific investigations, acts of retaliation and intimidation aimed at undermining FBI inquiries into his administration's ties to Russia. To Trump, anyone who was not with him was against him, including a vast array of government employees who were supposed to be loyal to the facts and the truth and the law—and not to the Trump White House.

---

Comey was no stranger to political controversy when he showed up for dinner with Trump in January 2017. A lifelong Republican, Comey had spent much of his career as a federal prosecutor, first as a U.S. attorney in New York, then as a top official in the Department of Justice, followed by stints at two major defense contractors. Despite his partisan affiliations, Comey prided himself on his professional independence throughout his government employment. In 2004, as acting attorney general, he opposed renewal of a controversial domestic surveillance program initiated by President George W. Bush, arguing that it was unconstitutional. When Bush administration officials showed up at the hospital bedside of Attorney General John Ashcroft, hoping for a quick sign-off to renew the program, Comey rushed to the hospital as well, threatening to resign if the renewal went through. This reputation for independence made him appealing to President Barack Obama, who, unlike Trump, believed in the FBI's nonpartisan mission. Obama appointed Comey for a ten-year term as FBI director in May 2013.[15]

For his first few years, Comey focused on keeping the FBI humming along, attempting to expand the numbers of women and people of color in the bureau's ranks while steering clear of partisan politics.

Before 2016, his most controversial public statement concerned crime and policing. In response to the emerging Black Lives Matter movement, Comey argued that criticism of the police led to higher crime rates and more gun violence in embattled urban neighborhoods. "I don't know whether that explains it entirely," he told an audience at the University of Chicago Law School, "but I do have a strong sense that some part of the explanation is a chill wind blowing through American law enforcement over the last year." The statement sparked pushback among criminal-justice activists and even some members of his own Justice Department, who rejected the so-called Ferguson effect as a racist myth. But Comey's remarks had few repercussions in the rest of Washington, where most Republicans agreed with him and most Democrats seemed inclined to steer clear of the issue.[16]

Partisan politics caught up with him in March 2015. That month, as part of a fractious Republican-led inquiry into a fatal attack on U.S. diplomatic facilities in Benghazi, Libya, congressional investigators discovered that Hillary Clinton had used a private email server during her time as secretary of state. Over the summer, the FBI opened "Midyear Exam," an investigation into whether Clinton had transmitted classified information on her private server—and, if so, whether she had ill intent. The investigation hung over Clinton's presidential campaign throughout 2015 and into 2016, as she jousted with socialist rival Bernie Sanders for the Democratic nomination. Then, on July 5, 2016, Comey announced in a press conference that the FBI had found no evidence of criminal wrongdoing. Though Clinton had been "extremely careless" in handling classified information, he explained, she showed no malevolent purpose and therefore should not be subject to prosecution.

Comey praised FBI employees for their "remarkable work in this case," emphasizing that it had been careful, thorough, and above all objective. The press conference itself was hopelessly enmeshed in politics nonetheless. The previous week, Attorney General Loretta Lynch had met with former president Bill Clinton (Hillary's husband) aboard a plane on the Phoenix airport tarmac. Ostensibly just a meet-and-greet, the encounter had provoked a furor, since Lynch, as attorney general, was supervising the investigation into Hillary Clinton's email server. It was at that point that Comey made the unusual decision to release the results of the investigation during a press conference—without

consulting Lynch or coordinating with the Department of Justice. He argued that his go-it-alone strategy stood the best chance of preserving the FBI's reputation as a nonpartisan, professional investigative agency in the midst of so much political turmoil.

It did anything but. Trump ran a "law and order" campaign, championing the police while vilifying immigrants and people of color as criminals out to undermine public safety and the American way of life. His message should have placed him in sympathy with the FBI, especially given Comey's statements about policing and crime. Instead, Trump seized on Comey's exoneration of Clinton as evidence that the FBI, like the Democratic Party, was scheming to destroy his candidacy. On the campaign trail, Trump had already called for Clinton to be thrown in jail for supposedly undermining national security, going so far as to lead chants of "Lock Her Up" at campaign rallies. After Comey's press conference, he transferred some of that fury onto Comey and the FBI. "FBI director said Crooked Hillary compromised our national security," Trump tweeted on July 5. "No charges. Wow! #RiggedSystem."[17]

Trump's attacks continued over the next several months as he and Clinton secured their parties' nominations and entered into the most divisive campaign in modern political history. On October 17, Trump retweeted an article from the far-right Daily Caller hinting that Comey deliberately "stood in the way" of the Clinton email investigation. "Crooked Hillary colluded w/FBI and DOJ and media is covering up to protect her," he declared in a follow-up tweet. "It's a #RiggedSystem!"[18] According to Trump, the FBI conspired to obscure massive criminal wrongdoing by Clinton in order to aid her election and thus provide a congenial environment for future machinations by the secretive and manipulative Deep State.

So Trump was as surprised as anyone by what happened on October 28, twelve days before the election, when Comey suddenly reversed course and announced that the FBI was reopening the Clinton email investigation. The impetus for this turn of events came from an unrelated inquiry into former Democratic congressman Anthony Weiner, who had been accused of inappropriate online sexual exchanges with an underage girl. In the course of that investigation, the FBI came across a laptop shared by Weiner and his wife Huma Abedin, a close adviser to Clinton. On the

laptop were tens of thousands of "emails that appear to be pertinent" to the Clinton investigation, as Comey explained in a letter to Congress.[19]

Comey once again framed his decision to reopen the investigation—and to reveal the fact publicly—as the fulfillment of his duty as a federal civil servant. In truth, political pressures from within the FBI played a significant role in his decision-making. As Comey later acknowledged, the powerful New York field office contained a group of current and former officials who harbored a "deep and visceral hatred of Secretary Clinton"—the twenty-first-century extension of Hoover's conservative institutional culture. Under the circumstances, Comey feared that news of the Weiner email cache would be leaked to the press. He concluded that the FBI's reputation would be better served by a voluntary disclosure of the information, in keeping with its mission to follow the facts and to disregard politics.[20]

His announcement set off a political firestorm. Democrats were appalled at his decision to reveal inconclusive developments in an ongoing investigation—a highly unusual move in any case, much less in one involving a major-party candidate just days before a presidential election. Trump was delighted, tossing aside his previous grumbling about FBI collusion in favor of unmitigated praise. "I respect the fact that Director Comey was able to come back after what he did," Trump told a rally in Phoenix, absolving Comey of the earlier charge that the FBI had gone soft on Clinton. "I respect that very much."[21]

The admiration proved to be short-lived. On November 3, three days before the election, Comey sent another letter to Congress—this time declaring that the email investigation was closed once again, the FBI having found nothing of interest on the Weiner laptop. At that point, Trump resumed his attacks, going back to his old themes of FBI collusion with "Crooked Hillary." He could have saved his breath. Three days later, he won the election in a squeaker, with Democrats—including Clinton herself—convinced that he owed his margin of victory to Comey's October letter.

---

Had Clinton's email server been the only political investigation of significance that fall, Trump's struggle with the "Deep State" might

have ended there, with the FBI receding in importance for Trump and Democrats resuming their traditional suspicions of the bureau. But another inquiry was also under way—one that Comey had failed to mention during the election. In July 2016, around the same time that Comey was closing the Clinton email investigation for the first time, the FBI received notice of strange contacts between Trump campaign operatives and representatives of the Russian government. Around the same time, the website WikiLeaks published thousands of private emails stolen from Democratic National Committee (DNC) servers. The FBI suspected that the two might be linked—that the Russians were attempting to influence the U.S. election in favor of Trump, largely through techniques of social media manipulation. In mid-July, Comey launched an investigation into Russian interference in the 2016 election and the Trump campaign's possible ties to Russia, code-named Crossfire Hurricane.

That inquiry continued from the summer into the fall, as Comey closed the Clinton email investigation, then reopened it, then closed it again. He said nothing in public about the Russia angle, on the logic that Crossfire Hurricane was a secret counterintelligence investigation and thus entirely different from the criminal inquiry into Clinton's email server. Not until December, several weeks after the election, did federal intelligence agencies publicly confirm that the Russian government was likely behind the DNC hack.

This was the context in which Trump made his bid for Comey's "loyalty" over dinner—not merely an attempt to secure the director's friendship but an overt bid to disrupt and interfere with the ongoing Russia investigation. Comey responded uneasily, explaining that he would give the president "honesty," in accordance with the FBI director's status as an independent, nonpartisan government employee. Trump wanted more, proposing the category of "honest loyalty" as a wink-and-nod alternative. Still concerned, Comey agreed that "you will get that from me," then retreated to make a written record of their disturbing conversation.[22]

What he got from Trump in return was an unceasing pressure campaign, fueled in part by advice from the president's top aides. Trump came to office surrounded by advisers suspicious of the Deep State machinations—not only Bannon but also Roger Stone, a longtime

Republican dirty-tricks operative whose 2013 book accused Lyndon Johnson of colluding with the FBI and other shadowy forces to murder JFK.[23] Right-wing publications similarly fed Trump's anxieties. In December 2016, a writer identified as "Virgil" published a four-thousand-word article on the right-wing *Breitbart* news site, warning that the "military-industrial complex" and the "establishment" were already out to get Trump. "The term 'Deep State' refers to the complex of bureaucrats, technocrats, and plutocrats that likes things just the way they are and wants to keep them like that—elections be damned," Virgil wrote. *Breitbart* titled the article "The Deep State vs. Donald Trump," a handy summary of the narrative that would guide the Trump administration's actions over the next four years.[24]

Comey continued to be a focus of Trump's ire and of White House efforts to shut down the Russia investigation. In mid-February, Trump asked Comey to stay behind after a group meeting with intelligence officials, in the hopes of persuading the FBI to go easy on National Security Advisor Michael Flynn, under investigation for lying about his conversations with Russian officials. The following day, Comey asked Attorney General Jeff Sessions to ensure that the FBI director and the president would never again be left alone together, fearing that Trump would continue to escalate his partisan demands and intimidation tactics. Deprived of direct occasions for influencing the FBI investigation, Trump once again turned to Twitter, accusing the FBI of leaking classified information and of harboring a vendetta against his fledgling administration. On May 9, in an act that stunned even his most diehard supporters, he took the aggressive step of firing Comey.

The firing occurred in true Trumpian fashion: it was sudden, personal, and calculated to be as embarrassing to Comey as possible. Rather than contact Comey directly, Trump released his letter of dismissal to the press, leaving Comey to discover what had happened when he heard it on the television news. At the time, Comey was in Los Angeles, preparing to deliver a speech at an FBI diversity-in-recruiting event. Upon learning that he had been fired, he wondered if he would have to drive back across the country or if he would be allowed to return on a government plane. Eventually acting FBI director Andrew McCabe approved one last flight, and Comey ventured back to Washington in

both glory and disgrace, the first major casualty of Trump's war on the intelligence agencies and the administrative state.

---

By firing Comey, Trump hoped to shut down the Russia investigation. Instead, the opposite happened: what had been a routine counterintelligence investigation became a constitutional crisis, with much of the nation horrified at Trump's attempt to strong-arm an independent investigative agency into political submission. Concerned at the prospect of allowing a president to act with such impunity, Deputy Attorney General Rod Rosenstein appointed a special counsel to carry on the Russia investigation. For the position, he chose a man known around Washington as a paragon of the administrative state's by-the-books, nonpartisan ethos: former FBI director Robert Mueller.

Liberals and Democrats flocked to Mueller's side, predicting a report that would finally expose Trump's double-dealing with Russia as well as his attempts to obstruct investigators at home. So did at least a few Republicans, impressed with Mueller's reputation for probity and thoughtful public service (as well as his status as a lifelong Republican). Trump himself expressed outrage, not least because Mueller had worked closely for years with Comey. Trump labeled the Russia probe a "totally conflicted and discredited Mueller Witch Hunt" and boasted that "if I wanted to fire Robert Mueller . . . , as reported by the Failing New York Times, I would have fired him" (though most legal experts agree that the president does not have the authority to fire a special counsel).[25] Privately, though, Trump was worried about the consequences of the Mueller probe. "This is terrible," he fumed upon hearing of Mueller's appointment. "This is the end of my presidency."[26]

In the end, the Mueller report, like Comey's press conferences, satisfied almost nobody. The report showed that Russian operatives had interfered with the 2016 election in order to help Trump, and that Trump campaign staffers provided information to them that may have helped with the effort. It also showed that Trump repeatedly attempted to interfere with the Mueller investigation, an effort that proved "unsuccessful" mostly "because the persons who surrounded the President declined to carry out orders or accede to his requests."[27]

The report stopped short of accusing the president of direct collusion or obstruction of justice, however, in part because Mueller did not believe that criminal charges could be pursued against a sitting president. "While this report does not conclude that the President committed a crime, it also does not exonerate him," Mueller wrote, a wishy-washy statement that clarified nothing.[28]

Attorney General Bill Barr quickly spun the results to Trump's benefit, arguing that Mueller's inconclusive conclusions showed that Trump had been right to suspect a witch hunt. "President Trump faced an unprecedented situation," Barr declared two days after receiving the report. He explained that the president was justifiably "frustrated and angered by a sincere belief" that his "political opponents" were conspiring with career government officials to undermine his presidency.[29] By the time Barr released the report to the public three weeks later, the official White House narrative was set: just as Trump had suspected, a group of partisan Deep State officials had conspired to undo the will of the American people, only to find themselves thwarted by lack of evidence.

---

Trump himself wasted no time in declaring the report a "Complete and Total EXONERATION."[30] Despite the alleged victory, he did not let up on his campaign against Mueller and Comey or against the other federal civil servants who spoke out against him. In the fall of 2019, the Democratic-controlled House began impeachment inquiries on charges that Trump solicited foreign interference in the 2020 election during conversations with the president of Ukraine, a serious abuse of presidential power. The preliminary hearings brought an array of career diplomats and public servants to the witness table, many of them hailed by the press for their deep knowledge and seriousness of purpose. Among them was Lieutenant Colonel Alexander Vindman, a Ukrainian-born career army officer and Eurasia specialist. Vindman testified not only about his knowledge of Ukraine but also about his love for the United States, where government employees could tell the truth—even about the president—without fear of retaliation. Several months later, he was forced out of the army after more than two

decades of service because of "bullying, intimidation and retaliation" from the Trump White House, in the words of his lawyer.[31]

Such stories of an angry and contemptuous president wreaking vengeance on career government employees resonated well beyond the impeachment hearings. Morale at the State Department fell precipitously under Trump, as the White House ignored, dismissed, and actively mocked diplomatic advice. "In my three and a half decades as a U.S. Foreign Service officer, proudly serving five presidents and ten secretaries of state from both parties, I've never seen an attack on diplomacy as damaging, to both the State Department as an institution and our international influence, as the one now underway," retired diplomat William Burns wrote in *Foreign Affairs* magazine in 2019.[32] By neglect as well as intent, Trump allowed key positions at State to go unfulfilled, gumming up the work of the bureaucracy. Meanwhile, many high-ranking career employees resigned, while an untold number of prospective recruits never bothered to apply, loath to serve under a president who evinced so little use for their work.

Those who stayed found that their advice often went unheeded—indeed, that they were not consulted in even basic matters of policy. When Trump announced a ban on travelers from predominantly Muslim countries in early 2017, he did so with little input from top Defense or Justice officials.[33] After the COVID-19 pandemic took hold in the spring of 2020, he was quick to dismiss public-health advice and to denounce infectious-disease expert Anthony Fauci as a "disaster" surrounded by "idiots."[34] When a hurricane failed to strike Alabama, in defiance of Trump's predictions, he pressured the National Weather Service to alter its maps to make his claims seem more plausible. "He is demoralizing and undermining one government department after another," *Washington Post* columnist Max Boot wrote in 2019, citing a state of dismay not only at the State Department and the National Weather Service but at the Department of Homeland Security, the National Security Council, the CIA, and the Defense Department.[35]

Some agencies went out of their way to anticipate possible objections from the White House. In preparation for an exhibit on women's suffrage, the National Archives altered photographs of the 2017 Women's March to obscure signs critical of Trump, explaining that

"as a non-partisan, non-political federal agency, we blurred references to the President's name on some posters, so as not to engage in current political controversy."[36] Others held firm under pressure. In 2020, after Trump threatened to call out the army to suppress protests for racial justice, military leaders objected vociferously, citing the dangers of deploying the army on domestic soil.

One Trump appointee went so far as to compose an anonymous editorial in the *New York Times* assuring the country that there were still "adults" within the White House orbit prepared to stand up for the higher virtues of fact, truth, law, and democracy. "This isn't the work of the so-called deep state," wrote Homeland Security chief of staff Miles Taylor, later revealed to be the author of the essay. "It's the work of the steady state."[37]

---

Taylor's essay highlighted the conflicted loyalties of some Trump appointees, who believed in the political mission but also admired the work of career government employees. In popular politics, by contrast, the response to Trump's attacks fell mostly along partisan lines. As recently as 2003, the FBI's approval rating among Republicans had exceeded that of Democrats by a wide margin: 63 percent to 44 percent, respectively.[38] Under Trump, that equation was reversed. By the middle of 2018, according to a Pew survey, 77 percent of Democrats approved of the FBI, while only 49 percent of Republicans did. And the Republican decline came almost exclusively during the Trump presidency, with the FBI's approval rating falling from 65 to 49 percent in little more than a year.[39] The conservative magazine *National Review* noted the change, labeling the Democrats' "newfound faith" in the intelligence establishment "every bit as partisan as Republicans' newfound skepticism."[40]

The FBI remained a special target for Trump even as the focus on Midyear Exam and Crossfire Hurricane receded. By 2019 nearly every high-ranking official who had worked on those investigations had either been fired or stepped down. A few created their own scandals as they left, amid charges of political corruption, incompetence, and sexual indiscretions. The most dramatic was the revelation of August 2016 text

exchanges between FBI officials Peter Strzok and Lisa Page (who were engaged in an extramarital affair at the time), who assured each other that Trump was never "going to become president" because "we'll stop it."[41] Trump made the most of those discoveries, attacking Strzok as a "sick loser" and both officials as "corrupt FBI lovers" riddled with bias and lack of professionalism.[42]

The ongoing tensions with the Trump White House left Comey's successor in a difficult situation. To replace Comey, Trump appointed a low-key Republican lawyer and Yale Law graduate named Christopher Wray, who promised at his nomination hearing that "I will never allow the FBI's work to be driven by anything other than the facts, the law, and the impartial pursuit of justice."[43] Perhaps for that reason, Trump soon turned on his own appointee. Among Trump's complaints was the fact that Wray failed to denounce Hunter Biden, son of Democratic presidential candidate Joe Biden. He also disliked that Wray considered the left-wing activist group Antifa more of an "ideology" than a concerted terrorist organization. As the 2020 election approached, Trump threatened to fire Wray just as he had fired Comey.[44]

On the campaign trail, Trump doubled down on his "law and order" politics, alleging that "Biden stands with the riots & looters" while "I stand with the HEROES of law enforcement."[45] That fondness for law enforcement still did not extend to the FBI or other federal agencies, however. Throughout the campaign, Trump accused the "Comey/Mueller inspired FBI" of going soft on the "ANARCHISTS & THUGS" protesting in support of racial justice and police reform. He blamed other members of "the deep state, or whoever" for a variety of ills, including the obstruction of COVID vaccine development.[46] After losing the election, Trump excoriated the "'Justice' Department and the FBI" for doing "nothing about the 2020 President Election Voter Fraud, the biggest SCAM in our nation's history," falsely claiming that he had actually won the election. In that same tweet, he called on those who agreed with him to assemble "in D.C. on January 6th."[47]

When January 6 came, hundreds of Trump supporters stormed the Capitol as Congress attempted to certify the Electoral College count. They terrorized members of Congress and rampaged through the building, causing extensive property damage. A police officer and several protesters died as a result of the confrontation. It fell to the FBI to

investigate what many Democrats characterized as a vicious terrorist attack, putting its agents at the center of one last partisan controversy. Many Republicans responded by blaming the FBI for failing to anticipate the riot.[48]

On January 20, 2021, Trump left office. Meanwhile, the people he had spent years attacking—the career officials of the government—stayed behind to assess the damage and pick up the pieces. Large swaths of the administrative state remained unscathed, its employees still employed, its ethos of nonpartisan professional work powerfully resistant to "deconstruction." But as political scientists Lisa K. Parshall and Jim Twombly have noted, there are many ways to measure Trump's impact on administrative governance, most of which go beyond questions of budgetary size or mere survival.[49] Rhetorically, Trump's attacks on public servants were unsurpassed among American presidents for their denigrating and dismissive tone. And his policy agenda, whether in diplomacy or health policy or immigration, changed the inner workings of many government bureaucracies. As President Joseph Biden's new secretary of state Anthony Blinken remarked upon taking up his appointment, "The State Department I'm walking into today is not the same one I left four years ago." According to Blinken, its employees were demoralized, its career service hollowed out, and its mission under question throughout the world.

The FBI was not the same either. Thanks to support in Congress, its budget actually grew slightly under Trump, from $8.76 billion in 2017 to $9.25 billion in 2020, as did its number of employees.[50] But few would say that the FBI came out of the Trump era better off. Four years of battling the president left the bureau reeling from high executive turnover, internal scandals, and damage to its reputation, especially among the Republicans, who had once been its greatest supporters.

Attempting to set a new tone, President Biden signaled early on that he would seek stability and cooperation rather than an ongoing war with the intelligence community. On January 21, the president's first full day in office, the White House announced that Wray would be staying on as FBI director and that Biden "has confidence in the job he is doing."[51] They currently have no plans to meet for dinner.

58. See, for example, Jackson Diehl, "Trump's Overarching Middle East Strategy Reaches a Disastrous Dead End," *Washington Post*, November 22, 2020, https://www.washingtonpost.com/opinions/global-opinions/trump-middle-east-legacy/2020/11/22/4563bec2-2a7d-11eb-8fa2-06e7cbb145c0_story.html.

## Notes to Chapter 16

1. James Comey, *A Higher Loyalty: Truth, Lies, and Leadership* (New York: Flatiron Books, 2018), 233–44.

2. Approximately two-thirds of those federal employees are members of the military or work for the Department of Defense. "Executive Branch Civilian Employment since 1940," U.S. Office of Personnel Management, accessed June 2021, https://www.opm.gov/policy-data-oversight/data-analysis-documentation/federal-employment-reports/historical-tables/executive-branch-civilian-employment-since-1940/.

3. Phillip Rucker and Robert Costa, "Bannon Vows a Daily Fight for 'Deconstruction of the Administrative State,'" *Washington Post*, February 23, 2017.

4. Gregory Korte, "In Poland, Trump Draws Battle Lines against Terror and Bureaucracy," *USA Today*, July 6, 2017; Charles S. Clark, "Deconstructing the Deep State," *Government Executive*, accessed August 2021, https://www.govexec.com/feature/gov-exec-deconstructing-deep-state/.

5. Trump's relationship with the administrative state is already the subject of a small but growing academic literature. See esp. Lisa K. Parshall and Jim Twombly, *Directing the Whirlwind: The Trump Presidency and the Deconstruction of the Administrative State* (New York: Peter Lang, 2020); Stephen Skowronek, John A. Dearborn, and Desmond King, *Phantoms of a Beleaguered Republic: The Deep State and the Unitary Executive* (New York: Oxford University Press, 2021).

6. Daniel Thomas, "Government Executive 2016 Presidential Poll," *Government Executive*, October 28, 2016.

7. Max Lowenthal, *The Federal Bureau of Investigation* (New York: William Sloane Associates, 1950), 4–13.

8. Skowronek, Dearborn, and King, *Phantoms of a Beleaguered Republic*, 4.

9. Ronald Reagan, "A Time for Choosing," Ronald Reagan Presidential Library and Museum, October 27, 1964, https://www.reaganlibrary.gov/reagans/ronald-reagan/time-choosing-speech-october-27-1964.

10. Ronald Reagan, "Inaugural Address," Ronald Reagan Presidential Foundation and Institute, January 20, 1981, https://www.reaganfoundation.org/ronald-reagan/reagan-quotes-speeches/inaugural-address-1/.

11. "Bush and the Bureaucracy: A Crusade for Control," *Government Executive*, March 25, 2005, https://www.govexec.com/management/2005/03/bush-and-the-bureaucracy-a-crusade-for-control/18859/.

12. Richard Dudman, *Men of the Far Right* (New York: Pyramid Books, 1962), 163.

13. Beverly Gage, "Deep Throat, Watergate, and the Bureaucratic Politics of the FBI," *Journal of Policy History* 24, no. 2 (2012): 157–83; Max Holland, *Leak: Why*

*Mark Felt Became Deep Throat* (Lawrence: University Press of Kansas, 2012); Stanley I. Kutler, *The Wars of Watergate: The Last Crisis of Richard Nixon* (New York: W. W. Norton, 1990).

14. Matt Apuzzo, Maggie Haberman, and Matthew Rosenberg, "Trump Told Russians That Firing 'Nut Job' Comey Eased Pressure from Investigation," *New York Times*, May 19, 2017; Donald Trump, Twitter posts: May 2, 2017; November 10, 2020; July 13, 2019, thetrumparchive.com (hereafter cited as TTA).

15. For an account of his early career, see Comey, *Higher Loyalty*, 5–115.

16. James Comey, "Law Enforcement and the Communities We Serve" (lecture, University of Chicago Law School, Chicago, IL, October 23, 2015); David A. Graham, "The FBI Director's Troubling Comments on the 'Ferguson Effect,'" *The Atlantic*, October 26, 2015; Will Femia, "FBI Director's 'All Lives Matter' Message Clashes with Obama," *MSNBC*, October 24, 2015; Laura Wager, "FBI Director Doubles Down on Linking Scrutiny of Police with Rise in Violent Crime," *NPR*, October 26, 2015.

17. Trump, Twitter post, July 5, 2016, TTA. For insider accounts of Midyear Exam and other FBI investigations during the Trump era, see Comey, *Higher Loyalty*; Andrew McCabe, *The Threat: How the FBI Protects America in the Age of Terror and Trump* (New York: St. Martin's, 2019), 160–206; Peter Strzok, *Compromised: Counterintelligence and the Threat of Donald J. Trump* (Boston: Houghton Mifflin Harcourt, 2019). For a useful journalistic overview, see David Rohde, *In Deep: The FBI, the CIA, and the Truth about America's "Deep State"* (New York: W. W. Norton, 2020). For an academic account, see Skowronek, Dearborn, and King, *Phantoms of a Beleaguered Republic*, 76–98. Where not otherwise cited, dates and events can be found in these sources.

18. Trump, Twitter post, October 17, 2016, TTA.

19. "Letter to Congress from F.B.I. Director on Clinton Email Case," *New York Times*, October 28, 2016.

20. Comey, *Higher Loyalty*, 188–210; Adam Serwer, "Trump Is Winning His War on the FBI," *The Atlantic*, June 17, 2018; Spencer Ackerman, "The FBI Is Trumpland,'" *The Guardian*, November 3, 2016. The New York office may already have been leaking to former New York mayor Rudy Giuliani, a Trump ally.

21. "Presidential Candidate Donald Trump Rally in Phoenix, Arizona," *C-SPAN*, October 29, 2016.

22. Comey, *Higher Loyalty*, 243.

23. Roger Stone with Mike Colapietro, *The Man Who Killed Kennedy: The Case against LBJ* (New York: MJF Books, 2013).

24. Virgil, "The Deep State vs. Donald Trump," *Breitbart*, December 12, 2016; Rohde, *In Deep*, 159–60.

25. Trump, Twitter posts: July 23, 2018; April 12, 2018, TTA.

26. Robert S. Mueller, *Report on the Investigation into Russian Interference in the 2016 Presidential Election* (Washington, DC: March 2019), 2:78, https://www.justice.gov/archives/sco/file/1373816/download.

27. Mueller, *Report*, 2:158.

28. Mueller, *Report*, 2:8.

29. William Barr, "Remarks on the Release of the Report on the Investigation into Russian Interference in the 2016 Presidential Election," United States Department of Justice, April 18, 2019, https://www.justice.gov/opa/speech/attorney-general-william-p-barr-delivers-remarks-release-report-investigation-russian.

30. Trump, Twitter post, March 24, 2019, TTA.

31. Tom Vanden Brook, Nicholas Wu, and Deirdre Shesgreen, "Alexander Vindman Retires from Army, Citing 'Bullying' from Trump for Impeachment Testimony," *USA Today*, July 8, 2020.

32. William J. Burns, "The Demolition of U.S. Diplomacy," *Foreign Affairs*, October 14, 2019, https://www.foreignaffairs.com/articles/2019-10-14/demolition-us-diplomacy. In 2021, President Joe Biden appointed Burns as director of the CIA.

33. Michael D. Shear and Ron Nixon, "How Trump's Rush to Enact an Immigration Ban Unleashed Global Chaos," *New York Times*, January 29, 2017.

34. Maggie Haberman and Michael Crowley, "Trump Calls Fauci 'a Disaster,'" *New York Times*, October 19, 2020.

35. Max Boot, "Trump Is Deconstructing the Government, One Agency at a Time," *Washington Post*, December 2, 2019.

36. Joe Helm, "National Archives Exhibit Blurs Images Critical of President Trump," *Washington Post*, January 17, 2020.

37. Anonymous [Miles Taylor], "I Am Part of the Resistance inside the Trump Administration," *New York Times*, September 5, 2018.

38. Amelia Thomson-DeVeaux, "Why Democrats and Republicans Did a Sudden 180 on the FBI," *FiveThirtyEight*, February 9, 2018, https://fivethirtyeight.com/features/why-democrats-and-republicans-did-a-sudden-180-on-the-fbi/.

39. "Growing Partisan Differences in Views of the FBI," Pew Research Center, July 24, 2018, https://www.pewresearch.org/politics/2018/07/24/growing-partisan-differences-in-views-of-the-fbi-stark-divide-over-ice/.

40. Jonathan S. Tobin, "Since When Are Liberals against Investigating the CIA and FBI?," *National Review*, June 17, 2019.

41. Office of the Inspector General, U.S. Department of Justice, *Report of Investigation: Recovery of Text Messages from Certain FBI Mobile Devices* (December 2018), https://oig.justice.gov/reports/2018/i-2018-003523.pdf.

42. Trump, Twitter posts, June 17, 2018, June 5, 2018, TTA.

43. Rohde, *In Deep*, 194.

44. Colby Itkowitz and Devlin Barrett, "Trump Suggests He'd Consider Removing FBI Director over Unfavorable Testimony," *Washington Post*, September 18, 2020; Devlin Barrett and Josh Dawsey, "Trump Weighs Firing FBI Director after Election as Frustration with Wray, Barr grows," *Washington Post*, October 21, 2020.

45. Trump, Twitter post, October 30, 2020, TTA.

46. Trump, Twitter posts: September 17, 2020; August 22, 2020, TTA.

47. Trump, Twitter post, December 26, 2020, TTA.

48. Luke Broadwater and Nicholas Fandos, "Senate Report Details Security Failures in Jan. 6 Capitol Riot," *New York Times*, June 8, 2021.

49. Parshall and Twombly, *Directing the Whirlwind*, 196–225.

50. "Federal Bureau of Investigation (FBI) FY 2020 Budget Request," accessed June 2021, https://www.justice.gov/jmd/page/file/1142426/download.

51. Eric Tucker, "White House: Biden Confident in FBI Head, Will Retain Him," Associated Press, January 21, 2021.

## Notes to Chapter 17

1. "Dying in a Leadership Vacuum," *New England Journal of Medicine* 383, no. 15 (October 8, 2020): 1479–80.

2. Gina Kolata, "In a First, New England Journal of Medicine Joins Never-Trumpers," *New York Times*, October 7, 2020.

3. Harvey Fineberg, "Ten Weeks to Crush the Curve," *New England Journal of Medicine* 382, no. 17 (April 23, 2020): e37.

4. "President Trump with Coronavirus Task Force Briefing," *C-SPAN*, March 24, 2020, https://www.c-span.org/video/?470667-1/white-house-recently-left-new-york-city-quarantine-14-days; "Interview: Bill Hemmer Interviews Donald Trump at the White House - March 24, 2020," *Fox News*, March 24, 2020, YouTube video, 8:38, https://www.youtube.com/watch?v=LCPHvxYjaHQ. All cited time-series data on COVID-19-confirmed cases and deaths is taken from "COVID-19 Data Repository by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University," GitHub, https://github.com/CSSEGISandData/COVID-19.

5. Although Trump's Twitter account, at the time of this writing, remains suspended, an archive of his tweets remains available at the Trump Twitter Archive V2, https://www.thetrumparchive.com/.

6. "President Trump with Coronavirus Task Force Briefing," *C-SPAN*, April 23, 2020, https://www.c-span.org/video/?471458-1/president-trump-coronavirus-task-force-briefing; Katie Rogers, Christine Hauser, Alan Yuhas, and Maggie Haberman, "Trump's Suggestion That Disinfectants Could Be Used to Treat Coronavirus Prompts Aggressive Pushback," *New York Times*, April 24, 2020.

7. "Restaurant Executives Meeting at the White House," *C-SPAN*, May 18, 2020, https://www.c-span.org/video/?472244-1/restaurant-executives-meeting-white-house.

8. "Transcript: 'Fox News Sunday' Interview with President Trump," *Fox News*, July 19, 2020, https://www.foxnews.com/politics/transcript-fox-news-sunday-interview-with-president-trump. The favored model was produced by the University of Washington's Institute for Health Metrics and Evaluation, which in March had forecast eighty-one thousand deaths by July. See "New COVID-19 Forecasts: US Hospitals Could Be Overwhelmed in the Second Week of April by Demand for ICU Beds, and US Deaths Could Total 81,000 by July," Institute for Health Metrics and Evaluation, March 26, 2020, http://www.healthdata.org/news-release/new-covid-19-forecasts-us-hospitals-could-be-overwhelmed-second-week-april-demand-icu.