# EXHIBIT 1

(Declaration of Peter Schmidt-Nowara)

**<u>Principles of the U. S. Constitution Project</u>**
**Mr. Schmidt – Participation in Government**
**Fall 2025**

1. Define your group's principle. Cite at least three (3) specific sections/clauses from the Constitution to illustrate your principal. [This should be at least 3-5 slides.] **25 POINTS**

2. Find a few political cartoons/memes/animations that illustrate your principal. **25 POINTS**

3. Discuss your principle in a 21st Century context. Each state member must find one article from *The New York Times* that discusses (either directly or indirectly) your concept. For those looking to take on a greater challenge, a JSTOR article will earn you +5 on your individual score for this section.

   [This section will be scored both individually and as part of your group grade]. **25 POINTS**

4. Create a visual representation of your principal (use class artifacts for guidance). **25 POINTS**