# EXHIBIT 1

(Declaration of Benjamin Wittes)

nent White House chief of staff. He has said he prefers it this way. "I like acting. It gives me more flexibility."

"The one that matters is me," Trump told Fox News on November 2, 2017, in addressing why he hadn't filled so many State Department vacancies. "I am the only one that matters, because when it comes to it, that's what the policy is going to be. You've seen that. You've seen it strongly." Referring to this comment, the journalist Major Garrett writes, "Trump truly believes this," observing that

> Trump has been known to derail policy discussions formed over weeks and moved through key agencies—humiliating senior White House staff or cabinet officials in the process. Sometimes he would decide an issue abruptly, skipping over that same policy process, because he grew bored or impatient. Both tendencies left senior White House advisors and cabinet officials wondering how to approach their core mission, uncertain how to present or move options through a rational process. Trump's approach was dismissive of almost everyone around him and the very jobs they did in service of his agenda and his government. Fundamentally, Trump believed most government jobs were useless and the process to create a solution too cumbersome and slow.

The irony is that Trump regularly pays a huge price for this vision of the presidency. Mostly it's a price in effectiveness. The travel ban debacle turned out to be a kind of template. Time after time, traditional processes have simply vanished, to the detriment of the administration's ability to carry out the president's own objectives in a timely, efficient, and coherent manner. Trump, for example, announced a ban on transgender service members in the military by tweet, without meaningful prior consultation with the military. Predictably, the policy saw swift judicial rebuke; as with the travel ban, the military had to start over and create a process that would support the outcome the president had announced. As of this writing, the

litigation over the second version of the transgender service ban remains ongoing. In the foreign policy realm, Trump impulsively announced a meeting with the North Korean leader Kim Jong Un—whose country he had only weeks earlier been threatening with nuclear annihilation—after a single meeting with a South Korean representative who pitched the idea. His announcement of the withdrawal of U.S. forces from Syria followed a similar pattern. The absence of process behind any of these announcements, the attempt to conduct a presidency by whim and will, has not served Trump well. Indeed, it is not an accident that the phrase "malevolence tempered by incompetence," coined by one of the present authors to describe the travel ban order, has become a kind of buzzword for the Trump presidency more broadly.

If the goal is a presidency that can successfully do things, there is little logic to what Trump is doing here. But that's actually the point: in his vision, the presidency is emphatically not about the successful management of bureaucracies or the implementation of policy objectives. It is about the showmanship and flamboyance of the person and about entertaining and captivating audiences. So, whereas the traditional presidency developed process because administering government effectively required it to work optimally, Trump is proposing a kind of disconnect between the workaday functions of government and the show going on at the top. He doesn't care if it works optimally; optimal effectiveness is not the goal. He wants to mouth off and announce things and have the executive branch below him effectuate his will.

Here it is important to step back and acknowledge that Trump may be onto something important. Although the process presidency is essential to good decision-making, it is also legitimately frustrating in its remoteness and lack of immediacy and democratic responsiveness. Trump's critique of the traditional presidency—that Americans elect a person who makes promises, but they are stuck with a permanent government that is not elected and thwarts their democratic demands—is often descriptively accurate. And it is a frustration that has been shared even by those who

strongly oppose Trump and condemn his disregard of process as reckless. For example, at least some members of that group probably celebrated when Obama signed, in his first week in office and without much advance process and deliberation, an executive order to close the military detention facility at Guantánamo Bay. And these people likely felt frustrated to discover—as Obama himself did—that it wasn't so easy. There's a reason that the facility remained open and operational on Obama's final day in office eight years later: there were lots of complex governmental and political interests at stake, which a better process might have identified even in that first week. Trump's appeal is evidence that people want a presidency that does not just act, but is seen to act. It is evidence that the underbrush that has grown up around presidential decision-making, however necessary it may be, is for many people an unwelcome accretion of debris.

For this reason, though it is difficult to imagine that future presidents will wish to run the executive branch in the self-defeating fashion Trump has adopted, it is worth asking whether there are aspects of the Trumpian personal presidency that may have more staying power. For example, although future presidents likely won't aspire to Trump's management ineptitude and replacement of process with personal whim, it's not hard to imagine the highly self-expressive elements of the Trump presidency having a certain appeal. Married in some future figure to a minimal level of managerial competence, it's possible to imagine them having a profound impact on presidential behavior and our expectations of it.

It is also possible to imagine the management of the executive branch adapting over time so that a president will have fewer meetings and consultations and briefing books to read and more time to vent in public or declare dramatic initiatives if he or she so desires. We haven't organized the executive branch this way to date, because that's not what presidents have wanted. But to the extent that future presidents adopt Trump's elevation of the expressive presidency over the process presidency, some mechanism to manage chaos would be necessary—some kind of chief operating officer for the executive branch. Perhaps the White House chief of staff would

CNN Politics, last updated December 31, 2017, www.cnn.com/interactive/2017/politics/trump-nominations/.

50 *As of August 2019*: See "Tracking How Many Key Positions Trump Has Filled So Far," *Washington Post* in partnership with Partnership for Public Service, last updated August 5, 2019, www.washingtonpost.com/graphics/politics/trump-administration-appointee-tracker/database.

51 *"I like acting. It gives me more flexibility"*: Amanda Becker, "Trump Says Acting Cabinet Members Give Him 'More Flexibility,'" Reuters, January 6, 2019, www.reuters.com/article/us-usa-trump-cabinet-idUSKCN1P00IG.

51 *"The one that matters is me"*: See "Trump Talks Tax Cuts, Future of Immigration Reform," Fox News, November 2, 2017, at timestamp 7:30, available at www.youtube.com/watch?time_continue=1&v=EA2pH3CD5Ns.

51 *Major Garrett writes*: Major Garrett, *Mr. Trump's Wild Ride: The Thrills, Chills, Screams, and Occasional Blackouts of an Extraordinary Presidency* (New York: St. Martin's Press, 2018), 26.

51 *ban on transgender service members*: See Donald J. Trump, Twitter, July 26, 2017, available at https://twitter.com/realdonaldtrump/status/890193981585444864, https://twitter.com/realdonaldtrump/status/890196164313833472, https://twitter.com/realdonaldtrump/status/890197095151546369. Trump wrote, consolidating his three tweets in one passage, "After consultation with my Generals and military experts, please be advised that the United States Government will not accept or allow . . . Transgender individuals to serve in any capacity in the U.S. Military. Our military must be focused on decisive and overwhelming . . . victory and cannot be burdened with the tremendous medical costs and disruption that transgender in the military would entail. Thank you." For reporting on the incident, see Julie Hirschfeld Davis and Helene Cooper, "Trump Says Transgender People Will Not Be Allowed in the Military," *New York Times*, July 26, 2017, www.nytimes.com/2017/07/26/us/politics/trump-transgender-military.html.

51 *the policy saw swift judicial rebuke*: See Memorandum Opinion, Jane Doe 1, et al. v. Donald J. Trump, No. 17-1597 (D.D.C., October 30, 2017), available at www.lawfareblog.com/document-dc-district-court-rules-transgender-military-service-member-ban; Order, Jane Doe 1, et al. v. Donald J. Trump, No. 17-1597 (D.D.C., December 11, 2017), available at www.lawfareblog.com/document-dc-district-court-denies-doj-motion-partial-stay-doe-v-trump.

51 *the military had to start over*: See "Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security: Military Service by Transgender Individuals," March 23, 2018, available at www.lawfareblog.com/documents-new-trump-administration-policy-transgender-servicemembers.

51 *the litigation over the second version*: See Order, Jane Doe 2, et al. v. Patrick Shanahan, et al., No. 17-1597 (D.D.C., March 19, 2019), available at www.lawfareblog.com/document-judge-clarifies-preliminary-injunction-transgender-service-ban.

52 *Trump impulsively announced a meeting*: Peter Baker and Choe Sang-Hun, "With Snap 'Yes' in Oval Office, Trump Gambles on North Korea," *New York Times*,

March 10, 2018, www.nytimes.com/2018/03/10/world/asia/trump-north-korea.html.

52 *His announcement of the withdrawal of U.S. forces*: Paul Sonne, Josh Dawsey, and Missy Ryan, "Mattis Resigns After Clash with Trump Over Troop Withdrawal from Syria and Afghanistan," *Washington Post*, December 20, 2018, www.washingtonpost.com/world/national-security/trump-announces-mattis-will-leave-as-defense-secretary-at-the-end-of-february/2018/12/20/e1a846ee-e147-11e8-ab2c-b31dcd53ca6b_story.html.

52 *"malevolence tempered by incompetence"*: See Benjamin Wittes, "Malevolence Tempered by Incompetence: Trump's Horrifying Executive Order on Refugees and Visas," *Lawfare*, January 28, 2017, www.lawfareblog.com/malevolence-tempered-incompetence-trumps-horrifying-executive-order-refugees-and-visas.

53 *executive order to close the military detention facility*: See Executive Order 13492, "Review and Disposition of Individuals Detained at the Guantánamo Bay Naval Base and Closure of Detention Facilities," 74 FR 4897, January 22, 2009, available at www.federalregister.gov/documents/2009/01/27/E9-1893/review-and-disposition-of-individuals-detained-at-the-guantaacutenamo-bay-naval-base-and-closure-of.

53 *as Obama himself did*: Obama described part of the challenge in a February 2016 speech: "Unfortunately, during that period where we were putting the pieces in place to close it, what had previously been bipartisan support suddenly became a partisan issue. Suddenly, many you [*sic*] previously had said it should be closed backed off because they were worried about the politics. The public was scared into thinking that, well, if we close it, somehow we'll be less safe. And since that time, Congress has repeatedly imposed restrictions aimed at preventing us from closing this facility." See "Remarks by the President on Plan to Close the Prison at Guantanamo Bay," February 23, 2016, available at https://obamawhitehouse.archives.gov/the-press-office/2016/02/23/remarks-president-plan-close-prison-guantanamo-bay.

54 *journalist Bob Woodward recounts Reince Priebus's frustrations*: Bob Woodward, *Fear: Trump in the White House* (New York: Simon & Schuster, 2019), 144–45.

54 *"They were in their own silo"*: Woodward, *Fear*, 144.

54 *"No one could fire the family"*: Woodward, *Fear*, 144.

54 *"'You're a goddamn staffer!'"*: Woodward, *Fear*, 145.

55 *he also had dinner with his FBI director*: See James B. Comey, "Statement for the Record," U.S. Senate Select Committee on Intelligence, June 8, 2017, available at www.intelligence.senate.gov/sites/default/files/documents/os-jcomey-060817.pdf. See also Comey, *A Higher Loyalty*, 233–44. The Mueller report specifically notes that while the White House disputed Comey's story, "substantial evidence corroborates Comey's account of the dinner invitation and the request for loyalty." See "Report on the Investigation into Russian Interference in the 2016 Presidential Election," Vol. II, 35.