# EXHIBIT 3

(Declaration of Benjamin Wittes)

not appear to know it and has no capacity to correct it. His mendacity is a key feature of his incompetence.

Trump's mendacity is also a key feature of the erosion of his control over the executive branch, which we discussed in depth in chapter 3. When lower-level officials are constantly in the position of contradicting the president, it gravely disrupts executive unity. When the president misstates policy and some lesser official articulates the actual policy by way of clarification or correction, it widens the disconnect between the White House and the agency in question. When that happens every day and with every agency, it trains the public to accept that the executive branch is just this free-floating set of agencies and that the presidency is an unconnected, yammering head.

It may seem obvious that no future president would want to emulate Trump's behavior in this regard, as it seems so wholly self-defeating. The trouble is that it isn't clear how much of a price Trump really pays for his untruthfulness. To be sure, it impairs him in certain relationships, but those do not tend to be relationships he cares about in his expressive presidency. And even reasonably honest prior presidents were deeply mistrusted by partisans on the other side, so maybe the benefit of telling the truth was more limited than analysts assumed at the time. Trump's lies do not appear to have gravely harmed his standing with his base, and he remains as of this writing electorally viable. If a candidate can lie as much as Trump did and be elected, and a president can lie as much as Trump does and still be reelected, then future presidents may well feel freer to lie. They almost surely won't do it quite as flamboyantly as Trump does; the volume and the energy of his lying clearly have some element of pathology. But every prior president has faced inconvenient truths during his tenure—matters in which it would be far more expedient in the moment to simply lie. If someone like Trump can be reelected, it would be a demonstration that the importance of hoarding presidential credibility has been wildly overrated historically. It would mean that the traditional

presidency utterly misjudged—at least recently—the political economy of truth, or that this political economy has shifted substantially of late. If that's the case, future politicians will notice.

There is, however, one price Trump has paid for his lies that future presidents will almost certainly want to avoid. And that price is leaks.

Leaks, of course, are a permanent feature of Washington. But once again, the Trump administration is different. The flow of leaks is near constant, and they pour from every direction. There are leaks about the president's calls with foreign leaders, leaks about his mood and private comments, leaks of sensitive national security information, leaks about policy strategy, about Trump's TV-watching habits, about disparaging comments and evaluations by his staff, and about his legal strategy. There are even leaks of memos addressing a plan to stop leaks. Staffers barely exit the Oval Office before texting their favorite member of the press to spill all.

The unprecedented number of leaks emanating from the White House, executive agencies, and Congress is an organic feature of the president's mendacity. This means that future presidents should view leaks as the inevitable consequence of following Trump's path away from presidential truth. The American democratic system requires accurate information in order to function. The president refuses to provide it, and the typical truth-seeking mechanisms—congressional oversight, most notably—have not effectively held him to task. The executive branch's internal immune response is to route around the damage and spill out secrets. Many of the leaks are specific responses to lies—as when the president insisted that he was not involved in his family members' security clearance process, only to have it leak that, over objections, he had personally ordered they be granted clearances.

The legal scholar David Pozen has argued that leaks bolster government credibility by reducing "the incidence of official lying." When the details of a classified program become public, even if the government refuses to formally confirm or deny its existence, there is little point in actually lying about it. According to Pozen, "Leakiness, in this context, not only pushes out specific revelations to the media but also creates an

environment in which official lying becomes an untenable and unnecessary strategy." Furthermore, the threat of future leaks may also reduce governmental dishonesty generally. Officials are aware that despite formal rules, they do not have complete control over the flow of information to the public. In that sense, according to Pozen, "a pervasive culture of leaking may substitute, to some extent, for a pervasive culture of lying. The executive benefits from this trade-off both because it likely better supports public trust in government and because it prevents most officials from feeling pressure to violate an injunction ('thou shall not lie') that, unlike the leak laws, continues to exert a strong moral pull on public servants."

Pozen wrote this paper in 2013, before the Trump administration, and he surely would have written it differently had he imagined Trump. But the Trump presidency has, in important respects, validated it. If Pozen's theory was right, after all, one would expect to see a particularly mendacious president preside over a period of exceptional leaking. And that's exactly what has happened.

But Pozen, in imagining that the leaks would limit lies, underestimated Trump. Even the tidal wave of leaks from the Trump administration has been insufficient, after all, to displace the "pervasive culture of lying." To the contrary, the culture of mendacity has simply driven more leaks, which are in turn met with more lies. The lies and the leaks do not counterbalance one another, but drive an ever-downward spiral. And, of course, some of the leaks are more politically motivated than reflective of civic commitment to truth, with individuals leaking damaging tidbits about programs and policies and people they find objectionable or simply in an effort to hurt an administration they dislike.

Most leaks have been merely embarrassing for the president, who portrays himself in some heroic fashion only to have his staff or his agencies describe him completely differently. Some leaks, however, are more serious, implicating especially grave national harms. In this sense, as Jack Goldsmith has argued, the president's norm violations are inspiring reciprocal violations by his detractors that are themselves dangerous.

130 *leaks about policy strategy*: See, for example, Nick Miroff, Dan Lamothe, and Josh Dawsey, "Trump Considering Plan to Ban Entry of Migrants at Southern Border, Deny Asylum," *Washington Post*, October 25, 2018, www.washingtonpost.com/politics/pentagon-plans-to-dispatch-800-more-troops-to-us-mexico-border-in-response-to-migrant-caravan/2018/10/25/6a121944-d868-11e8-83a2-d1c3da28d6b6_story.html.

130 *about Trump's TV-watching habits*: See, for example, Maggie Haberman, Glenn Thrush, and Peter Baker, "Inside Trump's Hour-by-Hour Battle for Self-Preservation" *New York Times*, December 9, 2017, www.nytimes.com/2017/12/09/us/politics/donald-trump-president.html.

130 *about disparaging comments and evaluations*: See, for example, Woodward, *Fear*, 357.

130 *about his legal strategy*: See, for example, Carol D. Leonnig, "A Beefed-Up White House Legal Team Prepares Aggressive Defense of Trump's Executive Privilege as Investigations Loom Large," *Washington Post*, January 9, 2019, www.washingtonpost.com/politics/a-beefed-up-white-house-legal-team-prepares-aggressive-defense-of-trumps-executive-privilege-as-investigations-loom-large/2019/01/09/066b8618-1045-11e9-84fc-d58c33d6c8c7_story.html.

130 *leaks of memos addressing a plan to stop leaks*: Chris Geidner, "Trump Administration Launches Broad New Anti-Leak Program," *BuzzFeed News*, September 13, 2017, www.buzzfeednews.com/article/chrisgeidner/trump-administration-launches-broad-new-anti-leak-program.

130 *when the president insisted that he was not involved*: Maggie Haberman, Michael S. Schmidt, Adam Goldman, and Annie Karni, "Trump Ordered Officials to Give Jared Kushner a Security Clearance," *New York Times*, February 28, 2019, www.nytimes.com/2019/02/28/us/politics/jared-kushner-security-clearance.html.

130 *"the incidence of official lying"*: Pozen writes, "There is an additional, more speculative sense in which leakiness may preserve the credibility of government, as well as the professional integrity of its employees: if it reduces the incidence of official lying." See David E. Pozen, "The Leaky Leviathan: Why the Government Condemns and Condones Unlawful Disclosures of Information," *Harvard Law Review* 127 (2013): 576, available at https://harvardlawreview.org/wp-content/uploads/pdfs/vol127_pozen.pdf.

130 *"Leakiness, in this context"*: Pozen, "The Leaky Leviathan," 576–77.

131 *"a pervasive culture of leaking may substitute"*: Pozen, "The Leaky Leviathan," 577.

131 *the president's norm violations are inspiring reciprocal violations*: Jack Goldsmith, "Will Donald Trump Destroy the Presidency?" *Atlantic*, October 2017, www.theatlantic.com/magazine/archive/2017/10/will-donald-trump-destroy-the-presidency/537921/.

132 *an episode described at length in the Mueller report*: Mueller report, Vol. II, 24–37.

132 *the calls had been scrutinized by counterintelligence investigators*: See the Mueller