# EXHIBIT 6

## (Declaration of Benjamin Wittes)

Executive Branch

# The Situation: 100 Days, 100 Acts of Menace and Inanity

**Benjamin Wittes**

Thursday, May 1, 2025, 5:55 PM

*An impressionistic painting.*

The Situation on Monday decried administration policy toward Ukraine and Russia.

Today, I want to mark the first 100 days of the Trump administration with 100 actions by the president or his minions on each of those days. It's a timeline of executive actions of sorts of the Trump second term so far—necessarily incomplete, as each day, however action packed, gets only a single line item. The goal is not a comprehensive sense of the first hundred days. It is, rather, a kind of impressionistic painting of them.

1. Jan. 20—A proclamation granting pardons and commutations to all Jan. 6 insurrectionists and other criminals, including those convicted of seditious conspiracy and assaulting police officers.
2. Jan. 21—An executive order ordering a halt to all government DEI programs.
3. Jan. 22—The Trump administration threatens that federal workers, the New York Times reports, would face "'adverse consequences' if they fail to report on colleagues who defy orders to purge diversity, equity and inclusion efforts from their agencies."
4. Jan. 23—A federal judge in Seattle blocks President Trump's executive order to end birthright citizenship.
5. Jan. 24—The State Department begins freezing most foreign aid, under an executive order from Jan. 20.
6. Jan. 25—Trump fires inspectors general from more than a dozen federal agencies effective immediately, notwithstanding a 2022 law that requires that he give Congress 30 days notice and state his reasons for doing so.
7. Jan. 26—Trump announces he wants to "clean out" the Gaza Strip of its population either temporarily or permanently.
8. Jan. 27—An executive order declaring that "It is the policy of the United States Government to establish high standards for troop readiness, lethality,

cohesion, honesty, humility, uniformity, and integrity. This policy is inconsistent with the medical, surgical, and mental health constraints on individuals with gender dysphoria. This policy is also inconsistent with shifting pronoun usage or use of pronouns that inaccurately reflect an individual's sex."

9. Jan. 28—The administration offers to buy out federal workers in an email ordering them to resign or return to in-person work full-time.
10. Jan. 29—A memo to the secretary of defense and the secretary of homeland security instructing them to " to take all appropriate actions to expand the Migrant Operations Center at Naval Station Guantanamo Bay to full capacity to provide additional detention space for high-priority criminal aliens unlawfully present in the United States, and to address attendant immigration enforcement needs identified by the Department of Defense and the Department of Homeland Security."
11. Jan. 30—Following a plane crash over the Potomac River in Washington D.C., the president orders "An Immediate Assessment of Aviation Safety."
12. Jan. 31—An executive order entitled "Unleashing Prosperity Through Deregulation"—which makes no reference to aviation safety.
13. Feb. 1—An order imposing tariffs on Canada in order to stem the flow of fentanyl across the northern border, across which virtually no fentanyl flows. Separate orders also impose tariffs on Mexico and China.
14. Feb. 2—The New York Times reports that Treasury "Secretary Scott Bessent has given access to the federal government's payment system to representatives of the Department of Government Efficiency (DOGE)."
15. Feb. 3—Trump delays the tariffs on Mexico and Canada after token concessions for 30 days.
16. Feb. 4—A memorandum directing the national security staff to impose "Maximum Pressure on the Government of the Islamic Republic of Iran, Denying Iran All Paths to a Nuclear Weapon, and Countering Iran's Malign Influence."
17. Feb. 5—The acting deputy attorney general, Emil Bove, accuses the acting director of the FBI, Brian Driscoll, and his deputy of "insubordination" following their resistance to identifying FBI agents who investigated the Jan. 6 attacks.
18. Feb. 6—The administration informs USAID leadership that it is laying off nearly all of the agency's staff.
19. Feb. 7—An order "Addressing the Egregious Actions of the Republic of South Africa" against Afrikaners: "The Secretary of State and the Secretary of Homeland Security shall take appropriate steps, consistent with law, to prioritize humanitarian relief, including admission and resettlement through the United States Refugee Admissions Program, for Afrikaners in South Africa who are victims of unjust racial discrimination."

20. Feb. 8—A Truth Social post: "Crooked Joe's MANDATE, 'NO PLASTIC STRAWS, ONLY PAPER,' IS DEAD! Enjoy your next drink without a straw that disgustingly dissolves in your mouth!!!"
21. Feb. 9—A proclamation declares the day, "Gulf of America Day," noting that, "I call upon public officials and all the people of the United States to observe this day with appropriate programs, ceremonies, and activities."
22. Feb. 10—A proclamation imposes new tariffs on steel.
23. Feb. 11—A proclamation imposes new tariffs on aluminum.
24. Feb. 12—A call with President Vladimir Putin of Russia.
25. Feb. 13—Interim U.S. attorney in New York Danielle Sassoon resigns rather than drop the criminal case against New York Mayor Eric Adams, as she has been ordered by Acting Deputy Attorney General Emil Bove. Others in her office resign as well.
26. Feb. 14—Vice President J.D. Vance, speaking at the Munich Security Conference, tells European democracies to stop shunning Nazis: "what no democracy, American, German, or European, will survive is telling millions of voters that their thoughts and concerns, their aspirations, their pleas for relief are invalid or unworthy of even being considered. Democracy rests on the sacred principle that the voice of the people matters. There's no room for firewalls. You either uphold the principle or you don't. Europeans, the people, have a voice. European leaders have a choice. And my strong belief is that we do not need to be afraid of the future. You can embrace what your people tell you, even when it's surprising, even when you don't agree."
27. Feb. 15—A post on Truth Social, Trump wrote, quoting Napoleon: "He who saves his Country does not violate any Law."
28. Feb. 16—The Wall Street Journal publishes the resignation letter of Hagen Scotten, one of the Eric Adams prosecutors who resigned following the order to drop the case against the mayor. "No system of ordered liberty can allow the Government to use the carrot of dismissing charges, or the stick of threatening to bring them again, to induce an elected official to support its policy objectives. . . . I can . . . understand how a Chief Executive whose background is in business and politics might see the contemplated dismissal-with-leverage as a good, if distasteful, deal. But any assistant U.S. attorney would know that our laws and traditions do not allow using the prosecutorial power to influence other citizens, much less elected officials, in this way. If no lawyer within earshot of the President is willing to give him that advice, then I expect you will eventually find someone who is enough of a fool, or enough of a coward, to file your motion. But it was never going to be me."
29. Feb. 17—Multiple Justice Department officials resign over the Adams case.
30. Feb. 18—Russian and American senior officials meet in Saudi Arabia. The New York Times reports: "The United States and Russia moved toward a

head-spinning reset of their relationship on Tuesday, agreeing to work together on ending the Ukraine war, financial investment and re-establishing normal relations. The meeting between senior officials from both countries was a striking display of bonhomie after three years of American efforts to isolate Moscow for its 2022 invasion."

31. Feb. 19—A Truth Social post calls Ukrainian President Volodymyr Zelensky "a dictator without elections" one day after saying that Ukraine started the war.
32. Feb. 20—The Justice Department dismantles its operations to counter malign foreign influence, reassigning or removing key staff.
33. Feb. 21—Chairman of Joint Chiefs of Staff Gen. Charles Q. Brown, Jr. is fired.
34. Feb 22—FBI Director Kash Patel is selected to also be acting director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.
35. Feb. 23—Right-wing podcaster and media personality Dan Bongino named Deputy FBI Director in Truth Social post.
36. Feb. 24—Office of Personnel Management tells federal employees that responding to the DOGE's email asking each employee to name five things they accomplished last week was "voluntary." HHS tells workers they should assume their responses are being read by malign foreign actors.
37. Feb. 25—Executive order suspends "active security clearances held by Peter Koski and all members, partners, and employees of Covington & Burling LLP who assisted former Special Counsel Jack Smith during his time as Special Counsel." It also orders termination of any government business with the firm, which represents Smith.
38. Feb. 26—A child in Texas dies of measles.
39. Feb. 27—Hundreds of workers at the National Oceanic and Atmospheric Administration and its National Weather Service are fired.
40. Feb. 28—Oval office meeting in which the president and vice president berate Ukrainian President Volodymyr Zelensky.
41. March 1—Executive order designating English as the country's official language.
42. March 2—Truth Social post: "We should spend less time worrying about Putin, and more time worrying about migrant rape gangs, drug lords, murderers, and people from mental institutions entering our Country - So that we don't end up like Europe!"
43. March 3—U.S. pauses all military aid to Ukraine.
44. March 4—Fentanyl tariffs against Canada and Mexico go into effect. Canada and Mexico retaliate. China also retaliates against tariffs directed at China.
45. March 5—Automakers are exempted from some tariffs. Most Canada and Mexico tariffs are suspended the following day.
46. March 6—Executive order targeting the law firm of Perkins Coie.

47. March 7—White House cancels $400 million in grants to Columbia University.
48. March 8—Mahmoud Khalil, a Columbia University graduate student and lawful permanent resident, is detained by ICE in front of his 8-months-pregnant wife after Secretary of State Marco Rubio declares Khalil's anti-Israel protest activities hostile to the foreign policy of the United States.
49. March 9—Proclamation declares the day to be "U.S. Hostage and Wrongful Detainee Day" and notes that "Today, we solemnly stand with every American being held hostage or wrongfully detained and their families who are enduring bitter uncertainty."
50. March 10—Truth Social post boasts: "Following my previously signed Executive Orders, ICE proudly apprehended and detained Mahmoud Khalil, a Radical Foreign Pro-Hamas Student on the campus of Columbia University. This is the first arrest of many to come. We know there are more students at Columbia and other Universities across the Country who have engaged in pro-terrorist, anti-Semitic, anti-American activity, and the Trump Administration will not tolerate it. Many are not students, they are paid agitators. We will find, apprehend, and deport these terrorist sympathizers from our country — never to return again. If you support terrorism, including the slaughtering of innocent men, women, and children, your presence is contrary to our national and foreign policy interests, and you are not welcome here. We expect every one of America's Colleges and Universities to comply. Thank you!"
51. March 11—Ukraine backs U.S. 30-day ceasefire proposal, and Trump lifts suspension of military aid and intelligence sharing.
52. March 12—Judge Beryl Howell in Washington grants a temporary restraining order to Perkins Coie, which had sued the previous day to enjoin the March 6 executive order.
53. March 13—A Truth Social post alleges that "The European Union, one of the most hostile and abusive taxing and tariffing authorities in the World . . . was formed for the sole purpose of taking advantage of the United States."
54. March 14—Executive order targeting the law firm of Paul Weiss.
55. March 15—Three planes fly more than 200 migrants, mostly Venezuelan, to El Salvador for detention despite a judge's order that planes carrying deportees under the Alien Enemies Act turn around. A proclamation invoking the Alien Enemies Act is not signed until after the migrants are already rounded up for the flights.
56. March 16—The White House denies flouting the court order.
57. March 17—A Truth Social post declares that "April 2nd [will be] Liberation Day for America, because we will start taking back some of the vast wealth that has been taken from us due to the many weak, incompetent, and perhaps even dishonest politicians who have represented us in the past!"

58. March 18—Truth Social posts attack Judge James Boasberg, who issued the order purporting to turn the plans around: "If a President doesn't have the right to throw murderers, and other criminals, out of our Country because a Radical Left Lunatic Judge wants to assume the role of President, then our Country is in very big trouble, and destined to fail!"
59. March 19—Trump speaks by phone with Ukrainian President Zelensky for the first time since their disastrous Oval Office meeting. By accounts from both leaders, the call goes well.
60. March 20—Executive order purports to shutter the Department of Education.
61. March 21—Executive order rescinding the March 14 order concerning Paul Weiss, after the firm capitulates to Trump's demands: "Paul Weiss indicated that it will engage in a remarkable change of course. Specifically, Paul Weiss has acknowledged the wrongdoing of its former partner Mark Pomerantz, and it has agreed to a number of policy changes to promote equality, justice, and the principles that keep our Nation strong, including: adopting a policy of political neutrality with respect to client selection and attorney hiring; taking on a wide range of pro bono matters representing the full political spectrum; committing to merit-based hiring, promotion, and retention, instead of "diversity, equity, and inclusion" policies; dedicating the equivalent of $40 million in pro bono legal services during my term in office to support causes including assisting our Nation's veterans, fairness in the justice system, and combating anti-Semitism; and other similar initiatives." The same day, Columbia University capitulates to Trump's demands in the face of grants cutoff.
62. March 22—Presidential memorandum cutting off security clearances and access to classified information for "Antony Blinken, Jacob Sullivan, Lisa Monaco, Mark Zaid, Norman Eisen, Letitia James, Alvin Bragg, Andrew Weissmann, Hillary Clinton, Elizabeth Cheney, Kamala Harris, Adam Kinzinger, Fiona Hill, Alexander Vindman, Joseph R. Biden Jr., and any other member of Joseph R. Biden Jr.'s family."
63. March 23—A Truth Social post complains about Trump's official portrait in the Colorado state Senate: "Nobody likes a bad picture or painting of themselves, but the one in Colorado, in the State Capitol, put up by the Governor, along with all other Presidents, was purposefully distorted to a level that even I, perhaps, have never seen before. The artist also did President Obama, and he looks wonderful, but the one on me is truly the worst. She must have lost her talent as she got older. In any event, I would much prefer not having a picture than having this one, but many people from Colorado have called and written to complain. In fact, they are actually angry about it! I am speaking on their behalf to the Radical Left Governor, Jared Polis, who is extremely weak on Crime, in particular with respect to Tren de

Aragua, which practically took over Aurora (Don't worry, we saved it!), to take it down. Jared should be ashamed of himself!"

64. March 24—Alina Habba, one of the president's personal lawyers and television spokespeople, is named acting U.S. attorney in New Jersey.
65. March 25—After his national security team shares attack plans in Yemen with Atlantic editor Jeffrey Goldberg, the president stands by his team and blames Goldberg. Executive order targeting the law firm of Jenner & Block.
66. March 26—Order imposing 25 percent tariffs on imported cars and car parts.
67. March 27—Executive order targeting the law firm of Wilmer Hale.
68. March 28—Both Jenner & Block and Wilmer Hale obtain temporary restraining orders against the executive orders directed at them.
69. March 29—Phone interview with NBC in which the president says he is committed to obtaining Greenland and doesn't rule out the use of military force to do so.
70. March 30—Truth Social post attacking Judge Boasberg: "People are shocked by what is going on with the Court System. I was elected for many reasons, but a principal one was LAW AND ORDER, a big part of which is QUICKLY removing a vast Criminal Network of individuals, who came into our Country through the Crooked Joe Biden Open Borders Policy! These are dangerous and violent people, who kill, maim and, in many other ways, harm the people of our Country. The Voters want them OUT, and said so in Record Numbers. If it was up to District Judge Boasberg and other Radical Left Judges, nobody would be removed, the President wouldn't be allowed to do his job, and people's lives would be devastated all throughout our Country. MAKE AMERICA GREAT AGAIN!"
71. March 31—Truth Social post thanks El Salvadoran President Nayib Bukele for taking migrant deportees from the United States and keeping them locked up: "Thank you President Bukele, of El Salvador, for taking the criminals that were so stupidly allowed, by the Crooked Joe Biden Administration, to enter our Country, and giving them such a wonderful place to live!"
72. April 1—The law firm of Willkie Farr & Gallagher becomes the next firm to capitulate to Trump's demands to avoid an executive order. A Truth Social post boasts that Wilkie Farr "will provide a total of at least $100 Million Dollars in pro bono Legal Services, during the Trump Administration, and beyond, to causes that President Trump and Willkie both support."
73. April 2—Liberation Day!
74. April 3—As the stock market plummets, a proclamation declares April, and I swear I am not making this up, "National Sexual Assault Awareness and Prevention Month": "One of the leading causes of sexual violence over the last 4 years has been the invasion of illegal aliens at our southern border. In

a treasonous act of betrayal against the American people, the previous administration unleashed an army of gangs and criminal aliens from the darkest and most dangerous corners of the world — causing a dramatic increase of sexual violence in our neighborhoods and communities."

75. April 4—Executive order extends the TikTok enforcement delay announced on Jan. 20 notwithstanding a clear statutory requirement that TikTok be divested by its Chinese parent company or be removed from app stores: "In light of this direction, even after the expiration of the above-specified period, the Department of Justice shall not take any action to enforce the Act or impose any penalties against any entity for any conduct that occurred during the above-specified period or any period prior to the issuance of this order."
76. April 5—As China retaliates for Liberation Day sanctions, a Truth Social post declares: "China has been hit much harder than the USA, not even close. They, and many other nations, have treated us unsustainably badly. We have been the dumb and helpless "whipping post," but not any longer. We are bringing back jobs and businesses like never before. Already, more than FIVE TRILLION DOLLARS OF INVESTMENT, and rising fast! THIS IS AN ECONOMIC REVOLUTION, AND WE WILL WIN. HANG TOUGH, it won't be easy, but the end result will be historic. We will, MAKE AMERICA GREAT AGAIN!!!"
77. April 6—The president declares aboard Air Force One that he would be "very happy" if El Salvador could put U.S. citizens in its mega-prisons. "If they can house these horrible criminals for a lot less money than it costs us, I'm all for it, but I'd only do it according to the law."
78. April 7—The president declares that "We're having direct talks with Iran, and they've started. It'll go on Saturday. We have a very big meeting, and we'll see what can happen."
79. April 8—Following a unanimous Supreme Court decision saying the administration could not deport Venezuelans to El Salvador under the Alien Enemies Act without giving them a opportunity for judicial review, a Truth Social post announced: "Last month, we officially designated Tren de Aragua, MS-13 and the Mexican drug cartels as foreign terrorist organizations—and thanks to the Supreme Court yesterday...we will continue to deport these monsters under the Alien Enemies Act…"
80. April 9—Liberation Day tariffs for countries other than China put on hold for 90 days.
81. April 10—The Supreme Court unanimously affirms a lower court order "requir[ing] the Government to 'facilitate' [Kilmar] Abrego Garcia's release from custody in El Salvador and to ensure that his case is handled as it would have been had he not been improperly sent to El Salvador." Abrego Garcia

was deported on one of the March 15 flights in what the government conceded to be an error.

82. April 11—Presidential memorandum ordering that the military have access to federal lands in order to effectuate "the military missions of repelling the invasion and sealing the United States southern border from unlawful entry to maintain the sovereignty, territorial integrity, and security of the United States."
83. April 12—Tariff reprieves for smartphones and computers and other electronics.
84. April 13—Russian forces bomb the Ukrainian city of Sumy on Palm Sunday, killing at least 34 people. Comments to reporters on Air Force One: "I think it was terrible. And I was told they made a mistake. But I think it's a horrible thing. I think the whole war is a horrible thing. I think, for that war to have started, is an abuse of power. This country would have never allowed that war to have started if I were president. That war is a shame."
85. April 14—The administration freezes $2.2 billion in grants to Harvard University after Harvard refuses to capitulate to administration demands affecting all aspects of university administration.
86. April 15—A Truth Social post muses: "Perhaps Harvard should lose its Tax Exempt Status and be Taxed as a Political Entity if it keeps pushing political, ideological, and terrorist inspired/supporting 'Sickness?' Remember, Tax Exempt Status is totally contingent on acting in the PUBLIC INTEREST!"
87. April 16—Judge Boasberg rules, one month after the March 15 flights to El Salvador, that "the Government's actions on that day demonstrate a willful disregard for [the court's] Order, sufficient for the Court to conclude that probable cause exists to find the Government in criminal contempt."
88. April 17—Sen. Chris Van Hollen meets with Kilmar Abrego Garcia in San Salvador, a few days after Presidents Trump and Bukele in the Oval Office mock the court orders requiring his release and return to the United States.
89. April 18—A Truth Social post says that "Senator Chris Van Hollen of Maryland looked like a fool yesterday standing in El Salvador begging for attention from the Fake News Media, or anyone. GRANDSTANDER!!!"
90. April 19—In a court order at 1:00 am, the Supreme Court orders a halt to deportations under the Alien Enemies Act: "The Government is directed not to remove any member of the putative class of detainees from the United States until further order of this Court."
91. April 20—On Easter Sunday, Vice President J.D. Vance meets with Pope Francis, who promptly dies.
92. April 21—Responding to Secretary of Defense Pete Hegseth's second Signal chat group discussing attack plans with people not cleared to receive classified information, the president describes the flap as a "waste of time"

and says that Hegseth's "doing a great job—ask the Houthis how he's doing." Not a single Houthi could be reached for comment.

93. April 22—One day after Harvard sues over the grant freeze, the White House declares that the "gravy train of federal assistance" is coming to an end.
94. April 23—Executive order targets "foreign influence at American Universities": "It is the policy of my Administration to end the secrecy surrounding foreign funds in American educational institutions, protect the marketplace of ideas from propaganda sponsored by foreign governments, and safeguard America's students and research from foreign exploitation."
95. April 24—Presidential memorandum targeting Democratic fundraising powerhouse Act Blue: "I direct the Attorney General, in consultation with the Secretary of the Treasury, to use all lawful authority, as necessary, to investigate allegations regarding the unlawful use of online fundraising platforms to make "straw" or "dummy" contributions or foreign contributions to political candidates and committees, and to take all appropriate actions to enforce the law."
96. April 25—FBI agents arrest a Milwaukee judge after she allegedly helped an undocumented migrant try to evade ICE arrest.
97. April 26—Presidents Trump and Zelensky meet at Pope Francis's funeral, the same as which a Truth Social post complains: "No matter what deal I make with respect to Russia/Ukraine, no matter how good it is, even if it's the greatest deal ever made, The Failing New York Times will speak BADLY of it. Liddle' Peter Baker, the very biased and untalented writer for The Times, followed his Editor's demands and wrote that Ukraine should get back territory, including, I suppose, Crimea, and other ridiculous requests, in order to stop the killing that is worse than anything since World War II. Why doesn't this lightweight reporter say that it was Obama who made it possible for Russia to steal Crimea from Ukraine without even a shot being fired. It was also Liddle' Peter who wrote an absolutely fawning, yet terribly written Biography, on Obama. It was a JOKE! Did Baker ever criticize the Obama Crimea Giveaway? NO, not once, only TRUMP, and I've had nothing to do with this stupid war, other than early on, when I gave Ukraine Javelins, and Obama gave them sheets. This is Sleepy Joe Biden's War, not mine. It was a loser from day one, and should have never happened, and wouldn't have happened if I were President at the time. I'm just trying to clean up the mess that was left to me by Obama and Biden, and what a mess it is. With all of that being said, there was no reason for Putin to be shooting missiles into civilian areas, cities and towns, over the last few days. It makes me think that maybe he doesn't want to stop the war, he's just tapping me along, and has to be dealt with differently, through 'Banking' or 'Secondary Sanctions?' Too many people are dying!!!"

98. April 27–A Truth Social post declares: “Hopefully ACTBLUE, the Democrats ILLEGAL SCAM used to raise money, including from not allowed “foreign contributions,” is being looked at by authorities. The Dems only know how to win by CHEATING, something which they do better than any group or party in history. But now, with their terrible policies and candidates, and with people like Crooked Adam Schiff, who demanded a full Pardon from Sleepy Joe, leading the way, it is almost impossible to reach their money goals. The USA is wise to these scoundrels and crooks. Also, why did the Auto Pen give Schiff a Pardon? Biden knew nothing about it. Who operated the Auto Pen? That is the biggest question being asked in D.C. They almost destroyed our Country. They should all be in jail!!!”
99. April 28–Executive order targeting sanctuary cities: “some State and local officials nevertheless continue to use their authority to violate, obstruct, and defy the enforcement of Federal immigration laws. This is a lawless insurrection against the supremacy of Federal law and the Federal Government’s obligation to defend the territorial sovereignty of the United States. Beyond the intolerable national security risks, such nullification efforts often violate Federal criminal laws. . . . Some measures to assist illegal aliens also necessarily violate Federal laws prohibiting discrimination against Americans in favor of illegal aliens and protecting Americans’ civil rights.”
100. April 29—Sen. Lindsey Graham tweets: “I was excited to hear that President Trump is open to the idea of being the next Pope. This would truly be a dark horse candidate, but I would ask the papal conclave and Catholic faithful to keep an open mind about this possibility! The first Pope-U.S. President combination has many upsides. Watching for white smoke…. Trump MMXXVIII!”




**Benjamin Wittes**

benjaminwittes.lawfaremedia.org

**Read More**

Benjamin Wittes is editor in chief of *Lawfare* and a Senior Fellow in Governance Studies at the Brookings Institution. He is the author of several books.