# EXHIBIT 2

(Declaration of Ethan Young)

Post

Log in Sign up

**Rapid Response 47**
@RapidResponse47

BREAKING: The Trump Administration has "paused $175 million in federal funding from the University of Pennsylvania" over its policies forcing women to compete with men in sports.

Promises made, promises kept.




9:08 AM · Mar 19, 2025 · **705.5K** Views

464 1.2K 9.2K 137

**Patricia Anderson** @MrsPatriciaA81 · Mar 19, 2025
Thank you President Trump for standing up for women!

4 11 173 2.9K

**Anthony Galli** @AnthonyGalli · Mar 19, 2025
This is a low bar...

Don’t force women to get beat up by men.

Why do Democrats struggle with this so much?

30 13 144 5K