# EXHIBIT 4

(Declaration of Ethan Young)

US • 5 MIN READ

# Trump administration releases $175 million in federal funding to Penn after transgender athletes agreement

UPDATED JUL 2, 2025

By Amanda Musa , Betsy Klein



CNN US Subscribe Sign in

The Trump administration has released $175 million in previously frozen federal funding to the University of Pennsylvania, a White House official told CNN on Wednesday, following an agreement on how the university would handle transgender athletes.

The funding release comes after the school reached an agreement with the federal government to block transgender athletes from female sports teams and erase the records set by swimmer Lia Thomas.

“We told them that institutions that violate federal civil rights law could lose their federal funding … So UPenn came back to the table and asked us what they can do to make it right,” Department of Education Secretary Linda McMahon said in remarks announcing the UPenn agreement Tuesday.

“We said, ‘You have to completely rewrite your institutional policy.’ They signed on the dotted line,” McMahon said. “We said, ‘You have to take these steps with records and reporting so this never happens again.’”

ADVERTISEMENT

CNN has reached out to UPenn for comment.

The agreement comes as part of the Trump administration's broader restrictions on transgender people, as it steps up its efforts to ban transgender athletes from competing in women's sports nationwide and serving in the military.

Thomas, a UPenn graduate, won the 2022 NCAA championship in the women's 500-yard freestyle. Thomas is a transgender woman.

"Penn has always followed — and continues to follow — Title IX and the applicable policy of the NCAA regarding transgender athletes," UPenn President J. Larry Jameson said in a news release Tuesday.

ADVERTISEMENT

In February, the NCAA announced an overhaul of its transgender athlete policy to limit transgender participation in women's sports in response to Trump's executive order.

The White House in March cut off $175 million in federal funds for Penn related to the issue of transgender athletes.

The funds had been supporting "lifesaving and life-improving research" at the university, including on preventing hospital-acquired infections, drug screening against deadly viruses and protections against chemical warfare, Jameson said in a statement in March.

Thomas' records have been removed from a UPenn list of all-time school records in women's swimming. A note at the bottom of the document reads, "Competing under eligibility rules in effect at the time, Lia Thomas set program records in the 100, 200 and 500 freestyle during the 2021-22 season."

ADVERTISEMENT

CNN has reached out to the NCAA for comment regarding the agreement.

The US Department of Education's Office for Civil Rights said in a statement Tuesday that an investigation found UPenn violated Title IX by "permitting males to compete in women's intercollegiate athletics and to occupy women-only intimate facilities."

Title IX prohibits sex-based discrimination at any academic institution that receives federal funding.

UPenn also agreed to issue a statement specifying that it "will adopt biology-based definitions for the words 'male' and 'female' pursuant to Title IX" and consistent with two executive orders on transgender athletes from President Donald Trump, according to the Department of Education.

ADVERTISEMENT

The school says it will also apologize to female student athletes who lost to Thomas during the 2021-2022 swim season. “We recognize this and will apologize to those who experienced a competitive disadvantage or experienced anxiety because of the policies in effect at the time,” Jameson said.

## Trump’s ban on female trans athletes

In February, Trump signed an executive order titled “Keeping Men Out of Women’s Sports” with the goal of banning transgender women from competing in women’s sports.

“With this executive order, the war on women’s sports is over,” the president said during a signing ceremony surrounded by dozens of women and some young girls in athletic uniforms.

ADVERTISEMENT

Some critics claim transgender athletes have an unfair advantage in sports, but that's not what the research shows.

While research is limited and ongoing, a 2017 review in the peer-reviewed journal Sports Medicine found "no direct or consistent research" showing trans people have an athletic advantage.

A more recent October 2023 review of the research concluded that sex differences do develop following puberty, but many are "reduced, if not erased, over time by gender affirming hormone therapy."

Physical attributes that could work in a trans girl's favor, like height or limb length, for example, appear to be "less malleable," the study said, but it also pointed out that there are no efforts to restrict cisgender athletes who are taller than average or exceptionally gifted physically in any other way.

ADVERTISEMENT

The executive order is two-pronged, leaning on compliance with Title IX, which prohibits discrimination on the basis of sex in education programs or activities that receive funding from the federal government, as well as federal engagement with the private sector.

Ahead of the signing, a White House official said that the new action would take the opposite position on Title IX from the Biden administration, which established a rule that schools are violating Title IX when they ban transgender students from participating on sports teams.

The Trump administration's position on Title IX, the official previously said, is "if you're going to have women's sports, if you're going to provide opportunities for women, then they have to be equally safe, equally fair, and equally private opportunities, and so that means that you're going to preserve women's sports for women."

## The debate on transgender athletes

Thomas became the first transgender athlete to win an NCAA Division I title in 2022 after finishing first in the women's 500-yard freestyle event.

ADVERTISEMENT

A former swimmer on the men's team at UPenn, Thomas has come to personify the ongoing debate on trans women's participation in sports and the balance between inclusion and fair play.

Thomas previously told the SwimSwam podcast she realized she was trans the summer of 2018, but kept it to herself, wary that coming out would take away her ability to swim.

"The very simple answer is that I'm not a man," she told Sports Illustrated in March. "I'm a woman, so I belong on the women's team. Trans people deserve that same respect every other athlete gets."

In February, three former athletes at UPenn's women's swimming program sued the school, the Ivy League Council of Presidents and athletics organizations, claiming they violated federal law to allow Thomas to compete against them.

ADVERTISEMENT

Thomas has not commented publicly on the latest lawsuit. Despite her expressed intention to keep swimming competitively after college, Thomas has been barred from international events by the rules of World Aquatics, which only qualify transgender athletes who have not experienced biological puberty.

The Court of Arbitration for Sport denied Thomas' challenge to the rule, making her ineligible for most elite competitions, including the 2024 Olympics.

*CNN's Nicquel Terry Ellis contributed.*

*This story has been updated with additional details.*