# EXHIBIT 6

(Declaration of Ethan Young)

# Trump signs executive order to dismantle Education Department

Updated March 20, 2025 at 8:20 p.m. EDT | Published March 20, 2025 at 6:45 a.m. EDT

Hours before President Donald Trump signed an executive order aimed at closing the Education Department, his press secretary acknowledged that the administration cannot do this on its own. White House press secretary Karoline Leavitt told reporters that the department will not be completely shut down, which would require congressional action, but said a smaller version will continue to administer "critical functions." Trump contradicted his press secretary at the event, saying that major functions of the Education Department would be moved to other agencies.

**Live coverage contributors** 31

 Sabrina Rodriguez
 Mariana Alfaro
 Justine McDaniel
 Brianna Tucker
 Maegan Vazquez
Cat Zakrz

8:20 p.m. EDT

## Trump signs order aimed at increasing domestic production of critical minerals

 Maegan Vazquez

President Donald Trump signed an executive order on Thursday aimed at bolstering the extraction and processing of critical minerals in the United States.

Trump's order invokes emergency powers to fast-track and increase mining and processing of minerals. It utilizes the Defense Production Act — which gives the president the power to "shape national defense preparedness programs and to take appropriate steps to maintain and enhance the domestic industrial base" — to accelerate permitting and funding processes for domestic mineral projects.

The order maintains that facilitating a maximum level of domestic mineral production "is imperative for our national security."

In 2022, President Joe Biden invoked the Defense Production Act to reduce U.S. reliance on foreign supply chains and accelerate the administration's efforts to invest in clean energy technology.

Trump, who signed the order privately on Thursday, said at a White House event that the order would "dramatically increase production of critical minerals and rare earths." The president also said the U.S. would sign a mineral agreement with Ukraine — which had been postponed after a contentious Oval Office meeting with Ukrainian President Volodymyr Zelensky — "very shortly."

Thursday's order directs Interior Secretary Doug Burgum to "prioritize mineral production and mining-related purposes" over other uses of federal lands. It also authorizes the United States International Development Finance Corporation to develop a plan to establish a "dedicated mineral and mineral production fund for domestic investments."

7:47 p.m. EDT

## Education Secretary says she will work with Congress to eliminate the agency



Brianna Tucker

In an interview with Fox News, Education Secretary Linda McMahon said she intends to "work in conjunction with Congress" to achieve the closure of the Department of Education, following President Donald Trump's executive order on Thursday to eliminate the 45-year old agency.

"I can tell you we know that the task ahead certainly has some hurdles, but what my desire is, and what I'm going to be working to do, is to work in conjunction with Congress ... . I want Congress to be a partner in this, and I believe they will be," McMahon told Fox News' Bret Baier.

Legislation has been introduced in both the House and the Senate to shutter the agency over the years, but it has not received much consideration and congressional leaders have not indicated it is a priority. Any bill to close the agency would require 60 "yes" votes in the Senate, which means at least seven Democrats would have to support it — which observers see as highly unlikely, if not impossible.

But the effort has gained traction for some Republicans, including Sen. Bill Cassidy (R-Louisiana), who chairs the Senate Health, Education, Labor and Pensions Committee. He indicated shortly after Trump signed the executive order that he planned to introduce a bill to eliminate the agency.

"I agree with President Trump that the Department of Education has failed its mission," Cassidy said in a statement and in a post on X. "Since the Department can only be shut down with congressional approval, I will support the President's goals by submitting legislation to accomplish this as soon as possible."

---

7:19 p.m. EDT



Cat Zakrzewski

Education Secretary Linda McMahon said the Trump administration is considering how it could redirect functions of the Education Department to other federal agencies, including an office that enforces federal civil rights laws at schools.

"The Department of Justice already has a civil rights office, and I think that there is an opportunity to discuss with Attorney General [Pam] Bondi about locating some of our civil rights work there," she told reporters under the West Wing portico. And much like closing the department entirely requires congressional approval, so does moving core functions of the department to other agencies.

6:56 p.m. EDT

## Analysis: On concessions to Russia, Trump and Americans are on different pages



Aaron Blake

One of President Donald Trump's chief concerns right now is fulfilling a campaign promise to end the war in Ukraine. It's proving more difficult than he treated it on the trail — he at times promised to end the war immediately — but we're finally at least seeing signs of a potential ceasefire.

*This is an excerpt from a full story.*

**Continue reading ›**

6:17 p.m. EDT

## Republican Rep. Lawler condemns closure of lone Social Security

## office in district



Brianna Tucker

Rep. Michael Lawler (R-New York) denounced the Social Security Administration's shift to close the lone agency hearing office in his district, calling the move "a slap in the face" to his constituents.

In recent weeks, the agency, which serves millions of elderly and disabled Americans, has closed dozens of regional and local offices as part of a mandate by the Trump administration's U.S. DOGE Service to shrink the size of the federal government.

"The decision to close the only Social Security Hearing Office in the Hudson Valley is a slap in the face to thousands of my constituents who rely on these services," Lawler said in the post on X.

"This office handles over 2,000 backlogged cases and conducts hundreds of in-person hearings every year. Telling my constituents that they now have to travel hours to Lower Manhattan, New Haven, the Bronx, or Goshen is completely unacceptable."

Lawler's post follows an announcement from the agency on Tuesday setting new measures that would require millions of Americans who file for benefits by phone to verify their identity using an online system or provide documentation in person at a field office.

Other shifts at the agency have included the consolidation of programs and the planned termination of nearly 7,000 jobs, prompting sharp criticism from advocates and Democrats.

6:06 p.m. EDT

## Sanders says Trump is allying U.S. with authoritarianism



Justine McDaniel

Sen. Bernie Sanders (I-Vermont) urged an audience in Las Vegas not to accept "an authoritarian form of society," saying the country is at a "pivotal moment" in its history.

"For the first time in our 250-year history, we have a president who is turning his back on democracy and allying us with authoritarianism," Sanders said at the first stop of a speaking tour with Rep. Alexandria Ocasio-Cortez (D-New York).

“It is not democracy when Musk himself can spend $270 million to help elect Trump and then become the most powerful person in government,” Sanders said.

The pair are framing the Trump administration as a wealth-based oligarchy, arguing that the government is controlled by a small group of the wealthiest individuals. “They are like heroin addicts. They need more and more and more,” Sanders said. “And if they’re destroying Social Security and Medicaid to get what they want, that is what they will do.”

5:34 p.m. EDT

## Trump’s new guidance doesn’t legalize segregation. Here’s what changed.



Gaya Gupta

When the government entity that manages federal buildings ordered agencies to drop a long-standing clause from new contracts, it prompted some concern that the Trump administration was trying to legalize segregation. The clause, banned by the General Services Administration last month, prohibits maintaining or using segregated facilities. It made explicit what the Civil Rights Act of 1964 already outlaws — discrimination on the basis of race, color, sex and other identity traits.

*This is an excerpt from a full story.*

Continue reading >

5:06 p.m. EDT

## Trump praises his earlier efforts to cut the Education Department



Maegan Vazquez

At a White House ceremony on Thursday focused on an executive order aimed at eliminating the Education Department, President Donald Trump touted the cuts he's already made to the agency as well as across the federal government.

"My administration has initiated a reduction in force, and we're already cutting numbers … we've cut the number of bureaucrats in half," Trump said.

Earlier this month, the Education Department said it was laying off its personnel and also cutting grants and contracts. The staff reductions, at the time, were the largest in department history and of a magnitude rarely contemplated before this administration took office.

Trump, at Thursday's ceremony, resurfaced a gripe he's brought up since being sworn in earlier this year — the large number of buildings in Washington he's seen with signage saying they're occupied by the Education Department.

"As a former real estate person, I will tell you, I ride through the streets of Washington and it says, 'Department of Education,' 'Department of Education.' I said, 'How do you fill those buildings?' It's crazy what's happened over the years," Trump said.

5:03 p.m. EDT

## Trump signs executive order to close the Education Dept.



Danielle Douglas-Gabriel

President Donald Trump signed an executive order Thursday to eliminate the Education Department, a 45-year-old federal agency that he said is “doing no good.”

The executive order aims to minimize the federal role in education but stops short of completely closing the department as Trump promised on the campaign trail. Shutting down the agency requires congressional approval, and there is not likely to be enough support in the Senate to make it happen. Trump said he believes there is bipartisan support to close the department and hoped lawmakers would vote for it.

“We’re not doing well with the world of education and we haven’t for a long time,” Trump said Thursday at the signing ceremony, where schoolchildren sat at desks behind him and Republican governors lined the front row. “My administration will take all lawful steps to shut down the department. We’re going to shut it down and shut it down as quickly as possible.”

Trump said his administration would preserve key functions of the department such as administering student loans and providing funding to students with disabilities, but redistribute them to other agencies. Ahead of the signing, White House press secretary Karoline Leavitt said the department would retain those “critical functions.”

Congress must approve any effort to spin out the Education Department’s major functions.

Trump has already taken tremendous steps to weaken the department. His administration has cut nearly half of the department’s 4,100 employees through layoffs, firings and buyouts. It has also closed seven of the agency’s regional civil rights offices and eliminated 131 teams within the department.

4:47 p.m. EDT



Mariana Alfaro

Students seated at desks surrounding President Donald Trump at Thursday’s event appeared to sign their own “executive orders” as the president signed his order that aims to dismantle the Education Department.

4:26 p.m. EDT



Cat Zakrzewski

Republican Govs. Gregg Abbott (Texas), Mike Braun (Indiana), Mike DeWine (Ohio), Kim Reynolds (Iowa) and Ron DeSantis (Florida) are seated in the East Room, where they’re waiting for President Donald Trump’s remarks.

4:20 p.m. EDT



Laura Meckler

The state flags as a backdrop at Thursday's White House event were a piece of symbolism that dovetailed with President Donald Trump's message that education should be handled by the states rather than the federal government. (Education is largely run by states and school boards already.)

4:17 p.m. EDT



Cat Zakrzewski

Students entered the packed East Room, where President Donald Trump is expected to sign an executive order aimed at dismantling the Education Department. They're sitting at desks in front of state flags.

4:13 p.m. EDT

## Why Bukele opened El Salvador's infamous prison to Trump

Mary Beth Sheridan

Nayib Bukele, the president of El Salvador, has emerged as an unlikely protagonist in one of the Trump administration's most audacious acts. Bukele accepted more than 200 Venezuelans deported from the United States last week and locked them up in a draconian prison. With no access to the courts, they are in a legal black hole.

*This is an excerpt from a full story.*

Continue reading >

3:57 p.m. EDT

## Billboards targeting GOP lawmakers for funding bill votes taken down after defamation threat

Brianna Tucker

An advertising company in charge of displaying House Democrats' billboards accusing Republicans in competitive districts of voting to cut Medicaid and give tax breaks to Elon Musk took them down after House Republicans' campaign arm sent a cease-and-desist letter on Wednesday.

House Majority Forward, the issue advocacy arm of the Democratic super PAC called House Majority PAC, launched six billboards on Tuesday in vulnerable Republicans' districts, including those of Reps. Gabe Evans (Colorado), Don Bacon (Nebraska), Ryan Mackenzie (Pennsylvania), Monica De La Cruz (Texas), Jen Kiggans (Virginia) and Rob Wittman (Virginia) according to a report by the Washington Examiner.

The billboards, which were announced on Tuesday, claimed the Republicans "voted to cut Medicaid to give billionaires like him tax cuts," referring to Musk, who was also featured on the billboard. Shortly after launch, the National Republican Campaign Committee sent a letter to Lamar Advertising Co., warning it "will be liable for the defamatory messages spread to voters in each district."

The company hasn't responded to a request for comment.

The GOP-led House budget resolution, which narrowly passed in February and that those six Republicans voted for, directed a committee responsible for federal health-care spending to find ways to reduce the deficit by at least $880 billion over the next 10 years. The savings would be used in part to extend President Donald Trump's 2017 tax cut law, and allow for new spending on immigration and national defense without raising the national debt.

The Congressional Budget Office, lawmakers' nonpartisan bookkeeper, released a report earlier this month that stated achieving such savings would be impossible without significant cuts to Medicare, Medicaid or the Children's Health Insurance Program.

In a statement released on Wednesday, NRCC spokesman Mike Marinell said, "This proves what we've been saying all along: Democrats have no winning message so they resort to lies and fearmongering in a disgusting effort to distract voters. The American people aren't buying it, and House Democrats should be ashamed of themselves."

2:59 p.m. EDT

## Zelensky pushes back on Trump proposal to take over nuclear plant



Adam Taylor and Serhiy Morgunov

As the United States tries to broker a peace agreement between Ukraine and Russia this week, an unexpected idea has emerged in the talks: potential U.S. control of a key Ukrainian nuclear power plant on the front line of the war with Russia.

*This is an excerpt from a full story.*

Continue reading

2:22 p.m. EDT

## X sues Indian government over censorship, upping U.S. pressure on Modi



Karishma Mehrotra

NEW DELHI — X, the social media company owned by billionaire Elon Musk, sued the Indian government Thursday, accusing it of illegally blocking content on the platform.

The lawsuit alleges that the Indian government created a "censorship portal" last year, enabling government agencies, state authorities and tens of thousands of local police officers to issue takedown orders en masse, violating India's constitution and the Information Technology Act.

*This is an excerpt from a full story.*

Continue reading

1:28 p.m. EDT

## What to know about Trump's plan to abolish the Education Department



Laura Meckler

Since his 2024 presidential campaign, President Donald Trump has been promising to abolish the Education Department, and on Thursday he is set to sign an executive order that will shrink, but not close, the agency.

*This is an excerpt from a full story.*

Continue reading

12:42 p.m. EDT

## Stephen Miller: Judges ruling against Trump are thwarting will of voters



Maegan Vazquez

Stephen Miller, one of Donald Trump's closest advisers at the White House, is escalating the administration's attacks on federal judges who have ruled against the president's recent orders, labeling them as rogue Marxists thwarting the will of American voters.

"The most important commodity in the executive branch is time," Miller, deputy White House chief of staff, wrote Thursday on X. "Americans elect presidents to 4 year terms. These rogue marxist judges — in a furious attempt to thwart the people's will — are trying to take months and years of time away from the executive. It must be stopped."

Trump and billionaire ally Elon Musk, who leads the U.S. DOGE Service, have encouraged Republicans in Congress to pursue the rare step of impeaching federal judges who have ruled against the administration. On Wednesday, Musk referred to the judges' rulings as a "judicial coup."

The judges whom House Republicans have named as targets for impeachment include those who have ruled against the administration's effort to deport alleged Venezuelan gang members, its attempt to enact a sweeping federal spending freeze and its abrupt removal of public health data from federal health agencies' websites in line with an executive order on gender.

12:12 p.m. EDT

## Leavitt acknowledges White House can't close Education Dept. on its own



Laura Meckler

As President Donald Trump prepares to sign an executive order aimed at closing the Education Department, his press secretary acknowledged that the administration cannot do this on its own.

White House press secretary Karoline Leavitt told reporters that the department will not be completely shut down, which would require congressional action, but said a smaller version will continue to administer "critical functions."

She said those functions included the student loan program, Pell grants, civil rights enforcement and major grant programs of Title I and IDEA, which helps pay the cost of educating students with disabilities. Together, those programs represent the vast majority of what the department does.

"We're greatly reducing the scale and size of the department," she said.

11:54 a.m. EDT

## Another senior IRS executive is leaving

Shannon Najmabadi

Another Internal Revenue Service executive is leaving: Heather Maloy, the chief tax compliance officer.

Maloy is retiring Friday and will be replaced temporarily by Edward Killen, head of the tax-exempt and government entities division, she said in a Thursday email to agency staff.

Multiple high-level officials have left the IRS in recent weeks, including the acting commissioner and head of human resources, who said she resisted firing federal employees and was accused of being “insubordinate” to the U.S. DOGE Service before she was removed from her post.

The agency’s acting chief counsel was also demoted.

The chief tax compliance officer oversees the agency’s criminal investigations and business divisions, among others.

The IRS and Treasury Department did not immediately respond to requests for comment.

11:52 a.m. EDT

## Taliban releases American captive George Glezmann



Mariana Alfaro

The Taliban released an American who was being held captive in Afghanistan for 2½ years, Secretary of State Marco Rubio announced Thursday.

Delta Air Lines mechanic George Glezmann is on his way to be reunited with his wife, Rubio said in a statement. Glezmann was detained by the Taliban in December 2022 while visiting Afghanistan for five days as a tourist, according to a Senate resolution calling for his release and the James W. Foley Legacy Foundation, which campaigns for Americans held hostage or wrongly detained abroad.

In his statement, Rubio noted that Glezmann will join former prisoners Ryan Corbett and William McKenty, who were released from Afghanistan on the night of President Donald Trump's inauguration and returned home to their families.

"George's release is a positive and constructive step," Rubio said. "It is also a reminder that other Americans are still detained in Afghanistan. President Trump will continue his tireless work to free ALL."

The secretary also thanked Qatar, saying the country was instrumental in securing Glezmann's release.

11:48 a.m. EDT

## How the Justice Department is remaking itself in Trump's image

Jeremy Roebuck, Mark Berman, Perry Stein and Spencer Hsu

Pam Bondi vowed at her confirmation hearing this year that "politics will not play a part" in her time as attorney general.

Now she's leading a Justice Department more visibly aligned with the political agenda of the White House than any in recent history.

*This is an excerpt from a full story.*

**Continue reading** ›

11:43 a.m. EDT

## IRS informant on Hunter Biden gets senior investigative role at IRS

Shannon Najmabadi

An Internal Revenue Service informant who claimed Justice Department officials slow-walked his investigation into Hunter Biden's taxes was named deputy chief of the IRS's criminal investigations unit on Wednesday.

Gary Shapley and fellow IRS agent Joseph Ziegler testified before Congress about the Biden case in 2023. Both said they were retaliated against and later became witnesses in Republicans' efforts to impeach former president Joe Biden, Hunter Biden's father.

Shapley and Ziegler were named senior advisers within the Treasury Department this week. They will have a "year to investigate the wrongdoing that's going on at the IRS," Treasury Secretary Scott Bessent said in a television interview this week.

"How could this Hunter Biden nonsense have happened?" Bessent said in the interview, which was broadcast on Fox Business.

Shapley in his role as deputy chief will oversee more than 2,000 special agents investigating tax fraud and other crimes within the IRS's law enforcement arm, according to the tax agency's release. He joined the agency in 2009.

Hunter Biden pleaded guilty to tax evasion and was found guilty of gun-related charges in separate cases. Joe Biden pardoned his son before he left office.

11:34 a.m. EDT

## Hawley to introduce bill to limit reach of district court judges



Mariana Alfaro

Sen. Josh Hawley (R-Missouri) said Thursday that he will introduce legislation to restrict local district court judges' ability to issue nationwide injunctions that he said "stymie" President Donald Trump's agenda.

Hawley's move comes after U.S. District Judge James E. Boasberg temporarily halted Trump's efforts to deport migrants by plane by invoking the Alien Enemies Act — an 18th-century law previously invoked only during wartime.

Boasberg's move infuriated Trump, who has called for the judge to be impeached.

Planes deporting 137 migrants under the act landed in El Salvador after Boasberg ordered any such flights to return to the United States on Saturday, pending further legal review. The Justice Department argued Monday that none left the United States after his written ruling came through and that, in any case, the court had no jurisdiction once the aircraft flew over international waters.

Hawley, on Wednesday, criticized what his office described as a "blanket overreach of local district court judges in issuing nationwide injunctions that tie the hands of the executive branch."

Speaking to a right-wing podcast, Hawley said district courts don't have the power to "issue an order that binds the executive branch for the entire nation."

"What needs to happen is one of two things: Either the Supreme Court needs to intervene and make clear there's only one court that can issue rules for the whole country, that's the Supreme Court, that's why we only have one of them," he said. "And or, if they won't do that, Congress needs to legislate and make clear that district courts do not have the ability to issue these kinds of injunctions."

Hawley's office did not say when the senator plans to introduce legislation or whether he has co-sponsors.

---

11:31 a.m. EDT



Cat Zakrzewski

President Donald Trump remotely addressed the Digital Asset Summit in New York on Thursday, as his administration continues to pursue policies favorable to crypto companies and entrepreneurs.

"It's exciting to watch as you invent the future of finance — right here, it's going to be right here in the good old USA," said Trump, an investor in digital assets himself.

10:46 a.m. EDT

## Trump ends program millions in China use for internet, worrying Congress



Pranshu Verma

The Trump administration's move to shut down an internet freedom project that helped millions of people in China access the open web has stirred concern from lawmakers, including Republicans, who argue the nonprofit is a crucial tool to counter the rise of Beijing.

The Open Technology Fund (OTF), launched in 2012, was intended to allow people who live under repressive regimes to circumvent restrictions and access the internet.

*This is an excerpt from a full story.*

**Continue reading**

10:34 a.m. EDT

## Partial ceasefire comes with warning from Kyiv: Russia breaches deals



Adam Taylor

Russia and Ukraine have agreed to a limited ceasefire, which Kyiv said it hoped would lead to a broader peace agreement brokered by the United States. But for Ukraine, a persistent fear lingers over the process: What happens if Russia breaks its word?

*This is an excerpt from a full story.*

Continue reading ›

10:31 a.m. EDT

## House Democrats ask for review of DOGE’s actions at Homeland

## Security Department



Mariana Alfaro

House Democrats on the Homeland Security Committee, led by Rep. Bennie G. Thompson (D-Mississippi), requested Thursday that the Government Accountability Office investigate the U.S. DOGE Service's actions at the Department of Homeland Security, including mass firings and contract cancellations.

"Since hijacking the U.S. Digital Service to establish DOGE, Elon Musk's unqualified staff have fanned out across the Federal government," Thompson said in a statement Thursday. "They have embedded themselves within departments and agencies, including DHS, to seize sensitive data, purge civil servants, and gut programs with no regard to the critical services they provide everyday Americans."

In a letter to GAO Comptroller Gene L. Dodaro, the Democrats asked that the GAO assess the legality of any guidance DOGE provided DHS on how to terminate employees. They also asked that the watchdog look into which DHS information systems DOGE accessed and assess the extent to which that access complied with controls.

---

10:05 a.m. EDT

## With talk of a 51st state, a mystery: Why is Trump obsessed with Canada?



Martine Powers

As President Donald Trump argued in recent weeks — for the first time, the third time, the 10th time — to eliminate Canadian sovereignty and convert the country into America's 51st state, messages started arriving in attorney Mitchell Wine's inbox.

*This is an excerpt from a full story.*

**Continue reading ›**

9:43 a.m. EDT

## Boxer Imane Khelif not intimidated by Trump, eyes Los Angeles Olympics


Des Bieler

Algerian boxer Imane Khelif, who won a gold medal at last year's Paris Olympics amid a furor driven by false accusations that she is transgender, said she plans to defend her title at the 2028 Summer Games.

*This is an excerpt from a full story.*

Continue reading

9:14 a.m. EDT

## Analysis: Trump's move to fire Democrats puts FTC's independence in doubt

Julian Mark and Will Oremus

President Donald Trump's firing Tuesday of the two remaining Democrats on the Federal Trade Commission sparked a flood of concerns and questions from lawmakers, consumer watchdogs and legal experts. Chief among them was whether the FTC — which enforces consumer protection laws and has emerged as Big Tech's primary regulator — has lost its independence.

*This is an excerpt from a full story.*

**Continue reading ›**

8:56 a.m. EDT

## Elon Musk, once a tacit backer of DEI, now focuses on anti-White bias

Beth Reinhard, Faiz Siddiqui and Clara Ence Morse

In the spring of 2017, two months after a Black employee sued Tesla and alleged that co-workers frequently called him the n-word with impunity, chief executive Elon Musk sent out a companywide email with the subject line, "Doing the right thing."

Over the next eight years, as he became the richest man in the world, Musk shifted from a Democratic-leaning critic of Donald Trump to a Republican-friendly Trump acolyte.

*This is an excerpt from a full story.*

**Continue reading ›**

8:38 a.m. EDT

## Analysis: More than a dozen judges have said Trump and Co. probably broke the law



Aaron Blake

From the start of his second term, President Donald Trump and his administration signaled a willingness — even a *desire* — to flout the law in their quest to overhaul the federal government.

And while the wheels of justice turn slowly, less than two months later, a procession of judges have already ruled that the administration has done exactly that.

*This is an excerpt from a full story.*

**Continue reading ›**

8:17 a.m. EDT

## Republican policy plans could undercut EV industry, experts say



Nicolás Rivero

Republican plans to scrap nearly all federal support for electric vehicles could kneecap the nascent industry, auto industry experts say, just when more Americans are considering buying an EV and car companies are planning big investments.

“Everything that’s happening politically couldn’t have happened at a worse time from the point of view of EV adoption,” Ed Kim, president and chief analyst at the car market research firm AutoPacific, said in an interview.

*This is an excerpt from a full story.*

Continue reading ›

---

7:55 a.m. EDT

## Trump knocks Federal Reserve for keeping interest rates steady



Sabrina Rodriguez

President Donald Trump renewed his call on Wednesday night for the Federal Reserve to lower interest rates as he criticized the central bank’s decision to keep rates steady amid increased uncertainty over his tariff actions.

“The Fed would be MUCH better off CUTTING RATES as U.S.Tariffs start to transition (ease!) their way into the economy,” Trump wrote on Truth Social. “Do the right thing.”

Trump added: “April 2nd is Liberation Day in America!!!”

That’s the date when Trump has said he will impose new tariffs on most imports, laying the groundwork for an escalation in global economic hostilities. Many economists expect those tariffs will weigh down the economy.

Already, Trump’s tariffs on U.S. trading partners such as Canada and Mexico have sent financial markets into tumult as concerns grow over how prices will increase and worsen inflation in the United States.

Those concerns were on display in the Fed’s decision Wednesday to keep interest rates unchanged. The Fed has continued a cautious approach as Trump’s trade war has begun to thwart the independent central bank’s work to bring inflation down.

Fed Chair Jerome H. Powell said during a Wednesday news conference that tariffs are already playing a role in driving up inflation, especially among goods that households and companies purchase.

“Uncertainty around the economic outlook has increased,” the Fed said in a statement.

7:17 a.m. EDT

  Meryl Kornfield and Patrick Svitek

Sen. Bernie Sanders (I-Vermont) and Rep. Alexandria Ocasio-Cortez (D-New York) are starting a five-city tour of the West on Thursday as part of his “Fighting Oligarchy” campaign. Their first event is scheduled for 4 p.m. Eastern time in Las Vegas.

6:45 a.m. EDT

## Analysis: A Trump pick sits tight as House GOP navigates tiny

## majority

Meryl Kornfield and Patrick Svitek

Rep. Elise Stefanik has been in a strange limbo.

The New York Republican is the last Cabinet-level nominee awaiting confirmation since President Donald Trump announced in November he would nominate her as the next U.S. ambassador to the United Nations. Since the Senate Foreign Relations Committee advanced her nomination in January, Republicans have pumped the brakes on a Senate vote.

*This is an excerpt from a full story.*

**Continue reading ›**

---

6:31 a.m. EDT

## Trump to sign order aimed at closing Education Department

Laura Meckler

President Donald Trump is set to sign a much-anticipated executive order Thursday aimed at closing the Education Department, the White House said, though administration officials have acknowledged that shuttering the agency would require congressional approval.

*This is an excerpt from a full story.*

**Continue reading ›**

6:15 a.m. EDT

## Appeals court to review judge’s order barring deportations



Ann Marimow

The influential U.S. Court of Appeals for the D.C. Circuit has moved quickly to schedule oral argument for Monday in the battle over the Trump administration’s deportation of alleged Venezuelan gang members.

The administration appealed to the D.C. Circuit soon after U.S. District Court Judge James Boasberg issued an order Saturday barring the administration from using a controversial wartime authority called the Alien Enemies Act to deport migrants without the usual due process.

The Justice Department has questioned the district court’s jurisdiction to issue the order, calling it a “massive, unauthorized imposition on the Executive’s authority.” And the government took the unusual step of calling for Boasberg to be removed from the case, accusing him of micromanaging a sensitive national security matter.

Trump and his allies went further, calling for Boasberg to be impeached. That prompted a rare rebuke from Chief Justice John G. Roberts Jr., who defended the independence of the judiciary in a brief statement Tuesday.

The Justice Department's appeal will be reviewed next week by a panel made up of three judges nominated by presidents of both parties: Judges Karen Henderson, Patricia Millett and Justin Walker.

6:00 a.m. EDT

## Amtrak CEO abruptly resigns as Trump administration threatens funding cuts



Brianna Tucker

Amtrak CEO Stephen Gardner announced in a statement Wednesday he will step down from the nation's passenger and freight rail company as the Trump administration targets funding for mass transit systems and other transportation initiatives across the nation.

*This is an excerpt from a full story.*

Continue reading