# EXHIBIT 8

(Declaration of Katherine Fallow)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.<br><br>Defendants. | Case No. 25-cv-532-TNM |

**SECOND DECLARATION OF ZEKE MILLER**

Zeke Miller, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in the above-captioned matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. I am the Chief White House Correspondent for the AP. I have been employed by the AP for more than seven years, first as a White House Reporter and then White House Correspondent. I have reported on the White House and other aspects of national politics for more than 13 years.

2. From 2020 to 2021, I also served as the President of the White House Correspondents' Association ("WHCA"), a non-profit organization that exists to promote excellence in journalism as well as journalism education, and to ensure robust news coverage of the president and the presidency. Until February 25, 2025 the WHCA administered the White House press pool and coordinated and advocated for independent news coverage of presidential and vice-presidential events. Additional information about the WHCA's programs, membership, leadership, and history can be found on its website at https://whca.press/about.

**The White House Press Pool Prior To February 25, 2025**

3. Journalists and news organizations from across the country and around the world endeavor to keep their readers, listeners, and viewers as informed as possible about the President of the United States, the single-most powerful public official in the world.

4. Because the President is often in locations that can accommodate only a limited number of journalists, a smaller group of journalists, known as the White House press pool, has long accompanied the President almost everywhere he goes, including to the Oval Office and Air Force One. The press pool has thus served as the eyes and ears of fellow journalists and of the public in small yet critically important spaces.

5. The White House press pool is over a century old, and until the events at issue in this lawsuit, the AP had participated in the pool for that entire time. Indeed, as my colleague recently reported, "The first known instance of a so-called pool reporter inside the White House was in 1881 after President James A. Garfield was shot. As the chief executive lay in bed, AP reporter Franklin Trusdell sat outside his sick room, listening to him breathe and sharing updates with other correspondents." *See* Laurie Kellman, *The relationship between the White House and its press corps is time-tested — and can be contentious*, AP (Feb. 12, 2025), https://apnews.com/article/trump-gulf-mexico-america-ap-first-amendment-4304433d73ad496f5308c9666cbe8e11.

6. Prior to February 25, 2025, the White House press pool's membership had been determined, since the Eisenhower administration, by the WHCA and the press corps itself – not by the President or the White House.

7. Prior to February 25, 2025, while there were different permutations of the White House press pool depending on the nature of the event, it consisted of, at minimum, three wire

reporters (one each from the AP, Reuters, and Bloomberg), four photographers (one each from the AP, Reuters, AFP, and The New York Times), three network television journalists (from a rotating group of news organizations), a radio correspondent (also from a rotating group of news organizations), and at least one print reporter (also from a rotating group of news organizations).

8. When White House officials opened limited spaces such as the Oval Office or Air Force One, they generally first provided access to the entire press pool, plus additional journalists if space permits.

9. In circumstances when severe logistical constraints further restricted the number of journalists who could enter a limited space, a subset of the White House press pool – again selected by the WHCA, not the White House – accompanied the President. For example, when President Biden made a secret trip to Kyiv in 2023, two press pool journalists – including an AP photographer – accompanied him and reported on the events. A limited pool also accompanied President Trump on his secret trip from Palm Beach to Joint Base Andrews to begin a secret trip to Afghanistan in 2019.

10. When AP text journalists covered presidential events, they were able to send wire reports out instantaneously to the AP's global readership. When they did so as part of the press pool, there were no customs, expectations, or requirements that the AP's text journalists share the information they gathered with other press pool members. To the contrary, AP text journalists have vigorously competed with the other wire service pool journalists to provide the fastest and most accurate news reporting at the very moment that the event was happening.

11. Of the 13-member pool, the designated "print pooler" was the only journalist who, according to WHCA rules, was obligated to or regularly did share information with the rest of the pool and the press corps. Since the February 25, 2025 takeover by the White House, the

print pool report remains the only freely and widely disseminated pool product. The journalists in the other 12 slots, including the wire service slots that previously included the AP, only freely share information to participants in their rotations – if applicable – or as part of licensing agreements.

12. A list of the various permutations of the press pool, with descriptions of each that I have prepared based on information available on the WHCA website and my own personal knowledge, is attached as Exhibit A.

13. The three wire services were granted permanent pool status by the WHCA because they were viewed as an essential source of news not only for other outlets at the White House, but also for a larger number of news outlets that could not afford the substantial costs to provide regular coverage of the presidency, and for those news outlets' readers and viewers.

14. The AP and other wire services maintained their high standards for speed, accuracy, and context in reporting on presidential events in large part because they relied on their own staffers in the pool. The AP's members, clients, and subscribers could therefore have high confidence in the quality of the AP's reporting in a breaking news situation and then choose whether to write their own version of a story after receiving the pool report.

**The White House's Denial of Access**

15. As a White House correspondent, I have a "hard pass" credential that permits me to freely enter certain areas of the White House, including the James S. Brady Press Briefing Room, and the AP's workspace located to the rear of the Briefing Room.

16. On the morning of February 11, 2025, shortly after I entered the White House to begin my work there for the day, White House Press Secretary Karoline Leavitt summoned me to her office.

17. Leavitt told me that AP journalists would not be permitted in the Oval Office as press pool members until and unless the AP revised its Stylebook to refer to the body of water known for hundreds of years as the Gulf of Mexico as the Gulf of America.

18. The only reason that Leavitt provided to me for this decision was to compel the AP to change the language of its reporting, which she said was at President Trump's direction.

19. Leavitt did not object to any other conduct by AP journalists.

20. The AP declined to reverse this editorial decision in response to Leavitt's February 11 demand.

21. White House staff subsequently barred one of my colleagues, an AP print journalist, from attending the signing of a presidential executive order and press conference with Elon Musk in the Oval Office, which was open to the press pool. Another of my colleagues, an AP photographer, was allowed to attend the event, which was otherwise open to the press pool.

22. That night, another AP reporter was barred from an event in the Diplomatic Reception Room, open to the press pool, as the President welcomed home an American freed in a prisoner exchange with Russia. The AP's photographer was not banned.

23. The access denials continued when, on February 13, 2025, I was barred from an Oval Office event with President Trump and Indian Prime Minister Narendra Modi, which was open to the White House pool and the Indian delegation press pool. I subsequently was barred from a White House East Room press conference held by the two leaders, which was open to other pool members and journalists with White House press credentials.

24. I had the night before received an invitation sent to White House-credentialed journalists to sign up to attend that February 13 East Room event, and I promptly signed up to

indicate that I would attend. On the day of the event, however, I was barred from entering the East Room. The East Room is one of the largest event spaces in the White House complex.

25. I understand at least one other journalist from another news organization who did not sign up in advance was admitted to the East Room.

26. After the White House's February 14 public statement banning AP reporters and photographers from "limited spaces," my colleagues and I have been and continue to be barred from participating in the White House press pool and from covering events that are open to all White House credentialed journalists. The spaces from which AP has been banned include not only physically small locations, such as the Oval Office and Air Force One, but also some of the largest rooms in the White House, such as the East Room.

27. The White House even banned an AP photographer from covering the arrival of Air Force One at Palm Beach International Airport, even though the event was open to other credentialed media, and despite there being no space constraints whatsoever on the airport tarmac.

28. A list of the events that AP White House journalists have been barred from covering since February 11, 2025, is attached as Exhibit B.

29. At each published "call time" or "gather time" for the White House press pool, AP journalists have presented themselves to join their colleagues from other outlets in coverage of the President, only to be excluded by White House Press Office staff members.

30. Being unable to attend and observe presidential events firsthand has meant that AP text reporters cannot report on key in-the-room context, such as the President's demeanor, appearance, tone, or expressions, and publish breaking news with that additional context in real time. Instead, the AP's text reporters – and by extension hundreds of other news outlets and

billions of readers around the world – must often wait for the print pool reports or the network television transmission to get out the news, and the AP's reporters are limited in their reporting based on the aperture of the camera's lens or a third party's sometimes limited perception.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/3/2025

Signed by:
Zeke Miller
5397895AE85141C...

Zeke Miller

# Exhibit A

**Types of Pools**

The WHCA-run pool includes wire and print reporters, TV, radio and photojournalists. The size and composition depend on where the President is.

**In-town travel pool** – 14 members – Covers the President off-campus within driving distance, for instance when he goes to the Capitol or Walter Reed, or goes out to dinner. The pool includes writers from the Print Pool, AP, Reuters and Bloomberg; six photographers (AP, Reuters, AFP, NYT, Getty, photo agency); radio; and a network TV crew and correspondent. (Getty added to photo contingent in January, 2025, raising the total to 14.)

**In-house pool** – ~21 members – (Often referred to as "Expanded in-house pool") – In-town pool plus reporters from foreign press, AFP and Dow Jones, as well as a second network television crew for the "cuts" angle, and potentially additional photographers. Used for most on-campus pool events.

**In-Town Print Pool Rotation** – 32 outlets as of February 2025. Open to US print outlets that regularly cover the White House, have the proper credentials, and demonstrate a commitment to the beat and to journalistic standards. Poolers are responsible for filling every assigned shift, even on holidays, and agree to abide by WHCA guidelines.

**Domestic Travel Pool** (Often referred to as "Out-of-Town Pool" or "Out -of-Town Travel Pool") – The 13-person group that travels with the President outside the capital region. Sometimes referred to as the "protective pool," because

Air Force One has 13 seats allocated to the press. The WHCA has allocated them to three wire reporters (AP, Reuters and Bloomberg), four photographers (AP, Reuters, AFP and New York Times), three from network TV, a radio correspondent, and two print reporters (in the Print and WHCA seats). Each outlet pays the full cost of travel, except for the Print seat, where costs for each trip are shared 15 ways by the 16 members of that rotation (two outlets share one slot).

Six larger print pool outlets share the WHCA seat (formerly the "Magazine" seat), providing additional opportunities to be in the pool.

**Foreign Travel Pool** – The 13-person group that travels with the President outside the country. Also sometimes referred to as the "protective pool**."** Same composition as the Domestic Travel Pool except that only seven Print outlets participate, and costs are not split.

**Supplemental Pool** – Eligible to volunteer when poolers are needed to cover the Vice President or First Lady, including when they travel, and whenever extra poolers are needed. Outlets in any print pool are always eligible to volunteer. Other outlets, print and non-print, may join this pool, on approval by the WHCA board. A year of supplemental pooling is required before consideration for membership in the Print Pool.