# EXHIBIT 9

(Declaration of Katherine Fallow)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * | ) | |
| ASSOCIATED PRESS, | ) | Civil Action |
| | ) | No. 25-00532 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TAYLOR BUDOWICH, et al., | ) | Washington, D.C. |
| | ) | March 27, 2025 |
| Defendants. | ) | 9:38 a.m. |
| | ) | |
| * * * * * * * * * * * * * * * * | ) | |

TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
BEFORE THE HONORABLE TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:

CHARLES D. TOBIN, ESQ.
MAXWELL S. MISHKIN, ESQ.
BALLARD SPAHR, LLP
1909 K Street, Northwest
Twelfth Floor
Washington, D.C. 20006

SASHA DUDDING, ESQ.
BALLARD SPAHR, LLP
1675 Broadway
19th Floor
New York, New York 10019

FOR THE DEFENDANTS:

BRIAN P. HUDAK, ESQ.
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
601 D Street, Northwest
Washington, D.C. 20530

REPORTED BY: LISA EDWARDS, RDR, CRR
Official Court Reporter
United States District Court for the District of Columbia
333 Constitution Avenue, Northwest
Room 6706
Washington, D.C. 20001
(202) 354-3269

I'm always looking for. And I rely on Zeke and those guys to help me out because, you know, I'm pretty focused on what's going on in front of me and I'm pretty good about my news judgment but, you know, those guys are far superior than I am.

BY MR. TOBIN:

Q. And how many photographs might you take at a given event?

A. I always joke. I say, if it's a good event, you know, hundreds. If it's a bad event, thousands. It's just to try to get the right ones.

Q. Understood.

Do the photographs that you take only have value that day?

A. Absolutely not, sir. It's important that I'm gathering a historical record. The AP has a wide global reach. So if I am a photo editor in Des Moines or if I'm a photo editor in Los Angeles or if I'm a photo editor, you know, in Europe somewhere, I would expect that the Associated Press provides a broad edit of things that are happening that day.

So it's not just like -- you know, their news needs are very different. Right? So I'm expected to give you a wide variety of photographs, and those photographs are not only good for the news of the day, but those photographs are good down the line in future stories you might be

working on.

So today, I might take a picture of some guy in the corner and, you know, a week or two later, I find out that that's very important, who that person is and why that person was in the Oval. But at the time, I might not know who they are or what they're doing. But like I said, sometimes it just goes off in my head: Hey, I need a picture of that guy.

Q. And when you're taking pictures at an event, what's happening with those photos after you take them?

A. Yes, sir. So the name of the game in photojournalism now is speed. It's all about speed. So if I'm late, a minute or two or three minutes, on a big story, I'm dead in the water. It's pointless actually, sir.

So if my competitors can get an image out a minute before me or three minutes before me on a major story, then I might as well delete my entire take because it's worthless.

So with that said, what I'm doing is I'm hard-wired directly into a transmission device, a MiFi. It's like, you know, a portable internet, a MiFi device.

So I'm hard-wired directly into the MiFi device. And then I will take an image and I'll look through my camera and I'll pick the image that I really like and I'll send it to my editor. So by the time -- when I take an

image, by the time I take it, it goes to my editor and is on the wire, the AP wire, it could be, you know, a minute or two. It's basically realtime.

So -- and that speed is vitally important for our clients and, like -- speed is so important, sir, that I carry three devices with me for transmission purposes. And the reason I do is one is on the T-Mobile network, one is on a Verizon network and one is on an AT&T network. It's not that I like carrying all this crap. It's that, you know, I have to send these photos out or -- sorry, sir. You know, I have to send those photos out quickly. So the biggest stress of my entire job is getting pictures out quickly to my editors.

Q. Do you carry a cellphone into the Oval Office?

A. Of course. Yes, sir.

Q. Do you monitor your cellphone?

A. Absolutely, yeah, because I'll get text messages from an editor or a reporter or someone telling me, Hey, I need a photo of this. Can you give me this? I need -- you know, or they'll be like, What are you doing, man? Like, get it together; take better pictures.

Q. Do you ever see the photos that you have just taken posted on your phone?

A. Sure. Yeah. Yeah. Of course.

Q. So it's that instantaneous --

A. Yeah. Yeah.
Q. -- while the event is still going on, you're posting photos and you're seeing them in realtime?
A. Yeah. Yeah, of course. And not only that; if it's a big event and -- I know pretty instantly whether or not I'm going to have a good day or a bad day, because if I see a website -- a news website that has someone else's photo, I'll be, like, Oh, man.
But it's that fast. Yes, sir.
Q. And --
THE COURT: So I've got a question.
You're describing sending photos that are going online simultaneously. My guess is your print journalist colleague is not also sending stories simultaneously.
THE WITNESS: So I can't speak to that, because I don't know, like, what they do, or I couldn't do what they do.
But that's not entirely true, sir. If there's huge news, they'll send, like, an alert. And they also will send a text message to an editor that they're working with so they can send out alerts in realtime. So -- and it's really, really important that it's quick.
So if we hear something about, like, tariff news or something else that the president says that's, you know, big news, you know, those guys have to get that out

immediately. And they have to be in the room to -- to do that. They can't rely on, like, someone else.

So -- I think Zeke will speak to this, but since you asked the question, I'll give you my little take. If our journalist isn't in the room and the president says something about tariffs or some major news, well, then, our reporters are going to have to wait until the meeting in the Oval Office ends. Then it goes to get played out on a television monitor for everyone to see. So by the time he says it and, you know, when we can report that news, it could be, you know, 30, 40 minutes. So we're that far behind our competitors.

Does that make sense, sir?

THE COURT: I guess I was saying just -- kind of a year ago, you and your colleague are both wherever; you can send things out almost immediately.

THE WITNESS: Yes, sir.

THE COURT: I wouldn't think the story is going out that quickly.

THE WITNESS: Yeah. But there's quotes that go out that quickly that can be added to a story.

THE COURT: Okay.

THE WITNESS: But, sir, I'm, like, the wrong person to ask about that. Zeke will be able to answer those questions for you.

MR. TOBIN: Mr. Miller will be the next witness, your Honor.

THE COURT: Okay.

BY MR. TOBIN:

Q. So, Mr. Vucci, you touched on this a little bit. To put a fine point on it, if there are two or three other photographers in the room at the Oval Office, why does it matter whether the AP is there?

A. Well, so --

Q. Or does it matter?

A. It matters greatly, because -- speed, number one. We don't want to rely on someone else that -- where speed isn't their main, you know, issue. So speed.

The -- communication. They might not be looking for what we need for the day. They might not be giving a broad edit of everything that we need or our clients need. We're not only serving, like I said -- we are serving, like -- I think 4 billion people or something like that see our news. So it's vitally important than an AP photographer is in that room.

And, you know, here's the other thing I'd say: You know, there's a reason that you're an AP photographer. There's a reason that you're selected. There's a reason that you got that job. We are -- I mean, I will say, because I'm a company guy, but it's the gold standard of