# EXHIBIT 10

(Declaration of Katherine Fallow)

The New York Times https://www.nytimes.com/2017/07/17/insider/presidential-travel-protective-press-pool.html

# When the President Travels, Who's Allowed to Join Him?

**By Alexandria Symonds**

July 17, 2017

When the president goes on a trip, he takes a varied entourage. A group of his senior aides accompanies him, usually including national security, domestic or economic advisers, speechwriters and others, depending on the length of the trip and its purpose. But 13 members of the news media, known as the protective press pool, also take seats on Air Force One, representing the worlds of wire services, print newspapers, news sites, broadcast television and radio, as well as photographers.

In the Washington news media's often contentious battle for scoops, the press pool represents a kind of sportsmanship by necessity. Only a few seats can be spared on the plane, so the print and television poolers must represent the entirety of their disciplines and send out a series of short, to-the-point reports throughout the trip to those not on it. The White House Correspondents' Association manages a rotation of news organizations that travel at their own cost, and it is explicitly understood that the poolers must share all the material they gather, without keeping anything they've seen or heard for an exclusive story.

"Pool duty is kind of the ultimate mixed blessing," said Mark Landler, who has been a White House correspondent for The Times since 2011. It offers close access to the president, but it can be stressful: Poolers are expected to quickly send their reports to 10,000 people or more, usually via iPhone, and the accuracy of quotations and descriptions in those reports is paramount.

"And you're often doing it in very difficult circumstances," Mr. Landler said. "Getting in and out of motorcades, sometimes climbing in and out of helicopters, rushing to finish the pool report before you get on Air Force One."

The term "protective press pool" is literal. "You need a record of the president's travels, for a couple of reasons. One is the basic question of making sure he arrived safely wherever he was going," Mr. Landler said. "You always want to have reporters and camera people close to him, because it's history."

And there is further value to the White House in allowing reporters along. Since the pool was established, during the Dwight D. Eisenhower administration, its presence has also allowed the president to react quickly to events while traveling. Plus, "on every trip the president makes, he has certain messages he's trying to broadcast, and the pool reporters are the first people and the closest people to him that can help the White House get those messages out," Mr. Landler said.

On President Trump's trip to Paris last week, Maggie Haberman, a White House correspondent for The Times, acted as the print pooler, sending 20 emails to the rest of the print news media over the course of the day and a half she spent with the president in the air and on the ground in France.

As often happens with this administration, the trip did not go entirely according to plan.

During a flight, the president occasionally goes to the press cabin in the back of the plane to chitchat with reporters. As a matter of custom, these interactions are usually off the record and stick mainly to pleasantries, wrapping up in less than half an hour. Indeed, Sarah Huckabee Sanders, the principal deputy White House press secretary, specified that the conversation was off the record before the president's visit to the pool area last week.

But on the way to Paris last Wednesday night, Mr. Trump stuck around much longer than expected, spending more than an hour talking with reporters before returning to his private area, which led to some confusion over which of his comments had been suitable for dissemination.

The next day, at his first "bilat" (an abbreviation of "bilateral talk") with the French president, Emmanuel Macron, Ms. Haberman tried to ask a question. In response, "Trump called out to me, asking why I didn't use what he had said the night before," Ms. Haberman said by email. "I explained it was off the record; he said, 'No, you can use it.' It was clear later he had thought he was on record for most of it, and his press aides wanted it off."

**Sign up for the Backstory newsletter.** Your inside look at the decision-making, tough calls and challenges behind New York Times journalism. Get it sent to your inbox.

Thinking it was off the record, Ms. Haberman and her colleagues in the pool had not prepared stories about what Mr. Trump had said. "Then ensued a medium-sized fight

with the press staff about how much would be released," she said. "The parts where he specified at the time 'off-the-record' were kept off, and we agreed to that."

The White House, which had a stenographer on the plane, gave the pool a transcript, but omitted two crucial quotations — one about the Deferred Action for Childhood Arrivals immigration program, the other about his son Donald Trump Jr.'s recently revealed meeting with a Russian lawyer last summer. After asking the White House to amend the transcript to include the comments, Ms. Haberman supplemented it with her own notes.

The trajectory of the relationship between the Trump White House and the press has never been clear-cut. "It was an open question at the beginning how a lot of this would operate, because the Trump campaign had had such antagonistic relations with the press," Mr. Landler said. "The press corps worried, early on, about everything: the weekly briefing, the setup of the briefing room, the workspace that we have at the White House and the rotating pool system. All of those things were initially up in the air."

Although the press pool tradition has continued under the current administration, it has been accompanied by more restrictive conditions than under Mr. Trump's predecessors. Mr. Landler noted, for instance, that the president's frequent weekend golf trips have become an issue. "The White House almost never tells the pool what he's doing when you're sitting for four and a half hours at his own golf club, and they never put out the list of people that he's playing golf with," Mr. Landler said. The Obama administration, by contrast, "used to confirm he was playing golf, and usually give you a list of his partners."

When the president's press office does offer information from a trip directly, it falls to the press pool to keep its veracity in check. On last week's trip to Paris, after the White House released a transcript of Mr. Trump's comments aboard Air Force One, Ms. Haberman fielded multiple questions about a particular word included in it. Eventually, enough people asked about the word that Ms. Haberman wrote a separate pool report to clarify the White House stenographer's mistake.

"A number of you have asked me about whether POTUS said 'cray' or if it was a typo and was actually 'crazy.' It was a typo. He did not say 'cray,'" Ms. Haberman wrote. "Have a good night."

Follow Times Insider on Twitter.

---

A version of this article appears in print on , Section A, Page 2 of the New York edition with the headline: What Is the Protective Press Pool?