# EXHIBIT 12

(Declaration of Katherine Fallow)



Boo

Factbase

**Donald J. Trump**

Transcripts | **White House Calendar** | White House Calendar Map | White House Press Releases

## President's Public Schedule

Schedule updates at midnight Eastern Time, or when pushed out via social media, whichever is earlier. Calendar maintained in U.S.

< Previous Month | September 2026 | Next Month >

Press Briefing | Official Schedule | Pool Call Time | @POTUS_Schedule | Pool Report | Axios

### **Wednesday,** September 30, 2026

8:00 AM
The President participates in Executive Time
The White House | Closed Press

9:00 AM
In-Town Pool Call Time
The White House | In-Town Pool

11:00 AM
The President participates in a Policy Meeting
Oval Office | Closed Press

11:26 AM
White House Press Office: Lunch lid until 12:15 PM
The White House

1:00 PM

The President hosts a Hispanic Heritage Month Celebration
Full Text and Analysis
East Room · Pre-Credentialed Media

3:30 PM

The President makes an Announcement with the Secretary of Commerce
Full Text and Analysis
Oval Office · White House Press Pool

5:00 PM

The President participates in a Policy Meeting
Oval Office · Closed Press

6:01 PM

White House Press Office: Travel/Photo lid called
The White House

## **Tuesday,** September 29, 2026

TBD: The President departs the White House en route Andrew W. Mellon Auditorium
The White House · In-Town Travel Pool

TBD: The President arrives Andrew W. Mellon Auditorium
Andrew W. Mellon Auditorium · In-Town Travel Pool

TBD: The President departs Andrew W. Mellon Auditorium en route the White House
Andrew W. Mellon Auditorium · In-Town Travel Pool

TBD: The President arrives the White House
The White House · In-Town Travel Pool

8:00 AM

The President participates in Executive Time
The White House · In-Town Travel Pool

9:00 AM

In-Town Pool Call Time
The White House · In-Town Pool

9:52 AM

The President departs The White House en route to Andrew W. Mellon Auditorium
The White House

9:55 AM
The President arrives at Andrew W. Mellon Auditorium
Andrew W. Mellon Auditorium

10:00 AM
The President makes an announcement on America.gov
Full Text and Analysis
Andrew W. Mellon Auditorium In-Town Travel Pool

10:49 AM
The President departs Andrew W. Mellon Auditorium en route to The White House
Andrew W. Mellon Auditorium

10:54 AM
The President arrives at The White House
The White House

12:30 PM
The President participates in a Meeting and Luncheon on Super Intelligence
Full Text and Analysis
East Room Closed Press

2:48 PM
White House Press Office: Lunch lid until 3:45 PM
The White House

3:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

3:34 PM
Brooke Rollins briefs reporters at The Sticks
Full Text and Analysis
The Sticks - The White House

3:40 PM
The President joins a post-AI luncheon gaggle outside the White House
Full Text and Analysis
The Sticks - The White House

4:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

5:00 PM
The President signs Executive Orders
Oval Office Closed Press

6:05 PM
White House Press Office: Travel/Photo lid called
The White House

**Monday,** September 28, 2026

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-House Pool

11:00 AM
The President participates in a Policy Meeting
The White House Closed Press

12:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

12:37 PM
White House Press Office: Lunch lid until 1:30 PM
The White House

1:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

2:00 PM
The President makes an announcement
Full Text and Analysis
Oval Office Closed Press

6:00 PM
White House Press Office: Travel/Photo lid called
The White House

## **Sunday,** September 27, 2026

TBD: The President departs the White House en route Medinah, Illinois
The White House · Open Press

TBD: The President arrives Medinah, Illinois
Medinah Country Club, Medinah, IL · Out-of-Town Travel Pool

TBD: The President departs Medinah, Illinois en route the White House
Medinah Country Club, Medinah, IL · Out-of-Town Travel Pool

TBD: The President arrives the White House
Medinah Country Club, Medinah, IL · Open Press

7:35 AM — Out-of-Town Travel Pool Call Time
Joint Base Andrews · Out-of-Town Travel Pool

8:00 AM — The President participates in Executive Time
The White House · Pre-Credentialed Media

8:41 AM — The President departs The White House en route to Joint Base Andrews
Full Text and Analysis
The White House

8:48 AM — The President arrives at Joint Base Andrews
Joint Base Andrews

9:04 AM — The President departs Joint Base Andrews for O'Hare International Airport, Chicago
Joint Base Andrews

10:38 AM — The President arrives at O'Hare International Airport, Chicago [9:38 AM Local]
O'Hare International Airport, Chicago

| | |
|---|---|
| 10:50 AM | The President departs O'Hare International Airport, Chicago en route to Medinah Country Club, Medinah, IL [9:50 AM Local]<br>O'Hare International Airport, Chicago |
| 11:15 AM | The President arrives at Medinah Country Club, Medinah, IL [10:15 AM Local]<br>Medinah Country Club, Medinah, IL |
| 11:30 AM | The President attends the President's Cup [10:30 AM Local]<br>Medinah Country Club, Medinah, IL Open Press |
| 11:30 AM | The President is introduced at the Presidents Cup [10:30 AM]<br>Medinah Country Club, Medinah, IL |
| 6:58 PM | The President departs Medinah Country Club, Medinah, IL en route to O'Hare International Airport, Chicago [5:58 PM Local]<br>Medinah Country Club, Medinah, IL |
| 7:20 PM | The President arrives at O'Hare International Airport, Chicago [6:20 PM Local]<br>Full Text and Analysis<br>O'Hare International Airport, Chicago |
| 7:38 PM | The President departs O'Hare International Airport, Chicago for Joint Base Andrews [6:38 PM Local]<br>O'Hare International Airport, Chicago |
| 9:06 PM | The President arrives at Joint Base Andrews<br>Full Text and Analysis<br>Joint Base Andrews |
| 9:28 PM | The President departs Joint Base Andrews en route to The White House<br>Joint Base Andrews |
| 9:36 PM | The President arrives at The White House<br>Full Text and Analysis<br>The White House |
| 9:46 PM | White House Press Office: Travel/Photo lid called |

The White House

**Saturday,** September 26, 2026

TBD: The President departs the White House en route Knoxville, Tennessee
The White House · Open Press

TBD: The President arrives Knoxville, Tennessee
Neyland Stadium, Knoxville, TN · Pre-Credentialed Media

TBD: The President departs Knoxville, Tennessee en route the White House
Neyland Stadium, Knoxville, TN · Out-of-Town Travel Pool

TBD: The President arrives the White House
The White House · Open Press

2:28 AM
The President arrives at McGhee Tyson Airport, Alcoa, TN
McGhee Tyson Airport, Alcoa, TN

8:00 AM
The President participates in Executive Time
The White House · Pre-Credentialed Media

8:30 AM
Out-of-Town Travel Pool Call Time
Joint Base Andrews · Out-of-Town Travel Pool

9:00 AM
In-Town Pool Call Time
The White House · In-Town Pool

9:57 AM
The President departs The White House en route to Joint Base Andrews
Full Text and Analysis
The White House

10:05 AM
The President arrives at Joint Base Andrews
Joint Base Andrews

10:24 AM
The President departs Joint Base Andrews for McGhee Tyson Airport, Alcoa, TN

Joint Base Andrews

11:27 AM

The President arrives at McGhee Tyson Airport, Alcoa, TN

McGhee Tyson Airport, Alcoa, TN

11:43 AM

The President departs McGhee Tyson Airport, Alcoa, TN en route to Neyland Stadium, Knoxville, TN

McGhee Tyson Airport, Alcoa, TN

11:59 AM

The President arrives at Neyland Stadium, Knoxville, TN

Neyland Stadium, Knoxville, TN

12:00 PM

The President attends the University of Tennessee vs. University of Texas College Football Game

Full Text and Analysis

Neyland Stadium, Knoxville, TN Open Press

2:07 PM

The President departs Neyland Stadium, Knoxville, TN en route to McGhee Tyson Airport, Alcoa, TN

Neyland Stadium, Knoxville, TN

2:40 PM

The President departs McGhee Tyson Airport, Alcoa, TN for Joint Base Andrews

McGhee Tyson Airport, Alcoa, TN

3:30 PM

The President participates in a Print Interview [Note: Interview with Eric Cortellessa and Sam Jacobs, Time Magazine]

Full Text and Analysis

Oval Office Closed Press

3:45 PM

The President arrives at Joint Base Andrews

Joint Base Andrews

4:05 PM

The President departs Joint Base Andrews en route to The White House

Joint Base Andrews

4:14 PM

The President arrives at The White House

The White House

4:25 PM

White House Press Office: Travel/Photo lid called
The White House

## **Friday,** September 25, 2026

TBD: The President and the First Lady depart the White House en route the National Archives
The White House · In-Town Travel Pool

TBD: The President and the First Lady arrive the National Archives
National Archives · Pre-Credentialed Media

TBD: The President and the First Lady depart the National Archives en route the White House
National Archives · In-Town Travel Pool

TBD: The President and the First Lady arrive the White House
The White House · In-Town Travel Pool

8:00 AM

The President participates in Executive Time
The White House · Closed Press

9:00 AM

In-Town Pool Call Time
The White House · In-Town Pool

10:30 AM

The President and The First Lady greet the President of the People's Republic of China and Madame Peng
Full Text and Analysis
South Portico · White House Press Pool

10:35 AM

The President and The First Lady participate in a Tea with the President of the People's Republic of China and Madame Peng
Full Text and Analysis
The White House · Pre-Credentialed Media

11:30 AM

The President and The First Lady participate in a Site Visit with the President of the People's Republic of China and Madame Peng
Full Text and Analysis

The White House In-Town Travel Pool

11:44 AM
The President departs The White House en route to the National Archives
The White House

11:51 AM
The President arrives at National Archives
National Archives

12:08 PM
The President departs National Archives en route to The White House
National Archives

12:13 PM
The President arrives at The White House
The White House

12:29 PM
White House Press Office: Lunch lid until 1:30 PM
The White House

2:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

4:30 PM
The President participates in Signing Time
Oval Office Closed Press

5:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

5:49 PM
White House Press Office: Travel/Photo lid called
The White House

**Thursday,** September 24, 2026

8:00 AM
The President participates in Executive Time
The White House | Closed Press

9:00 AM
In-Town Pool Call Time
The White House | In-Town Pool

10:00 AM
The President and The First Lady greet the President of the People's Republic of China and Madame Peng
South Portico | White House Press Pool

10:10 AM
The President and The First Lady participate in an Arrival Ceremony with the President of the People's Republic of China and Madame Peng
Grand Foyer | White House Press Pool

10:15 AM
The President and the President of the People's Republic of China deliver Remarks
Full Text and Analysis
Grand Foyer | White House Press Pool

10:30 AM
The President and The First Lady participate in a Gift Exchange with the President of the People's Republic of China and Madame Peng
Full Text and Analysis
Blue Room | Closed Press

10:40 AM
The President and The First Lady participate in a Silent Drill Platoon Review with the President of the People's Republic of China and Madame Peng
South Portico | White House Press Pool

11:00 AM
The President and The First Lady participate in a Military Review with the President of the People's Republic of China and Madame Peng
Rose Garden | Pre-Credentialed Media

11:30 AM
The First Lady and Madame Peng participate in a Cultural Visit at the Smithsonian National Museum of Asian Art
Oval Office | Pre-Credentialed Media

12:00 PM

The President participates in an Expanded Bilateral Meeting with the President of the People's Republic of China
Full Text and Analysis
Cabinet Room · Closed Press

1:55 PM

White House Press Office: Lunch lid until 3:00 PM
The White House

2:00 PM

The President receives his Intelligence Briefing
The White House · Closed Press

3:30 PM

The President participates in a Policy Meeting
Oval Office · Closed Press

5:02 PM

White House Press Office: Dinner lid until 6:15 PM
The White House

6:45 PM

The President and The First Lady greet the President of the People's Republic of China and Madame Peng
North Portico · Pre-Credentialed Media

7:55 PM

The President and the President of the People's Republic of China deliver Remarks
Full Text and Analysis
East Room · White House Press Pool

8:10 PM

The President and The First Lady participate in a State Dinner with the President of the People's Republic of China and Madame Peng
East Room · Closed Press

9:37 PM

White House Press Office: Travel/Photo lid called
The White House

## **Wednesday,** September 23, 2026

TBD: The President departs the White House en route Joint Base Andrews
The White House · Open Press

TBD: The President arrives Joint Base Andrews
Joint Base Andrews Pre-Credentialed Media

TBD: The President departs Joint Base Andrews en route the White House
Joint Base Andrews Pre-Credentialed Media

TBD: The President arrives the White House
The White House Open Press

12:14 AM
The President departs Joint Base Andrews en route to The White House
Joint Base Andrews

12:22 AM
The President arrives at The White House
The White House

12:34 AM
White House Press Office: Travel/Photo lid called for September 22, 2026
The White House

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-Town Pool

11:00 AM
The President participates in a Policy Meeting
The White House Closed Press

12:06 PM
White House Press Office: Lunch lid until 1:00 PM
The White House

12:30 PM
The President participates in a Policy Meeting
The White House Closed Press

2:30 PM
The President participates in a Policy Meeting
The White House Closed Press

4:43 PM

The President departs The White House en route to Joint Base Andrews
The White House

4:54 PM

The President arrives at Joint Base Andrews
Joint Base Andrews

6:00 PM

The President participates in an Arrival Ceremony with the President of the People's Republic of China
The White House Open Press

6:19 PM

The President departs Joint Base Andrews en route to The White House
Joint Base Andrews

6:28 PM

The President arrives at The White House
Full Text and Analysis
The White House

6:43 PM

White House Press Office: Travel/Photo lid called
The White House

**Tuesday,** September 22, 2026

TBD: The President and the First Lady depart Trump Tower en route the United Nations General Assembly
Trump Tower Out-of-Town Travel Pool

TBD: The President and the First Lady arrive to the United Nations General Assembly
United Nations Open Press

TBD: The President departs the United Nations General Assembly en route Trump Tower
United Nations Out-of-Town Travel Pool

TBD: The President arrives Trump Tower
Trump Tower Out-of-Town Travel Pool

TBD: The President departs Trump Tower en route Lotte Palace Hotel

Trump Tower Out-of-Town Travel Pool

TBD: The President arrives Lotte Palace Hotel
Lotte New York Palace Hotel Out-of-Town Travel Pool

TBD: The President departs New York, New York en route the White House
Lotte New York Palace Hotel Out-of-Town Travel Pool

TBD: The President arrives the White House
The White House Open Press

7:00 AM
Out-of-Town Travel Pool Call Time
Trump Tower Out-of-Town Travel Pool

8:00 AM
The President participates in Executive Time
Trump Tower Open Press

9:40 AM
The President arrives at the United Nations
Full Text and Analysis
United Nations

9:55 AM
The President delivers Remarks
Full Text and Analysis
United Nations Pre-Credentialed Media

10:40 AM
The President participates in a Trilateral Signing Event with the Prime Minister of Denmark and the Prime Minister of Greenland
Full Text and Analysis
United Nations Out-of-Town Travel Pool

11:45 AM
The President participates in a Bilateral Meeting with the Prime Minister of the United Kingdom of Great Britain
Full Text and Analysis
United Nations Out-of-Town Travel Pool

12:30 PM
The President participates in a Bilateral Meeting with the Prime Minister of Japan
Full Text and Analysis
United Nations Out-of-Town Travel Pool

12:45 PM
The First Lady delivers Remarks on Expanding Fostering the Future Together
Full Text and Analysis
United Nations · Pre-Credentialed Media

1:15 PM
The President participates in a Bilateral Meeting with the President of Ukraine
Full Text and Analysis
United Nations · Out-of-Town Travel Pool

2:15 PM
The President participates in a Shield of the Americas Event
Full Text and Analysis
United Nations · Out-of-Town Travel Pool

2:45 PM
The President participates in a Multilateral Meeting with the Gulf Cooperation Council
Full Text and Analysis
United Nations · Out-of-Town Travel Pool

4:01 PM
The President departs the United Nations en route to Trump Tower
United Nations

4:22 PM
The President arrives at Trump Tower [Note: Time is approximate]
Trump Tower

4:22 PM
White House Press Office: Dinner lid until 6:30 PM
Trump Tower

7:01 PM
The President departs Trump Tower en route to Lotte New York Palace Hotel
Trump Tower

7:15 PM
The President participates in an UNGA Leaders' Reception
Lotte New York Palace Hotel · Closed Press

7:22 PM
The President arrives at Lotte New York Palace Hotel
Lotte New York Palace Hotel

7:40 PM
The President participates in a Pull-Aside Meeting with the Acting President of Venezuela
Lotte New York Palace Hotel · Closed Press

9:00 PM
The President participates in a Pull-Aside Meeting with the President of the Republic of Korea [Note: time is approximate]
Lotte New York Palace Hotel · Closed Press

10:19 PM
The President departs Lotte New York Palace Hotel en route to Downtown Manhattan Heliport, NY
Lotte New York Palace Hotel

10:39 PM
The President arrives at Downtown Manhattan Heliport, NY
Downtown Manhattan Heliport, NY

10:40 PM
In-Town Pool Call Time
The White House · In-Town Pool

10:43 PM
The President departs Downtown Manhattan Heliport, NY en route to John F. Kennedy International Airport
Downtown Manhattan Heliport, NY

10:59 PM
The President arrives at John F. Kennedy International Airport
John F. Kennedy International Airport

11:14 PM
The President departs John F. Kennedy International Airport for Joint Base Andrews
John F. Kennedy International Airport

11:54 PM
The President arrives at Joint Base Andrews
Joint Base Andrews

**Monday,** September 21, 2026

TBD: The President departs the White House en route New York, New York
The White House | Open Press

TBD: The President arrives New York, New York
Downtown Manhattan Heliport, NY

8:00 AM
The President participates in Executive Time
The White House | Closed Press

9:00 AM
In-Town Pool Call Time
The White House | In-Town Pool

10:30 AM
The President participates in a Policy Meeting
Oval Office | Closed Press

11:30 AM
The President participates in a Policy Meeting
Oval Office | Closed Press

12:01 PM
White House Press Office: Lunch lid until 1:00 PM
The White House

12:30 PM
Out-of-Town Travel Pool Call Time
Joint Base Andrews | Out-of-Town Travel Pool

1:00 PM
The President participates in Signing Time
Oval Office | Closed Press

1:45 PM
The President participates in a Ribbon Cutting Ceremony
Full Text and Analysis
The White House | Out-of-Town Travel Pool

1:55 PM
The President departs The White House en route to Joint Base Andrews
The White House

2:06 PM

The President arrives at Joint Base Andrews
Joint Base Andrews

2:25 PM

The President departs Joint Base Andrews for John F. Kennedy International Airport
Joint Base Andrews

3:00 PM

The President arrives at John F. Kennedy International Airport
John F. Kennedy International Airport

3:19 PM

The President departs John F. Kennedy International Airport en route to Downtown Manhattan Heliport, NY
John F. Kennedy International Airport

3:32 PM

The President arrives at Downtown Manhattan Heliport, NY
Downtown Manhattan Heliport, NY

3:41 PM

The President departs Downtown Manhattan Heliport, NY en route to Gracie Mansion, New York
Downtown Manhattan Heliport, NY

4:01 PM

The President arrives at Gracie Mansion, New York
Gracie Mansion, New York

4:10 PM

The President meets with New York City Mayor, Zohran Mamdani
Full Text and Analysis
Gracie Mansion, New York Closed Press

5:29 PM

The President departs Gracie Mansion, New York en route to Trump Tower
Gracie Mansion, New York

5:35 PM

The President meets with the President of the French Republic, Emmanuel Macron
Trump Tower Closed Press

5:40 PM

The President arrives at Trump Tower [Note: Time is approximate]
Trump Tower

The President participates in an RNC Reception

6:00 PM
Trump Tower · Closed Press

7:10 PM
The President participates in a MAGA Inc. Dinner
Trump Tower · Closed Press

7:17 PM
White House Press Office: Travel/Photo lid called
Trump Tower

**Sunday,** September 20, 2026

CANCELLED - TBD: The President departs Camp David en route Sterling, Virginia
Camp David · Closed Press

TBD: The President arrives Sterling, Virginia
Trump National Golf Club Washington DC · In-Town Travel Pool

TBD: The President departs Sterling, Virginia en route the White House
Trump National Golf Club Washington DC · In-Town Travel Pool

TBD: The President arrives the White House
The White House · In-Town Travel Pool

8:00 AM
The President participates in Executive Time
The White House · Closed Press

8:53 AM
The President departs The White House en route to Trump National Golf Club Washington DC
The White House

9:30 AM
The President arrives at Trump National Golf Club Washington DC
Trump National Golf Club Washington DC

4:35 PM
The President departs Trump National Golf Club Washington DC en route to The White House
Trump National Golf Club Washington DC

The President arrives at The White House

5:10 PM
The White House

5:18 PM
White House Press Office: Travel/Photo lid called
The White House

## **Saturday,** September 19, 2026

8:00 AM
The President participates in Executive Time
Camp David — Closed Press

7:52 PM
The President arrives at The Ellipse, returning from Camp David a day early
The Ellipse

8:10 PM
White House Press Office: Travel/Photo lid called
The White House

## **Friday,** September 18, 2026

TBD: The President departs the White House en route Sterling, Virginia
The White House — Restricted Pool

TBD: The President arrives Sterling, Virginia
Trump National Golf Club Washington DC — In-Town Travel Pool

TBD: The President departs Sterling, Virginia en route Camp David
Trump National Golf Club Washington DC — In-Town Travel Pool

TBD: The President arrives Camp David
Camp David

8:00 AM
The President participates in Executive Time
The White House · Closed Press

9:00 AM
In-Town Pool Call Time
The White House · In-Town Pool

11:00 AM
The President participates in a Policy Meeting
Oval Office · Closed Press

12:02 PM
The White House

1:30 PM
The President greets the Million Dollar Pitch Competition Finalists
Oval Office · Closed Press

2:30 PM
The President makes an Announcement on Healthcare
Full Text and Analysis
Oval Office · White House Press Pool

4:00 PM
The President participates in a Photo Opportunity
Oval Office · Closed Press

4:30 PM
The President participates in a Signing Time
Oval Office · Closed Press

5:58 PM
The President arrives at The Ellipse
The Ellipse

6:04 PM
The President departs The Ellipse en route to Trump National Golf Club Washington DC
The Ellipse

6:18 PM
The President arrives at Trump National Golf Club Washington DC
Trump National Golf Club Washington DC

6:30 PM
The President participates in a MAGA Inc. Meeting
Trump National Golf Club Washington DC Closed Press

7:15 PM
The President participates in a MAGA Inc. Dinner
Trump National Golf Club Washington DC In-Town Pool

9:07 PM
The President departs Trump National Golf Club Washington DC en route to Camp David
Trump National Golf Club Washington DC

9:53 PM
The President arrives at Camp David
Camp David

10:07 PM
White House Press Office: Travel/Photo lid called
Camp David

## **Thursday,** September 17, 2026

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-Town Pool

10:39 AM
Peter Navarro briefs reporters at The Sticks
Full Text and Analysis
The Sticks - The White House

11:00 AM
The President receives his Intelligence Briefing
The White House Closed Press

12:01 PM
White House Press Office: Lunch lid until 1:00 PM
The White House

3:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

5:00 PM

The President signs Executive Orders
Oval Office Closed Press

5:38 PM

White House Press Office: Dinner lid until 6:30 PM
The White House

6:00 PM

The President participates in a Tele-Rally [Note: Call in support of Rob Wittman's congressional campaign in Virginia]
Full Text and Analysis
Oval Office Closed Press

7:00 PM

The President participates in a Rose Garden Dinner
Full Text and Analysis
Rose Garden White House Press Pool

7:25 PM

White House Press Office: Travel/Photo lid called
The White House

## **Wednesday,** September 16, 2026

TBD: The President departs the White House en route Gastonia, North Carolina
The White House Restricted Pool

TBD: The President arrives Gastonia, North Carolina
Gastonia Municipal Airport, Gastonia, NC Out-of-Town Travel Pool

TBD: The President departs Gastonia, North Carolina en route the White House
Gastonia Municipal Airport, Gastonia, NC Out-of-Town Travel Pool

TBD: The President arrives the White House
The White House Restricted Pool

8:00 AM

The President participates in Executive Time
The White House Closed Press

9:00 AM

In-Town Pool Call Time

The White House · In-Town Pool

10:30 AM
The President participates in a Policy Meeting
Oval Office · Closed Press

12:03 PM
White House Press Office: Lunch lid until 1:00 PM
The White House

12:30 PM
The President participates in a Policy Meeting
Oval Office · Closed Press

1:30 PM
The President participates in a Photo Opportunity
Oval Office · Closed Press

2:00 PM
The President participates in a Photo Opportunity
Oval Office · Closed Press

2:30 PM
The President participates in a Policy Meeting
Oval Office · Closed Press

3:30 PM
The President participates in Signing Time
The White House · Out-of-Town Travel Pool

3:35 PM
Out-of-Town Travel Pool Call Time
Joint Base Andrews · Out-of-Town Travel Pool

4:47 PM
The President arrives at The Ellipse
The Ellipse

4:51 PM
The President departs The Ellipse en route to Joint Base Andrews
The Ellipse

5:02 PM
The President arrives at Joint Base Andrews
Joint Base Andrews

5:17 PM
The President departs Joint Base Andrews for Charlotte Douglas International Airport

Joint Base Andrews

6:03 PM
The President arrives at Charlotte Douglas International Airport
Full Text and Analysis
Charlotte Douglas International Airport

6:40 PM
The President departs Charlotte Douglas International Airport via motorcade en route to Gastonia Municipal Airport, Gastonia, NC
Charlotte Douglas International Airport

7:00 PM
The President delivers Remarks
Full Text and Analysis
Gastonia Municipal Airport, Gastonia, NC Restricted Pool

7:04 PM
The President arrives at Gastonia Municipal Airport, Gastonia, NC
Full Text and Analysis
Gastonia Municipal Airport, Gastonia, NC

8:35 PM
The President departs Gastonia Municipal Airport, Gastonia, NC via motorcade en route to Charlotte Douglas International Airport
Gastonia Municipal Airport, Gastonia, NC

9:04 PM
The President arrives at Charlotte Douglas International Airport
Charlotte Douglas International Airport

9:19 PM
The President departs Charlotte Douglas International Airport for Joint Base Andrews
Charlotte Douglas International Airport

10:15 PM
The President arrives at Joint Base Andrews
Full Text and Analysis
Joint Base Andrews

10:36 PM
The President departs Joint Base Andrews en route to The Ellipse
Joint Base Andrews

10:47 PM
The President arrives at The Ellipse
The Ellipse

10:51 PM
The President departs The Ellipse en route to The White House
The Ellipse

10:52 PM
White House Press Office: Travel/Photo lid called
The White House

10:53 PM
The President arrives at The White House
The White House

## **Tuesday,** September 15, 2026

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-Town Pool

11:00 AM
The President participates in a Photo Opportunity
Rose Garden Closed Press

11:19 AM
White House Press Office: Lunch lid until 12:15 PM
The White House

11:40 AM
The First Lady delivers Remarks to Mountain View Elementary School
Full Text and Analysis
Mountain View Elementary School, Jefferson, NC Pre-Credentialed Media

2:00 PM
Press Briefing by the Attorney General of the United States, Todd Blanche
Full Text and Analysis
Rose Garden Pre-Credentialed Media

2:30 PM
The President participates in an Ambassador Credentialing Ceremony
Oval Office Closed Press

3:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

4:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

6:00 PM
White House Press Office: Travel/Photo lid called
The White House

## **Monday,** September 14, 2026

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-Town Pool

11:00 AM
The President participates in a Policy Meeting
Oval Office Closed Press

12:19 PM
White House Press Office: Lunch lid until 1:15 PM
The White House

12:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

2:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

2:50 PM

The President calls Jensen Huang, NVIDIA CEO, live during the All-In Summit in Los Angeles [Note: time is approximate]
Full Text and Analysis
The White House

3:30 PM

The President participates in a Policy Meeting
Oval Office Closed Press

5:00 PM

The President participates in a Policy Meeting
Oval Office Closed Press

6:02 PM

White House Press Office: Travel/Photo lid called
The White House

## **Sunday,** September 13, 2026

TBD: The President attends the 2026 Amgen Irish Open Final Round [IST Local]
Trump International Golf Links and Hotel Ireland, Doonbeg Out-of-Town Travel Pool

TBD: The President departs Doonbeg, Ireland en route the White House [IST Local]
Trump International Golf Links and Hotel Ireland, Doonbeg Out-of-Town Travel Pool

TBD: The President arrives the White House
The White House Restricted Pool

3:00 AM

The President participates in Executive Time [8:00 AM Local]
Trump International Golf Links and Hotel Ireland, Doonbeg Closed Press

3:00 AM

Out-of-Town Travel Pool Call Time [8:00 AM Local]
Trump International Golf Links and Hotel Ireland, Doonbeg Out-of-Town Travel Pool

8:59 AM

The President arrives at the first tee of Trump International Golf Links and Hotel Ireland, Doonbeg [1:59 PM Local]
Full Text and Analysis

Trump International Golf Links and Hotel Ireland, Doonbeg

| | |
|---|---|
| 1:30 PM | The President presents the Irish Open trophy at Trump International Golf Links and Hotel Ireland, Doonbeg [6:30 PM Local]<br>Full Text and Analysis<br>Trump International Golf Links and Hotel Ireland, Doonbeg |
| 2:15 PM | The President departs Trump International Golf Links and Hotel Ireland, Doonbeg en route to Shannon Airport, Ireland [7:15 PM Local]<br>Trump International Golf Links and Hotel Ireland, Doonbeg |
| 2:40 PM | The President arrives at Shannon Airport, Ireland [7:40 PM Local]<br>Full Text and Analysis<br>Shannon Airport, Ireland |
| 3:09 PM | The President departs Shannon Airport, Ireland for Joint Base Andrews [8:09 PM Local]<br>Full Text and Analysis<br>Shannon Airport, Ireland |
| 9:39 PM | The President arrives at Joint Base Andrews<br>Joint Base Andrews |
| 9:58 PM | The President departs Joint Base Andrews en route to The Ellipse<br>Joint Base Andrews |
| 10:08 PM | The President arrives at The Ellipse<br>The Ellipse |
| 10:12 PM | The President departs The Ellipse en route to The White House<br>The Ellipse |
| 10:14 PM | The President arrives at The White House<br>The White House |
| 10:15 PM | White House Press Office: Travel/Photo lid called<br>The White House |

**Saturday,** September 12, 2026

TBD: The President arrives Dublin, Ireland [IST Local]
Dublin International Airport, Ireland · Pre-Credentialed Media

TBD: The President departs Dublin, Ireland en route Doonbeg, Ireland [IST Local]
Deerfield Residence, Dublin, Ireland · Out-of-Town Travel Pool

TBD: The President arrives Doonbeg, Ireland [IST Local]
Trump International Golf Links and Hotel Ireland, Doonbeg · Out-of-Town Travel Pool

TBD: The President attends the 2026 Amgen Irish Open [IST Local]
Trump International Golf Links and Hotel Ireland, Doonbeg · Out-of-Town Travel Pool

3:23 AM
The President arrives at Dublin International Airport, Ireland [8:23 AM Local]
Dublin International Airport, Ireland

3:50 AM
The President departs Dublin International Airport, Ireland en route to Áras an Uachtaráin, Dublin, Ireland [8:50 AM Local]
Dublin International Airport, Ireland

4:10 AM
The President participates in an Arrival Ceremony [9:10 AM Local]
Áras an Uachtaráin, Dublin, Ireland · Pre-Credentialed Media

4:10 AM
The President arrives at Áras an Uachtaráin, Dublin, Ireland [9:10 AM Local]
Áras an Uachtaráin, Dublin, Ireland

4:20 AM

The President participates in a Courtesy Call with the President of Ireland [9:20 AM Local]
Áras an Uachtaráin, Dublin, Ireland Closed Press

5:00 AM

The President departs Áras an Uachtaráin, Dublin, Ireland en route to Farmleigh House, Dublin, Ireland [10:00 AM Local]
Full Text and Analysis
Áras an Uachtaráin, Dublin, Ireland

5:10 AM

The President participates in a Bilateral Meeting with the Taoiseach of Ireland [10:10 AM Local]
Full Text and Analysis
Farmleigh House, Dublin, Ireland Out-of-Town Travel Pool

5:10 AM

The President arrives at Farmleigh House, Dublin, Ireland [10:10 AM Local]
Farmleigh House, Dublin, Ireland

6:12 AM

The President departs Farmleigh House, Dublin, Ireland en route to Deerfield Residence, Dublin, Ireland [11:12 AM Local]
Farmleigh House, Dublin, Ireland

6:35 AM

The President delivers Remarks to U.S. Embassy Personnel and Business Leaders [11:35 AM Local]
Full Text and Analysis
Deerfield Residence, Dublin, Ireland Out-of-Town Travel Pool

6:37 AM

The President arrives at Deerfield Residence, Dublin, Ireland [11:37 AM Local]
Deerfield Residence, Dublin, Ireland

7:32 AM

The President departs Deerfield Residence, Dublin, Ireland en route to Dublin International Airport, Ireland [12:32 PM Local]
Deerfield Residence, Dublin, Ireland

8:00 AM

The President arrives at Dublin International Airport, Ireland [1:00 PM Local]
Dublin International Airport, Ireland

8:14 AM

The President departs Dublin International Airport, Ireland for Shannon Airport, Ireland [1:14 PM Local]

Dublin International Airport, Ireland

9:01 AM

The President arrives at Shannon Airport, Ireland [2:01 PM Local]
Shannon Airport, Ireland

9:31 AM

The President departs Shannon Airport, Ireland en route to Trump International Golf Links and Hotel Ireland, Doonbeg [2:31 PM Local]
Shannon Airport, Ireland

10:00 AM

The President arrives at Trump International Golf Links and Hotel Ireland, Doonbeg [3:00 PM Local]
Trump International Golf Links and Hotel Ireland, Doonbeg

1:30 PM

White House Press Office: Travel/Photo lid called [6:30 PM Local]
Trump International Golf Links and Hotel Ireland, Doonbeg

## **Friday,** September 11, 2026

TBD: The President and the First Lady depart the White House en route the Pentagon
The White House In-Town Travel Pool

TBD: The President arrive the Pentagon
The Pentagon In-Town Travel Pool

TBD: The President and the First Lady depart the Pentagon en route the White House
The Pentagon In-Town Travel Pool

TBD: The President and the First Lady arrive the White House
The White House

TBD: The President departs the White House en route Dublin, Ireland
The White House Restricted Pool

1:55 AM

The President arrives at Joint Base Andrews
Joint Base Andrews

The President departs Joint Base Andrews en route to The Ellipse

2:15 AM
Joint Base Andrews

2:25 AM
The President arrives at The Ellipse
The Ellipse

2:30 AM
The President departs The Ellipse en route to The White House
The Ellipse

2:32 AM
The President arrives at The White House
The White House

2:39 AM
White House Press Office: Travel/Photo lid called for September 10, 2026
The White House

8:00 AM
In-Town Pool Call Time
The White House In-Town Pool

8:34 AM
The President departs The White House en route to The Pentagon
The White House

8:43 AM
The President arrives at The Pentagon
The Pentagon

9:00 AM
The President and The First Lady participate in the 9/11 Observance Ceremony
Full Text and Analysis
The Pentagon Pre-Credentialed Media

10:25 AM
The President and The First Lady participate in a Wreath Laying Ceremony
The Pentagon Closed Press

10:42 AM
The President departs The Pentagon en route to The White House
The Pentagon

10:51 AM
The President arrives at The White House
The White House

12:02 PM
White House Press Office: Lunch lid until 1:00 PM

The White House

2:30 PM
The President participates in Signing Time
Oval Office Closed Press

3:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

5:54 PM
White House Press Office: Dinner lid until 8:15 PM
The White House

6:50 PM
Out-of-Town Travel Pool Call Time
Joint Base Andrews Out-of-Town Travel Pool

8:47 PM
The President arrives at The Ellipse
The Ellipse

8:52 PM
The President departs The Ellipse en route to Joint Base Andrews
The Ellipse

9:03 PM
The President arrives at Joint Base Andrews
Full Text and Analysis
Joint Base Andrews

9:20 PM
The President departs Joint Base Andrews for Dublin International Airport, Ireland
Joint Base Andrews

## **Thursday,** September 10, 2026

TBD: The President departs Dallas, Texas en route the White House [CDT Local]
Dallas Fort Worth International Airport, Dallas Out-of-Town Travel Pool

TBD: The President arrives the White House
The White House Restricted Pool

TBD: The President sits for an interview with Laura Ingraham of Fox News
Full Text and Analysis

Rosewood Mansion on Turtle Creek, Dallas

9:00 AM

The President participates in Executive Time [8:00 AM Local]

Rosewood Mansion on Turtle Creek, Dallas — Closed Press

10:15 AM

Out-of-Town Travel Pool Call Time [9:15 AM Local]

Rosewood Mansion on Turtle Creek, Dallas — Out-of-Town Travel Pool

12:41 PM

The President departs Rosewood Mansion on Turtle Creek, Dallas en route to the National Medal of Honor Museum, Arlington, Texas [11:41 AM Local]

Rosewood Mansion on Turtle Creek, Dallas

12:59 PM

The President arrives at the National Medal of Honor Museum, Arlington, Texas [11:59 AM Local]

National Medal of Honor Museum, Arlington, Texas

1:00 PM

The President tours the National Medal of Honor Museum [12:00 PM Local]

Full Text and Analysis

National Medal of Honor Museum, Arlington, Texas — Out-of-Town Travel Pool

1:30 PM

The President delivers Remarks [12:30 PM Local]

Full Text and Analysis

National Medal of Honor Museum, Arlington, Texas — Pre-Credentialed Media

3:10 PM

The President departs the National Medal of Honor Museum, Arlington, Texas en route to Rosewood Mansion on Turtle Creek, Dallas [2:10 PM Local]

Full Text and Analysis

National Medal of Honor Museum, Arlington, Texas

3:40 PM

The President arrives at Rosewood Mansion on Turtle Creek, Dallas [2:40 PM Local]

Rosewood Mansion on Turtle Creek, Dallas

5:58 PM

The President departs Rosewood Mansion on Turtle Creek, Dallas en route to American Airlines Center, Dallas [4:58 PM Local]

Rosewood Mansion on Turtle Creek, Dallas

6:05 PM

The President arrives at American Airlines Center, Dallas [5:05 PM Local]

American Airlines Center, Dallas

6:15 PM

The President participates in an RNC Roundtable [5:15 PM Local]
American Airlines Center, Dallas · Closed Press

7:00 PM

The President attends the RNC Midterm Convention [6:00 PM Local]
American Airlines Center, Dallas · Pre-Credentialed Media

9:45 PM

The President delivers Closing Remarks
Full Text and Analysis
American Airlines Center, Dallas · Pre-Credentialed Media

10:54 PM

The President departs American Airlines Center, Dallas en route to Dallas Fort Worth International Airport, Dallas [9:54 PM Local]
American Airlines Center, Dallas

11:20 PM

The President arrives at Dallas Fort Worth International Airport, Dallas [10:20 PM Local]
Full Text and Analysis
Dallas Fort Worth International Airport, Dallas

11:42 PM

The President departs Dallas Fort Worth International Airport, Dallas for Joint Base Andrews [10:42 PM Local]
Dallas Fort Worth International Airport, Dallas

## **Wednesday,** September 9, 2026

TBD: The President departs the White House en route Dallas, Texas
The White House · Restricted Pool

TBD: The President arrives Dallas, Texas [CDT Local]
Dallas Fort Worth International Airport, Dallas — Pre-Credentialed Media

8:00 AM
The President participates in Executive Time
The White House — Closed Press

9:00 AM
In-Town Pool Call Time
The White House — In-Town Pool

10:40 AM
Out-of-Town Travel Pool Call Time
Joint Base Andrews — Out-of-Town Travel Pool

11:00 AM
The President receives his Intelligence Briefing
The White House — Closed Press

1:43 PM
The President arrives at The Ellipse
The Ellipse

1:51 PM
The President departs The Ellipse en route to Joint Base Andrews
The Ellipse

2:01 PM
The President arrives at Joint Base Andrews
Full Text and Analysis
Joint Base Andrews

2:52 PM
The President departs Joint Base Andrews for Dallas Fort Worth International Airport, Dallas
Joint Base Andrews

5:14 PM
The President arrives at Dallas Fort Worth International Airport, Dallas [4:14 PM Local]
Dallas Fort Worth International Airport, Dallas

5:31 PM
The President departs Dallas Fort Worth International Airport, Dallas en route to the Rosewood Mansion on Turtle Creek, Dallas [4:31 PM Local]
Dallas Fort Worth International Airport, Dallas

The President arrives at Rosewood Mansion on Turtle Creek, Dallas [4:57 PM Local]

5:57 PM
Rosewood Mansion on Turtle Creek, Dallas

6:00 PM
The President participates in a MAGA Inc. Meeting [5:00 PM Local]
Rosewood Mansion on Turtle Creek, Dallas | Closed Press

7:00 PM
The President attends the RNC Midterm Convention [6:00 PM Local]
American Airlines Center, Dallas | Pre-Credentialed Media

8:38 PM
The President departs Rosewood Mansion on Turtle Creek, Dallas en route to American Airlines Center, Dallas [7:38 PM Local]
Rosewood Mansion on Turtle Creek, Dallas

8:46 PM
The President arrives at American Airlines Center, Dallas [7:46 PM Local]
American Airlines Center, Dallas

9:15 PM
The President delivers Remarks [8:15 PM Local]
Full Text and Analysis
American Airlines Center, Dallas | Pre-Credentialed Media

11:12 PM
The President departs American Airlines Center, Dallas en route to Rosewood Mansion on Turtle Creek, Dallas [10:12 PM Local]
American Airlines Center, Dallas

11:20 PM
The President arrives at Rosewood Mansion on Turtle Creek, Dallas [10:20 PM Local]
Rosewood Mansion on Turtle Creek, Dallas

11:22 PM
White House Press Office: Travel/Photo lid called [10:22 PM Local]
Rosewood Mansion on Turtle Creek, Dallas

## **Tuesday,** September 8, 2026

8:00 AM
The President participates in Executive Time
The White House | Closed Press

9:00 AM
In-Town Pool Call Time
The White House | In-Town Pool

10:35 AM
The President participates in a Steel Across America Event
Full Text and Analysis
The Ellipse · Pre-Credentialed Media

11:53 AM
White House Press Office: Lunch lid until 12:45 PM
The White House

1:00 PM
The President signs Executive Orders
Oval Office · Closed Press

2:00 PM
The President participates in a Policy Meeting
Oval Office · Closed Press

3:00 PM
The President participates in a Policy Meeting
Oval Office · Closed Press

4:25 PM
Tom Homan briefs reporters at The Sticks
Full Text and Analysis
The Sticks - The White House

5:00 PM
The President participates in a Policy Meeting
Oval Office · Closed Press

6:07 PM
White House Press Office: Travel/Photo lid called
The White House

## **Monday,** September 7, 2026

TBD: The President departs Bedminster, New Jersey en route the White House
Trump National Golf Club Bedminster · Closed Press

TBD: The President arrives the White House
The White House · Restricted Pool

8:00 AM
The President participates in Executive Time
Trump National Golf Club Bedminster · Closed Press

| | |
|---|---|
| 12:00 PM | Out-of-Town Pool Call Time<br>Trump National Golf Club Bedminster · Out-of-Town Pool |
| 4:24 PM | The President arrives at Morristown Municipal Airport<br>Morristown Municipal Airport |
| 4:40 PM | The President departs Morristown Municipal Airport for Joint Base Andrews<br>Morristown Municipal Airport |
| 5:17 PM | The President arrives at Joint Base Andrews<br>Joint Base Andrews |
| 5:32 PM | The President departs Joint Base Andrews en route to The White House<br>Joint Base Andrews |
| 5:51 PM | The President arrives at The White House<br>The White House |
| 6:00 PM | In-Town Pool Call Time<br>The White House · In-Town Pool |
| 6:05 PM | White House Press Office: Travel/Photo lid called<br>The White House |

**Sunday,** September 6, 2026

8:00 AM The President participates in Executive Time
Trump National Golf Club Bedminster · Closed Press

11:49 AM White House Press Office: Travel/Photo lid called
Trump National Golf Club Bedminster

12:00 PM Out-of-Town Pool Call Time
Trump National Golf Club Bedminster · Out-of-Town Pool

## **Saturday,** September 5, 2026

8:00 AM The President participates in Executive Time
Trump National Golf Club Bedminster · Closed Press

11:29 AM White House Press Office: Travel/Photo lid called
Trump National Golf Club Bedminster

12:00 PM Out-of-Town Pool Call Time
Trump National Golf Club Bedminster · Out-of-Town Pool

## **Friday,** September 4, 2026

TBD: The President departs the White House en route Bedminster, New Jersey
The White House · Restricted Pool

TBD: The President arrives Bedminster, New Jersey
Trump National Golf Club Bedminster · Closed Press

8:00 AM The President participates in Executive Time
The White House · Closed Press

9:00 AM In-Town Pool Call Time
The White House · In-Town Pool

12:03 PM White House Press Office: Lunch lid until 1:00 PM

The White House

| | |
|---|---|
| 12:30 PM | The President participates in a Policy Meeting<br>Oval Office · Closed Press |
| 1:30 PM | The President signs Executive Orders<br>Full Text and Analysis<br>The White House · Closed Press |
| 3:00 PM | Out-of-Town Travel Pool Call Time<br>The White House · Out-of-Town Travel Pool |
| 4:49 PM | The President departs The White House en route to Joint Base Andrews<br>The White House |
| 5:08 PM | The President arrives at Joint Base Andrews<br>Joint Base Andrews |
| 5:24 PM | The President departs Joint Base Andrews for Morristown Municipal Airport<br>Joint Base Andrews |
| 5:57 PM | The President arrives at Morristown Municipal Airport<br>Morristown Municipal Airport |
| 6:17 PM | The President departs Morristown Municipal Airport en route to Trump National Golf Club Bedminster<br>Morristown Municipal Airport |
| 6:29 PM | The President arrives at Trump National Golf Club Bedminster<br>Trump National Golf Club Bedminster |
| 6:41 PM | White House Press Office: Travel/Photo lid called<br>Trump National Golf Club Bedminster |

**Thursday,** September 3, 2026

8:00 AM
The President participates in Executive Time
The White House Closed Press

9:00 AM
In-Town Pool Call Time
The White House In-Town Pool

11:00 AM
The President receives his Intelligence Briefing
The White House Closed Press

11:45 AM
White House Press Office: Lunch lid until 12:45 PM
The White House

12:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

1:00 PM
Press Briefing by the Vice President of the United States JD Vance
Full Text and Analysis
James S. Brady Press Briefing Room On Camera

3:00 PM
The President participates in a Policy Meeting
Oval Office Closed Press

5:00 PM
The President participates in Signing Time
Oval Office Closed Press

5:30 PM
The President participates in a Policy Meeting
Oval Office Closed Press

| | |
|---|---|
| 6:00 PM | White House Press Office: Travel/Photo lid called<br>The White House |

**Wednesday,** September 2, 2026

| | |
|---|---|
| 8:00 AM | The President participates in Executive Time<br>The White House · Closed Press |
| 9:00 AM | In-Town Pool Call Time<br>The White House · In-Town Pool |
| 11:00 AM | The President participates in a Policy Meeting<br>Oval Office · Closed Press |
| 11:51 AM | White House Press Office: Lunch lid until 12:45 PM<br>The White House |
| 12:30 PM | The President participates in a Policy Meeting<br>Oval Office · Closed Press |
| 1:30 PM | The President meets with U.S. Travel Executives<br>Full Text and Analysis<br>Oval Office · Closed Press |
| 4:00 PM | The President participates in a Pre-Tape Interview [Note: Interview with Bev Turner, GBNews (UK)]<br>Full Text and Analysis<br>The White House · Closed Press |
| 7:00 PM | The President participates in a Rose Garden Dinner<br>Full Text and Analysis<br>Rose Garden · Closed Press |
| 8:01 PM | White House Press Office: Travel/Photo lid called<br>The White House |

## **Tuesday,** September 1, 2026

8:00 AM
The President participates in Executive Time
The White House · Closed Press

9:00 AM
The President participates in a Pre-Tape Phone Interview
The White House · Closed Press

9:00 AM
In-Town Pool Call Time
The White House · In-Town Pool

11:00 AM
The President participates in a Policy Meeting
Oval Office · Closed Press

11:38 AM
White House Press Office: Lunch lid until 12:30 PM
The White House

1:30 PM
The President meets with Oil and Gas Retailers and Refineries
Cabinet Room · Closed Press

3:00 PM
The President participates in Policy Meeting
Oval Office · Closed Press

4:30 PM
The President participates in Policy Meeting
Oval Office · Closed Press

6:01 PM
White House Press Office: Travel/Photo lid called
The White House