# EXHIBIT 13

(Declaration of Katherine Fallow)

# White House seizes control of press pool, will decide which outlets cover events with president

*Eli Stokols*

WHCA, a group of journalists on the beat elected by their peers, have long overseen the rotations of print, radio and television correspondents that make up the pool, a 13-member group of journalists allowed access to the president in smaller settings.

Leavitt said that the White House plans to continue those print, radio and TV pool rotations but would add representatives of additional outlets “that have long been denied” to the daily groupings of journalists. Additionally, she said they plan to add more outlets and reporters to the pool “who are well suited to cover the news of the day.”

Pressed for more detail about the changes, an administration official indicated that the traditional newswire services — AP, Bloomberg and Reuters — will no longer have a permanent spot in every pool. Going forward, the official said, Bloomberg and Reuters would alternate in a single pool slot for the wire services (AP will remain barred over the organization’s refusal to refer to the “Gulf of America”). That will open up two additional slots in the pool for the White House to fill as aides choose.

“This move tears at the independence of a free press in the United States,” said Eugene Daniels, the president of WHCA’s board and a POLITICO correspondent. “It suggests the government will choose the journalists who cover the president. In a free country, leaders must not be able to choose their own press corps.”

Daniels added that the journalist-run board did not get a warning about Leavitt’s announcement. For years, he said, board members have “consistently expanded the WHCA’s membership and its pool rotations to facilitate the inclusion of new and emerging outlets.”

Daniels pointed to the organization’s 111-year history representing working journalists who cover the White House and deciding “amongst themselves how these rotations are operated, so as to ensure consistent professional standards and fairness in access on behalf of all readers, viewers and listeners.”