# EXHIBIT 16

(Declaration of Katherine Fallow)

TRUTH.

# Truth Details

2690 replies

**Donald J. Trump**
@realDonaldTrump

Big WIN over AP today. They refused to state the facts or the Truth on the GULF OF AMERICA. FAKE NEWS!!!

**6.76k** ReTruths **35.6k** Likes Jun 06, 2025, 6:59 PM