# EXHIBIT 19

(Declaration of Katherine Fallow)

TRUTH.

# Truth Details

3330 replies



**Donald J. Trump**
@realDonaldTrump

The White House is not instituting an assault on the Free Press, something which I cherish. It is instituting an assault on the FAKE NEWS, something that has grown like Cancer in our beloved United States of America. It is corrupt, purposeful, pervasive, fully coordinated, and totally out of control. It is a threat to our National Security, and must be stopped, NOW! Thank you for your attention to this matter. President DONALD J. TRUMP

**7.31k** ReTruths **27k** Likes Sep 21, 2026, 7:53 AM