# EXHIBIT 21

(Declaration of Katherine Fallow)

TRUTH.

# Truth Details

1246 replies

**Donald J. Trump**
@realDonaldTrump

Why should perpetrators of FAKE NEWS, like CNN and MSDNC, be allowed access to a very sacred place, the White House? Despite my big Election Win, almost 100% of “TRUMP” coverage is negative, and has been for years!

Defiant White House slaps down journalists: 'Access is a privilege - not a right': justthenews.com/politics-polic



justthenews.com

Defiant White House slaps down journalists: 'Access is a privilege - not a right'

"No President is required to host a hostile operation on the grounds. Access has always been a privilege — and President Trump is applying that rule," the statement read.

**3.37k** ReTruths **13.1k** Likes Sep 26, 2026, 6:51 AM