# EXHIBIT 22

(Declaration of Katherine Fallow)

TRUTH.

## Truth Details

5982 replies



**Donald J. Trump**

@realDonaldTrump

FAKE NEWS SHOULD NOT BE ALLOWED IN THE WHITE HOUSE!!! IT HAS GONE ON FAR TOO LONG, AT A TREMENDOUS COST TO OUR COUNTRY. President DJT

**8.53k** ReTruths **37.3k** Likes Sep 26, 2026, 8:22 AM