# EXHIBIT 26

(Declaration of Katherine Fallow)

September 22, 2026

Dear CNN,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, CNN personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. CNN has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In January 2026, CNN disclosed "top-secret" construction details related to the East Wing bunker, which is designed to protect the President in times of crisis or national security emergency.[1]
- In July 2026, CNN reported that the Trump Administration was "struggling to reconcile exactly where things stand" on munitions counts.[2]
- In August 2026, CNN reported that "multiple sources" claimed the US military had exhausted nearly 80% of its interceptors.[3]
- In September 2026, CNN falsely reported an Iranian school was struck because of "outdated intelligence, when the United States attacked a neighboring Islamic Revolutionary Guard Corps naval base."[4]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to

---

[1] Betsy Klein, *Inside Plans to rebuild the 'top-secret' bunker beneath the White House East Wing*, CNN (Jan. 19, 2026) https://www.cnn.com/2026/01/19/politics/east-wing-secret-bunker-construction-details.
[2] Aaron Blake, *The Trump Team's Muddled Messaging on a Munitions Shortfall*, CNN (July 27, 2026), https://www.cnn.com/2026/07/27/politics/trump-administration-munitions-stockpile.
[3] Zachary Cohen, Jim Sciutto, & Haley Britzky, *Nearly 80% of Interceptors for a Key Missile Defense System Depleted, Sources Say*, CNN (Aug. 4, 2026), https://www.cnn.com/2026/08/04/politics/us-iran-key-missile-interceptors-low.
[4] Jessie Yeung, *Deadly US Strike on Iran School May Have Been a War Crime, UN Report Finds*, CNN (Sep. 18, 2026), https://www.cnn.com/2026/09/18/middleeast/us-strike-iran-school-war-crime-un-intl-hnk.

national security, is a threat that undermines the President's ability to safeguard the national security.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office

September 22, 2026

Dear MS NOW,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, MS NOW personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. MS NOW has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In May 2026, MS NOW reported on an alleged leak investigation that the FBI was conducting focusing on a journalist.[1] Such an investigation, if it existed, would be nonpublic sensitive law enforcement information. MS NOW has demonstrated its willingness to publish sensitive information without regard for national security or the safety or security of senior government officials.
- In June 2026, MS NOW claimed a source said that President Trump "underestimated the willingness of Iran to resume conflict."[2]
- In August 2026, MS NOW claimed that the Iran conflict had "significantly depleted" the US military's munitions supply.[3]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to national security, is a threat that undermines the President's ability to safeguard the national security.

---

[1] Ken Dilanian and Carol Leonnig, *FBI probing leaks to journalist who wrote explosive article on Kash Patel, sources say*, MS Now (May 6, 2026), https://www.ms.now/news/fbi-investigating-leaks-to-journalist-who-wrote-explosive-article-on-kash-patel-sources.

[2] Jake Traylor, *White House Official: Trump Has Underestimated Iran's Willingness to Resume Conflict*, MS Now (June 11, 2026), https://www.ms.now/liveblog/iran-news-trump-israel-war-june-8-2026#live-blog-1274853.

[3] Steve Benen, *As Questions Intensify over U.S. Weapons Shortfalls, Trump Trips over His Contradictions*, MS Now (Aug. 6, 2026), https://www.ms.now/rachel-maddow-show/maddowblog/trump-hegseth-iran-weapons-munitions-missiles-stockpiles.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office

September 22, 2026

Dear Politico,

This letter is to provide notice that the President has made the determination to revoke hard passes for members of your organization. No President has been as transparent to the public or as accessible to the press as President Trump. Nevertheless, your organization has exhibited behavior in violation of the standards of professionalism and decorum expected of those given access to the White House Complex, including by trafficking in verifiable falsehoods about national security and other issues, and publishing sensitive or classified information.

Since the beginning of this administration, Politico personnel have had the opportunity to enter the White House Complex at any time with hard pass credentials that are provided only to a select few. Hard pass credentials are reserved for those who abide by standards of professional conduct, demonstrate a level of trustworthiness commensurate with the privilege of unfettered access to the White House Complex, and perform their duties in a way that does not interfere with the White House's daily operations. Politico has failed to uphold these expectations in the following non-exhaustive list of reporting incidents, including those that have threatened national security and/or spread falsehoods:

- In April 2025, Politico published a story claiming Secretary Rubio and Special Envoy Steve Witkoff were considering lifting sanctions on Russia.[1] The Trump administration, however, has strengthened sanctions on Russia.
- In May 2026, Politico published a document detailing funding for the White House ballroom containing intricate descriptions of how the Secret Service would invest in security improvements.[2] Politico thereby expressed a willingness to publish sensitive undisclosed information relating to the security of the White House and the physical security of the President.
- In August 2026, Politico cited "a person familiar with Defense Department planning," reporting that reduced US military presence in the Pacific and Europe "has threatened the Pentagon's influence around the world."[3]
- In August 2026, Politico highlighted a "source" claiming the operations in Iran had exhausted US stockpiles of long-range missiles.[4]

---

[1] Ben Lefebvre, Felicia Schwartz, *White House debates lifting sanctions on Russian energy assets, Nord Stream,* Politico (April 23, 2025), https://www.politico.com/news/2025/04/23/white-house-debating-lifting-sanctions-on-russian-energy-assets-00306486.

[2] Jordan Carney and Katherine Tully-McManus, *Secret Service briefing fails to quiet GOP ballroom funding concerns*. Politico (May 12, 2026), https://www.politico.com/news/2026/05/12/secret-service-briefing-fails-to-quiet-gop-ballroom-funding-concerns-00917317.

[3] Jack Detsch and Paul Mcleary, *How the Iran war has made the US more vulnerable,* Politico (Aug. 28, 2026), https://www.politico.com/news/2026/08/28/iran-war-us-allies-military-influence-01052631.

[4] Finn McHugh, Ryan Heath and Phelim Kine, *Australia wanted more US missiles. The Iran war may make them harder to get*, Politico (Aug. 25, 2026), https://www.politico.com/news/2026/08/25/australia-wanted-more-us-missiles-the-iran-war-may-make-them-harder-to-get-01048703.

- In June 2026, Politico cited a "senior administration official … granted anonymity" said the odds of a preliminary deal to end the conflict with Iran were between 80 and 85 percent.[5]
- In September 2026, Politico Playbook relied on unnamed sources to paint the Republican midterm convention in Dallas as a disaster.[6] Media reporting showed that the convention had over 100 million live stream views.[7]

Publication of sensitive security information, and misinformation about national security information, diverts White House resources and those of the national security team in particular, which must evaluate whether the leaked information is classified, the source of any leak, and the security implications of any such disclosure. The spread of misinformation, especially relating to national security, is a threat that undermines the President's ability to safeguard the national security.

Should you wish to contest this initial decision or the factual basis set forth in this letter, please submit a written response to us in writing via email by 5:00 p.m. on Friday, September 25, 2026. Should you not submit a response by that time, this initial decision will be final. You may submit that response by emailing it to press@who.eop.gov. We will consider that response and any other materials you would like to submit.

Thank you,

White House Press Office

---

[5] Felicia Schwartz and Cheyenne Haslett, *A deal with Iran is near but not final, senior US official says*, Politico (Jun. 12, 2026), https://www.politico.com/news/2026/06/12/a-deal-with-iran-is-near-but-not-final-senior-us-official-says-00960804.

[6] Adam Wren, Dasha Burns, Will Steakin and Megan Messerly, '*The vibes are very bad' in Texas.* Politico (Sept. 9, 2026), https://www.politico.com/newsletters/playbook/2026/09/09/the-vibes-are-very-bad-in-texas-01068503.

[7] Nick Gilbertson, *First-Ever Midterm RNC Garnered Over 100 Million Live Stream Views* (Sept. 16, 2026), https://www.breitbart.com/politics/2026/09/16/first-ever-midterm-rnc-garnered-over-100-million-live-stream-views/.