AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Roth, et al.

*Plaintiff(s)*

v.

Trump, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-09327

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine Fallow
Knight First Amendment Institute
at Columbia University
475 Riverside Dr., Suite 302
New York, NY 10115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/27/2026

Tammi M. Hellwig

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*