AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Souther District of New York

Kenneth Roth, et al.,
*Plaintiff*
v.
Donald J. Trump, et al.,
*Defendant*

Case No. 1:26-cv-9327

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 10/27/2026

David Schulz
*Attorney's signature*

David Schulz
*Printed name and bar number*

Media Freedom & Information Access Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
*Address*

david.schulz@yale.edu
*E-mail address*

(203) 436-5827
*Telephone number*

*FAX number*