AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-09327

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Steven Cheung, in his official capacity as Assistant to the President for Communications was received by me on *(date)* 10/27/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:
I served Steven Cheung by serving the United States (see below) and by sending a copy of the summons, the complaint, the notice of motion for a preliminary injunction, a memorandum and accompanying exhibits in support of that motion, and a proposed order via electronic mail to Jeffrey Oestericher, Chief of the Civil Division for the United States Attorney's Office for the Southern District of New York, at the email address jeffrey.oestericher@usdoj.gov on October 27, 2026 (please see attached email exchange). Service was accepted by Mr. Oestericher on October 27, 2026.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2026

/s/ Katherine Fallow
*Server's signature*

Katherine Fallow, Deputy Litigation Director
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by sending a copy of the summons, the complaint, the notice of motion for a preliminary injunction, a memorandum and accompanying exhibits in support of that motion, and a proposed order via electronic mail to Jeffrey Oestericher, the Chief of the Civil Division for the United States Attorney's Office for the Southern District of New York, at the email address jeffrey.oestericher@usdoj.gov on October 27, 2026. Service was accepted by Mr. Oestericher on October 27, 2026.

**Wednesday, October 28, 2026 at 2:42:31 PM Eastern Daylight Time**

---

**Subject:** Roth v. Trump, Case No. 1:26-cv-09327
**Date:** Tuesday, October 27, 2026 at 2:33:24 PM Eastern Daylight Time
**From:** Katherine Fallow
**To:** Jeffrey.Oestericher@usdoj.gov
**CC:** Jameel Jaffer, Jacob Karr, Nicola Morrow, Taylor R Fox
**Attachments:** ECF No. 11__Memorandum of Law_gov.uscourts.nysd.675754.11.0_1.pdf, ECF No. 1_Complaint_gov.uscourts.nysd.675754.1.0.pdf, ECF No. 12_[Proposed] Order_gov.uscourts.nysd.675754.12.0.pdf, ECF No. 10_Notice of Motion_gov.uscourts.nysd.675754.10.0.pdf

Dear Jeffrey:

I represent the plaintiffs in the above-captioned matter, which was filed in the SDNY yesterday and has been assigned to Judge Oetken. Attached are the as-filed copies of the complaint, the notice of motion for a preliminary injunction, a memorandum in support of that motion, and a proposed order. Because of the file size, I am not attaching the declarations and exhibits, as well as the summonses that were issued today, and all of which are available here: https://web.tresorit.com/l/6Pbza#bYppN0WKAkFT54YvUQZ_GQ.

I am writing to see if you would agree to accept service of the complaint and associated documents via email. Please let me know.

Best regards,

Katie

Katie Fallow
Deputy Litigation Director
Knight First Amendment Institute at Columbia University

---

**Subject:** RE: Roth v. Trump, Case No. 1:26-cv-09327
**Date:** Tuesday, October 27, 2026 at 4:03:01 PM Eastern Daylight Time
**From:** Oestericher, Jeffrey (USANYS)
**To:** Katherine Fallow
**CC:** Jameel Jaffer, Jacob Karr, Nicola Morrow, Taylor R Fox, Armand, Pierre (USANYS)

**This Message Is From an External Sender**
This message came from outside your organization.

Katie,

Thanks for your email. We will accept service of the complaint and associated documents via email. We will let you know if we have difficulty accessing the declarations and exhibits.

Please remind Jameel that there are other federal courthouses in the NYC area and elsewhere.

All the best,

Jeff

---

**From:** Katherine Fallow <katie.fallow@knightcolumbia.org>
**Sent:** Tuesday, October 27, 2026 2:33 PM
**To:** Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Jameel Jaffer <Jameel.Jaffer@knightcolumbia.org>; Jacob Karr <Jake.Karr@knightcolumbia.org>; Nicola Morrow <Nicola.Morrow@knightcolumbia.org>; Taylor R Fox <taylor.fox@knightcolumbia.org>
**Subject:** [EXTERNAL] Roth v. Trump, Case No. 1:26-cv-09327

Dear Jeffrey:

I represent the plaintiffs in the above-captioned matter, which was filed in the SDNY yesterday and has been assigned to Judge Oetken. Attached are the as-filed copies of the complaint, the notice of motion for a preliminary injunction, a memorandum in support of that motion, and a proposed order. Because of the file size, I am not attaching the declarations and exhibits, as well as the summonses that were issued today, and all of which are available here: https://web.tresorit.com/l/6Pbza#bYppN0WKAkFT54YvUQZ_GQ.

I am writing to see if you would agree to accept service of the complaint and associated documents via email. Please let me know.

Best regards,

Katie

Katie Fallow
Deputy Litigation Director
Knight First Amendment Institute at Columbia University