**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KENNETH ROTH; DANIEL FROOMKIN; BEVERLY GAGE; PETER SCHMIDT-NOWARA; BENJAMIN WITTES; and ETHAN YOUNG,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; STEVEN CHEUNG, in his official capacity as Assistant to the President for Communications; SEAN M. CURRAN, in his official capacity as Director of the Secret Service; and SUSAN WILES, in her official capacity as White House Chief of Staff,

Defendants.

Civil Action No. 1:26-cv-09327

Defendants shall file any opposition to the motion by **November 9, 2026**. Plaintiffs shall file any reply by **November 16, 2026**. The parties should refer to the Local Rules and Individual Rule III.B for applicable formatting and page-limit requirements. The parties should note in their filings whether there are disputed issues of fact requiring an evidentiary hearing, in addition to oral argument. Oral argument, and possibly an evidentiary hearing, will be scheduled at a later date.

Dated: October 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**NOTICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT Plaintiffs Kenneth Roth, Daniel Froomkin, Beverly Gage, Peter Schmidt-Nowara, Benjamin Wittes, and Ethan Young respectfully move, under Federal Rule of Civil Procedure 65(a), for an order preliminarily enjoining Defendants Steven Cheung, Sean M. Curran, and Susan Wiles from enforcing the Policy, which refers to Defendants' policy and practice of imposing viewpoint-based and unreasonable restrictions on newsgathering and reporting in a limited public forum, the White House Press Forum. The accompanying memorandum of law, along with its supporting declarations and exhibits, sets forth the grounds for this motion. A proposed order is attached hereto.

October 26, 2026

Respectfully submitted,

/s/ *Katherine Fallow*

Katherine Fallow
Jameel Jaffer
Jake Karr
Nicola Morrow
Taylor Fox*
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org

David A. Schulz
Christina Lee
Media Freedom & Information Access Clinic
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-2366
david.schulz@yale.edu

* Application for admission pending

*Counsel for Plaintiffs*