SHER TREMONTE LLP

November 3, 2026

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Roth et al v. Trump et al*,**
No. 26-cv-09327 (LGS)

Dear Judge Schofield,

We write to update the Court concerning our request for leave to file an amicus brief on behalf of a group of First Amendment scholars, thinkers, and practitioners. *See* ECF Nos. 27, 27-1. In our letter-motion seeking leave to file, we advised the Court that we had contacted the United States Attorney's Office for the Southern District of New York but had not received its position on our request as of the time of filing. *See* ECF No. 27 at 1.

Government counsel, who appeared in the action today, has since informed us that the government has no objection to our request for leave to file the proposed amicus brief.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Douglas Jensen
Grace Coleman

*Attorneys for Amici Curiae*

cc: All counsel of record (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156