**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 5, 2026

BY ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Roth* et al. *v. Trump* et al., No. 26 Civ. 9327 (LGS)

Dear Judge Schofield:

This Office represents Defendants (the "Government") in the above-referenced action brought by plaintiffs challenging Defendants' alleged policy of denying certain members of the White House Press Corps access to the White House based on the content of their reporting. Plaintiffs claim that the alleged policy violates their First Amendment rights as consumers of White House Press Corps reporting, and seek an injunction barring Defendants from enforcing the alleged policy. The Government writes respectfully to request a two-week extension of the deadline to oppose Plaintiffs' motion for a preliminary injunction, from November 9, 2026, *see* ECF. No. 23, to November 23, 2026.

The Government requests this extension because of the voluminous briefing involved in this case and the two other related matters filed in the District of Columbia by members of the White House Press Corps in February 2025 and September 2026, in which they challenge the same alleged conduct at issue in this case, have obtained preliminary injunctive relief, and continue to litigate on appeal. *See Associated Press v. Budowich*, No. 25-cv-532, ECF No. 46 (D.D.C. Apr. 8, 2025) (granting preliminary injunction); *Associated Press v. Budowich*, No. 25-5109, Do. No. 2119636 (D.C. Cir. Jun. 6, 2025) (staying preliminary injunction as to President's private workspaces, but not East Room, while appeal pending); *Cable News Network v. Trump*, No. 26-cv-3287, ECF No. 49 (D.D.C. Oct. 13, 2026) (granting preliminary injunction). The undersigned requests this additional time to get up to speed on these matters involving related factual and legal submissions, consult with relevant Government personnel, including officials in the Department of Justice in Washington, D.C., and prepare the Government's response, while handling work on other pending matters.

This is the Government's first request for an extension of time. Plaintiffs do not consent to this request, citing the irreparable harm they allege. The Government submits that a two-week extension of time will not prejudice Plaintiffs, as the alleged conduct at issue has been in litigation for many months and partial injunctive relief has already been granted in the District of Columbia.

Additionally, in response to the Court's November 3, 2026 order regarding the motion for leave to file an amicus brief in this matter (ECF No. 31), the Government confirms that it does not oppose the motion.

I thank the Court for considering this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Pierre G. Armand*
PIERRE G. ARMAND
Assistant United States Attorney
Telephone: (212) 637-2724
Email: pierre.armand@usdoj.gov

cc: All Counsel (by ECF)