**KNIGHT**
**FIRST AMENDMENT**
**INSTITUTE** at
COLUMBIA UNIVERSITY

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
info@knightcolumbia.org

November 17, 2026

**BY ECF**
Hon. Lorna G. Schofield
U.S. District Judge
500 Pearl Street
Southern District of New York
New York, NY 10007

**Re:** ***Roth, et al. v. Trump, et al.*,**
**No. 26-CV-9327-LGS (S.D.N.Y.)**

Dear Judge Schofield,

Plaintiffs respectfully request an enlargement of the word-count limitation for Plaintiffs' reply in support of their motion for a preliminary injunction ("Motion"). In their response brief, Defendants not only oppose Plaintiffs' Motion but also, for the first time, ask the Court to transfer this case to the U.S. District Court for the District of Columbia. Gov't's Opp'n 6–14, ECF No. 35. Because Defendants have not filed a motion for transfer pursuant to 28 U.S.C. § 1404(b) and Fed. R. Civ. P. 7(b), Plaintiffs are unable to submit a full brief in opposition to Defendants' request for transfer. Accordingly, Plaintiffs respectfully seek an enlargement of up to 6,000 words for their reply brief, which would enable Plaintiffs to adequately respond both to Defendants' opposition to Plaintiffs' Motion and to Defendants' separate request for transfer. Defendants take no position on this request.

Respectfully,

/s/ Katherine Fallow

Katherine Fallow
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org