KNIGHT
FIRST AMENDMENT
INSTITUTE at
COLUMBIA UNIVERSITY

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

November 23, 2026

**BY ECF**
Hon. Lorna G. Schofield
U.S. District Judge
500 Pearl Street
Southern District of New York
New York, NY 10007

**Re: *Roth, et al. v. Trump, et al.*,**
**No. 26-CV-9327-LGS (S.D.N.Y.)**

Dear Judge Schofield,

Pursuant to Rule III.B.6 of Your Honor's Individual Rules and Procedures for Civil Cases, Plaintiffs respectfully request that the Court hear oral argument on Plaintiffs' motion for a preliminary injunction, ECF No. 10. This case presents constitutional issues of broad import, and Plaintiffs believe that argument would aid the Court in deciding both Plaintiffs' motion and Defendants' request for transfer.

Respectfully,

/s/ Katherine Fallow

Katherine Fallow
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org